**Fill in this information to identify the case:**

Debtor name  **THE ACADEMY AT PENGUIN HALL, INC.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **25-11191**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 25, 2025**          X **/s/ Albert Martins**
                                          Signature of individual signing on behalf of debtor

                                          **Albert Martins**
                                          Printed name

                                          **Treasurer**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **THE ACADEMY AT PENGUIN HALL, INC.**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): **25-11191**

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SBA** 14925 Kingsport Road Fort Worth, TX 76155 | | **Business loan** | | | | **$1,997,959.54** |
| **Kathleen & John Corcoran** 274 East Street East Walpole, MA 02032 | | **Loan** | | | | **$1,412,000.00** |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | **2023-2025 Federal Taxes, interest** | | | | **$1,089,450.70** |
| **Geraldine Atkins** 36 Weatherly Drive, Unit 36 Salem, MA 01970 | | **Loan** | | | | **$481,487.00** |
| **Helmut Gfatter** 88 Rockingham Ave Malden, MA 02148 | | **Loan** | | | | **$265,000.00** |
| **Russell Lyon** 14 Manchester Square, Suite 245 Portsmouth, NH 03801 | | **Loan** | | | | **$210,000.00** |
| **Department of Unemployment Assistance** Chief Counsel, Legal Department 19 Staniford Street 1st Floor Boston, MA 02114-2502 | | **Unemployment tax owed** | | | | **$191,367.79** |

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | | Case number *(if known)* | **25-11191** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Massachusetts Department of Revenue** Bankrupcy Unit P.O. Box 7090 Boston, MA 02204-7090 | | **2023-2025 State Taxes, Interests owed** | | | | $190,129.12 |
| **National Grid - Electric 38405-75030** P.O.Box 960 Northborough, MA 01532 | | **Vendor** | | | | $180,911.70 |
| **Scott Burke 44 Longley Avenue Swampscott, MA 01907** | | **Loan** | | | | $150,000.00 |
| **Mass. Dept. of Unemployment Assistance** P.O. Box 419815 Boston, MA 02241 | | **Vendor** | | | | $147,118.06 |
| **Peter Binda 34 Clark St #2 Boston, MA 02109** | | **Loan** | | | | $135,000.00 |
| **Kevin & Jill Buck 28 Sunset Rock Road Andover, MA 01810** | | **Loan** | | | | $130,000.00 |
| **National Grid - Gas 88428-33012** PO Box 371338 Pittsburgh, PA 15250 | | **Vendor** | | | | $121,189.12 |
| **Bruce Potter 57 Locust Street Danvers, MA 01923** | | **Loan** | | | | $100,000.00 |
| **Anthony Domingues 156 Endicott Street Danvers, MA 01923** | | **Loan** | | | | $100,000.00 |
| **John Coughlin 42 Candlewood Drive Topsfield, MA 01983** | | **Loan** | | | | $100,000.00 |
| **Nationwide** P.O. Box 183046 Columbus, OH 43218 | | **Vendor** | | | | $73,293.62 |

Debtor   **THE ACADEMY AT PENGUIN HALL, INC.**                            Case number *(if known)*   **25-11191**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alexander Fine Painting & Clearing, Inc.** **1003 Massachusetts Ave** **Unit 3** **Arlington, MA 02476** | | **Vendor** | | | | **$70,069.00** |
| **Allways** **399 Revolution Drive, Suite 83** **Somerville, MA 02145** | | **Vendor** | | | | **$66,006.02** |

**Fill in this information to identify the case:**

Debtor name **THE ACADEMY AT PENGUIN HALL, INC.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **25-11191**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................. $ **25,939,500.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................... $ **90,197.58**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................. $ **26,029,697.58**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **11,035,722.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ **2,450,120.33**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **12,130,694.32**

4.  Total liabilities .................................................................................
   Lines 2 + 3a + 3b                                                          $ **25,616,536.65**

**Fill in this information to identify the case:**

Debtor name **THE ACADEMY AT PENGUIN HALL, INC.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **25-11191**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **North Shore Bank-Operating** | **Business Checking** | **2292** | **$0.00** |
| 3.2. | **North Shore Bank-Payroll** | **Business Checking** | **2309** | **$0.00** |
| 3.3. | **People's United-Operating** | **Business Checking** | **2383** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$0.00**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                                  Case number *(If known)* **25-11191**
_____
Name

---

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

      11b. Over 90 days old:        **91,611.50**    -        **45,000.00**  =....        **$46,611.50**

                       face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                            **$46,611.50**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1. | **Marketable securities** | | $1,961.08 |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                    % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.    **Total of Part 4.**                                                                            **$1,961.08**
      Add lines 14 through 16.  Copy the total to line 83.

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Food and education supplies** | | $0.00 | | $0.00 |

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number *(If known)* **25-11191** |
|---|---|---|
| | Name | |

| 23. | **Total of Part 5.** | $0.00 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures**<br>**Office furntire furnitures, fixtures and equipment (laptops & PCs at least 5 yrs old)** | $0.00 | | $0.00 |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $0.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                              Case number *(If known)* **25-11191**
          Name

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **1. 2015 Merz Sprinter 2500 WDZPE8DD6FP119862 2. 2015 Merz Sprinter 2500 WDZPE8DD3FP125649 3. 2015 Merz Sprinter 2500 WDZPE8DD1FP119865 Each approximately at 95,000 miles, trade-in value estimated at $13,875** | **$0.00** | **Liquidation** | **$41,625.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**                                                    **$41,625.00**
          Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
          ■ No
          ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | **36 Essex St, Wenham, MA** | **Fee Simple** | **$0.00** | **EOI** | **$25,000,000.00** |
| 55.2. | **41 Essex St, Wenham, MA** | **Fee Simple** | **$0.00** | **Tax records** | **$931,700.00** |

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                    Case number *(If known)* **25-11191**
          Name

| 55.3. | 0 Essex St, Wenham, MA vacant land | Fee Simple | $0.00 | Tax records | $7,800.00 |

---

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | | $25,939,500.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** Blackbaud software license | $0.00 | | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** Lists of parents, students, alumnal, friends & suppliers | $0.00 | | $0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                              Case number *(If known)*  **25-11191**
          Name

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                    Case number *(If known)* **25-11191**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $46,611.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,961.08 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $41,625.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................................> | | $25,939,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $90,197.58 | + 91b. $25,939,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,029,697.58 |

**Fixed Assets FY 2024-2025**

| Notes Payable Acct | Deprec Exp Acct | Accum Deprec Acct | Asset Acct | Asset Description | Cost | JO Adjusted Cost | Date In Service | # Months in Service | Dep Type | Life | 1st Yr Dep | Yr 1 Dep (1/2) | JO Dep PY | JO Accum. Dep PY | JO Dep FY19 | JO Dep FY20 | Dep FY21 | Dep FY22 | Dep FY23 | Dep FY24 | Dep FY25 | JO Adjusted Accum Dep | Loss on Disposal | Date Disposed | Book Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Land, Building & Building Improvements** | | | | | | | | | | | | | | | | | | | | | | | | | |
| 27100 | 75900 | | 16010 | 16010 Land | 1,226,990 | 1,226,990 | | | SL | 0 | - | 1,226,990.00 | - | - | - | - | - | - | - | - | - | - | | | 1,226,990 |
| 27100 | 75900 | | 16010 | 16010 Land - 41 Essex Street | 330,000 | 330,000 | 08/16/18 | 10 | SL | 0 | - | 330,000.00 | - | - | - | - | - | - | - | - | - | 0 | | | 330,000 |
| | | | | Total | 1,556,990 | 1,556,990 | | | | | - | 0.00 | - | - | - | - | - | - | - | - | - | - | | | 1,556,990 |
| 27100 | 75900 | 17020 | 16020 | 16020 Building | 9,123,010 | 9,123,010 | 09/01/16 | 12 | SL | 39 | 233,923 | 116,961.67 | 233,923 | 428,859 | 233,923 | 233,923 | 233,923 | 233,923 | 233,923 | 233,923 | 233,923 | 2,066,320 | | | 7,056,690 |
| 27100 | 75900 | 17020 | 16020 | 16020 Building - 41 Essex Street | 220,000 | 220,000 | 08/16/18 | 12 | SL | 39 | 5,641 | 2,820.51 | - | 4,701 | 5,641 | 5,641 | 5,641 | 5,641 | 5,641 | 5,641 | 5,641 | 181,453 | | | 181,453 |
| | | | | Total | 9,343,010 | 9,343,010 | | | | | 233,923 | 0.00 | 233,923 | 428,859 | 238,624 | 239,564 | 239,564 | 239,564 | 239,564 | 239,564 | 239,564 | 2,104,867 | | | 7,238,143 |
| 24000 | 78140 | 17080 | 16030 | 16030 CIP to Bldg Improvements FY2017 | 1,234,630 | 1,234,630 | 09/01/16 | 12 | SL | 39 | 31,657 | 15,828.59 | 31,657 | 58,157 | 31,657 | 31,657 | 31,657 | 31,657 | 31,657 | 31,657 | 31,657 | 279,756 | | | 954,874 |
| 24000 | 78140 | 17080 | 16030 | 16030 CIP to Bldg Improvements FY2018 | 1,660,854 | 1,660,854 | 07/01/17 | 12 | SL | 39 | 42,586 | 21,293.00 | 42,586 | 42,586 | 42,586 | 42,586 | 42,586 | 42,586 | 42,586 | 42,586 | 42,586 | 340,688 | | | 1,320,166 |
| | | 17080 | 16030 | 16030 Capitalized Interest Phase #1 | 5,549 | 5,549 | 09/01/16 | 12 | SL | 39 | 142 | 71.14 | 142 | 261 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 1,255 | | | 4,294 |
| | | 17080 | 16030 | 16030 Capitalized Interest Phase #2 | 86,503 | 86,503 | 07/01/17 | 12 | SL | 39 | 2,218 | 1,109.01 | 2,218 | 2,218 | 2,218 | 2,218 | 2,218 | 2,218 | 2,218 | 2,218 | 2,218 | 17,744 | | | 68,759 |
| 24000 | 78140 | 17080 | 16030 | 16030 CIP to Bldg Improvements FY2019 | 1,109,432 | 1,109,432 | 07/01/18 | 12 | SL | 39 | 28,447 | 14,223.49 | - | 28,447 | 28,447 | 28,447 | 28,447 | 28,447 | 28,447 | 28,447 | 28,447 | 199,129 | | | 910,303 |
| | 75900 | 17080 | 16030 | 16030 Building Improvements | - | - | | | SL | 0 | - | - | - | - | - | - | - | - | - | - | - | - | | | - |
| 24000 | 78140 | 17080 | 16030 | 16030 CIP to Bldg Improvements From FY2019 FY... | 1,251,132 | 1,251,132 | 7/1/2019 | 12 | SL | 39 | 32,080 | 16,040 | - | - | 32,080 | 32,080 | 32,080 | 32,080 | 32,080 | 32,080 | 32,080 | 192,480 | | | 1,058,652 |
| 24000 | 78140 | 17080 | 16030 | 16030 CIP 41 Essex St From 2019 FY 2020 | 125,404 | 125,404 | 7/1/2019 | 12 | SL | 39 | 3,215 | 1,608 | - | - | 3,215 | 3,215 | 3,215 | 3,215 | 3,215 | 3,215 | 3,215 | 19,290 | | | 106,114 |
| 24000 | 78140 | 17080 | 16030 | 16030 Construction In Progress FY 2020 | 1,207,574 | 1,207,574 | 7/1/2020 | 12 | SL | 39 | 30,963 | 15,482 | - | - | - | 30,963 | 30,963 | 30,963 | 30,963 | 30,963 | 30,963 | 154,815 | | | 1,052,759 |
| 24000 | 78140 | 17080 | 16030 | 16030 CIP Athletic Facility FY2020 | 139,259 | 139,259 | 6/30/2021 | 12 | SL | 39 | 3,571 | 1,785 | - | - | - | 3,571 | 3,571 | 3,571 | 3,571 | 3,571 | 3,571 | 17,855 | | | 121,404 |
| 24000 | 78140 | 17080 | 16030 | 16030 CIP to Bldg Improvements FY 2021 | 1,558,743 | 1,558,743 | | 12 | SL | 39 | 39,968 | 19,984 | - | - | - | - | 39,968 | 39,968 | 39,968 | 39,968 | 39,968 | 159,872 | | | 1,398,871 |
| 24000 | 78140 | 17080 | 16030 | 16030 Construction In Progress FY 2022 | 1,180,033 | 1,180,033 | 6/30/2022 | 12 | SL | 39 | 30,257 | 0.00 | - | - | - | - | - | 30,257 | 30,257 | 30,257 | 30,257 | 90,771 | | | 1,089,262 |
| 24000 | 78140 | 17080 | 16080 | 16080 Variance in Improvements | 3,265 | 3,265 | | 12 | SL | 39 | - | 0.00 | - | - | - | - | - | - | 84 | 84 | 84 | 168 | | | 3,097 |
| 24000 | 78140 | 17080 | 16080 | 16080 Construction In Progress FY 2023 | 669,134 | 669,134 | 6/30/2023 | 12 | SL | 39 | 17,157 | 0.00 | - | - | - | - | - | - | - | 17,157 | 17,157 | 34,314 | | | 634,820 |
| 24000 | 78140 | 17080 | 16080 | 16080 Construction In Progress FY 2024 | 481,740 | 481,740 | 6/30/2024 | 12 | SL | 39 | 12,352 | 0.00 | - | - | - | - | - | - | - | - | 12,352 | 12,352 | | | 469,388 |
| | | | | Total | 10,231,511 | 10,231,511 | | | | | 262,263 | 107,424 | 76,603 | 103,222 | 105,050 | 140,345 | 174,879 | 214,847 | 245,104 | 262,345 | 262,345 | 1,508,137 | 0 | 0 | 8,723,374 |

**Fill in this information to identify the case:**

Debtor name    **THE ACADEMY AT PENGUIN HALL, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **25-11191**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Garden Street Properties**<br>Creditor's Name<br><br>**15 Hawk Hill Lane**<br>**Ipswich, MA 01938**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**36 Essex St, Wenham, MA**<br><br>Describe the lien<br>**3rd Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | $611,118.00 | $25,000,000.00 |

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Origen Wenham, LLC**
**2. Lyon Property Group**
**3. Garden Street Properties**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **John Coughlin**<br>Creditor's Name<br><br>**42 Candlewood Drive**<br>**Topsfield, MA 01983**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**41 Essex St, Wenham, MA**<br><br>Describe the lien<br>**1st Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | $640,750.00 | $931,700.00 |

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Lyon Property Group | Describe debtor's property that is subject to a lien | $4,784,000.00 | $25,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 36 Essex St, Wenham, MA | | |

14 Manchester Square, Suite 245
Portsmouth, NH 03801
Creditor's mailing address

**Describe the lien**
2nd Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Origen Wenham, LLC | Describe debtor's property that is subject to a lien | $4,999,854.00 | $25,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 36 Essex St, Wenham, MA | | |

112 South Street, 6th Floor
Boston, MA 02111
Creditor's mailing address

**Describe the lien**
1st Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $11,035,722.00 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (*if known*) | **25-11191** |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **THE ACADEMY AT PENGUIN HALL, INC.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **25-11191**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Al Khalili, Reya**<br>**10 Ancient Rubbly Way**<br>**Beverly, MA 01915** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,394.88 | $13,394.88 |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Al Khalili, Reya**<br>**10 Ancient Rubbly Way**<br>**Beverly, MA 01915** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,153.80 | $17,150.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**403(b) witholdings & match** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,224.00** | **$3,224.00** |

**Al-Khalili, Reya**
**10 Ancient Rubbly Way**
**Beverly, MA 01915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,684.59** | **$8,684.59** |

**Alick McLean**
**32 Arbella St Unit #1**
**Salem, MA 01970**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**403(b) witholdings & match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,280.00** | **$3,800.00** |

**Allen, Stella**
**4 Spy Rock Hill**
**Manchester, MA 01944**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Aupont, Jaleila**
**20 Garden Terrace**
**Salem, MA 01970**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **THE ACADEMY AT PENGUIN HALL, INC.**

Name

Case number (if known)  **25-11191**

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,437.22 | $12,437.22 |
|---|---|---|---|---|

**Avigian, Matt**
**12 Cox Court, Apt #6**
**Beverly, MA 01915**

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**Avigian, Matthew**
**12 Cox Court Apt 6**
**Beverly, MA 01915**

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,885.62 | $13,885.62 |
|---|---|---|---|---|

**Barozzi, Alma**
**7 Village Row**
**Lynnfield, MA 01940**

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,264.00 | $3,264.00 |
|---|---|---|---|---|

**Barozzi, Alma**
**7 Village Row**
**Lynnfield, MA 01940**

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,280.00 | $3,800.00 |
|---|---|---|---|---|

**Bissell, Emma**
**28 Kinsman Lane**
**Topsfield, MA 01983**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,290.56 | $11,290.56 |
|---|---|---|---|---|

**Bjornholm, Jared**
**36 Nelson Street, #3**
**Quincy, MA 02169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Bjornholm, Jared**
**173 Washington St**
**Malden, MA 02148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,942.74 | $13,942.74 |
|---|---|---|---|---|

**Borzi, Patrick**
**3 Timothy Lane**
**Merrimac, MA 01860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,190.27 | $3,190.27 |
|---|---|---|---|---|

**Borzi, Patrick**
**3 Timothy Lane**
**Merrimac, MA 01860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,755.56 | $3,800.00 |
|---|---|---|---|---|

**Bubar, Annelise**
**84 Sagamore Street**
**South Hamilton, MA 01982**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,660.00 | $3,800.00 |
|---|---|---|---|---|

**Buck, Colbie**
**84 Sunset Rock Road**
**Andover, MA 01810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,367.75 | $2,367.75 |
|---|---|---|---|---|

**Builes Restrepo, Lidia Amparo**
**73 Homer Street Apt 2**
**Boston, MA 02128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                    Case number (if known)    **25-11191**

Name

| 2.19 | Priority creditor's name and mailing address<br>**Bush, Kirsten**<br>**70 Parsonage Lane**<br>**Topsfield, MA 01983** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,758.58** | **$17,150.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address<br>**Bush, Kirsten**<br>**70 Parsonage Lane**<br>**Topsfield, MA 01983** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,846.16** | **$3,846.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll as of 6/6/2025** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address<br>**Chevalier, Juliet**<br>**91 Boston Rock Rd**<br>**Melrose, MA 02176** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,660.00** | **$3,800.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Tuition paid** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address<br>**Chris Park**<br>**57 Essex Street Unit 1**<br>**Chelsea, MA 02150** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,100.00** | **$6,100.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**403(b) witholdings & match** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                Case number (if known)    **25-11191**
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**Conti, John**
**19 Broadway**
**Beverly, MA 01915**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$960.00    $960.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 |

**Cruz, Maria I**
**18 Bay State Boulevard**
**Peabody, MA 01960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,600.00    $1,600.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 |

**David B. Johnson, Jr. and**
**Michelle A. Johnson**
**Law Office of Robert P. Ford**
**807 Turnpike St.**
**North Andover, MA 01845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,964.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Tuition refund for withdrawal**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.26 |

**Dawson, Ander**
**163 Elm**
**Amesbury, MA 01913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,775.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $837.50 | $837.50 |
|---|---|---|---|---|
| | **Day Newbury** | Check all that apply. | | |
| | **1 Captain's Walk Lane** | ☐ Contingent | | |
| | **Marblehead, MA 01945** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Tuition refund for withdrawal** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,420.00 | $2,420.00 |
|---|---|---|---|---|
| | **Demers, Kierra** | Check all that apply. | | |
| | **19 Chatham Road** | ☐ Contingent | | |
| | **Billerica, MA 01821** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Tuition paid** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191,367.79 | $191,367.79 |
|---|---|---|---|---|
| | **Department of Unemployment Assistance** | Check all that apply. | | |
| | **Chief Counsel, Legal Department** | ☐ Contingent | | |
| | **19 Staniford Street 1st Floor** | ☐ Unliquidated | | |
| | **Boston, MA 02114-2502** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unemployment tax owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $975.00 | $975.00 |
|---|---|---|---|---|
| | **Dodge, Albert** | Check all that apply. | | |
| | **36 Massachusetts Avenue** | ☐ Contingent | | |
| | **Danvers, MA 01923** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid payroll as of 6/6/2025** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|--------|----------------------------------------|------------------------|--------------|
|        | Name                                   |                        |              |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,890.00 | $1,890.00 |
|------|----------------------------------------------|-------------------------------------------------------------------------|-----------|-----------|

**Dodge, Kelley**
**240 Conant Street Apt 206**
**Danvers, MA 01923**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $360.00 | $360.00 |
|------|----------------------------------------------|-------------------------------------------------------------------------|---------|---------|

**Doig, Bruce**
**9 Cornell Road**
**Beverly, MA 01915**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $39,235.00 | $3,800.00 |
|------|----------------------------------------------|-------------------------------------------------------------------------|------------|-----------|

**Durgin, Leah**
**5 Evergreen Lane**
**Groveland, MA 01834**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,806.25 | $4,806.25 |
|------|----------------------------------------------|-------------------------------------------------------------------------|-----------|-----------|

**Elizabeth Fielder**
**5 Magnolia Street**
**Beverly, MA 01915**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**403(b) witholdings & match**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ☑ No
- ☐ Yes

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,280.00** | **$3,800.00** |
|---|---|---|---|---|

**Elliot, Arwen**
**170 Perkins Row**
**Topsfield, MA 01983**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$625.00** | **$625.00** |
|---|---|---|---|---|

**Elsasser, Lynette**
**36 Essex Street**
**Wenham, MA 01984**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,430.00** | **$1,430.00** |
|---|---|---|---|---|

**Erricola, Lesley**
**9 Kennel Hill Drive**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,660.00** | **$3,800.00** |
|---|---|---|---|---|

**Falk, Lucy**
**21 MacArthur Rd.**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 | $3,200.00 |
|---|---|---|---|---|
| | **Fielder, Elizabeth**<br>**5 Magnolia Street**<br>**Beverly, MA 01915** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll as of 6/6/2025** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|
| | **Fielder, Geoffrey**<br>**5 Magnolia Street**<br>**Beverly, MA 01915** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll as of 6/6/2025** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,900.00 | $3,800.00 |
|---|---|---|---|---|
| | **Flaherty, Ainsley**<br>**3 Lincoln Avenue**<br>**Marblehead, MA 01945** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tuition paid** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,280.00 | $3,800.00 |
|---|---|---|---|---|
| | **Fortin, Charlotte**<br>**6 Buttonwood Ln**<br>**Ipswich, MA 01938** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tuition paid** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,797.96 | $2,797.96 |
|---|---|---|---|---|

**Gamal Lumumba-Nkrumah**
**20 Garden Terrace**
**Salem, MA 01970**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Uncashed paycheck**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,670.00 | $2,670.00 |
|---|---|---|---|---|

**Gauthier, Sophie**
**13 Francis Road**
**Salem, MA 01970**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
|---|---|---|---|---|

**Gibbons, Harvey**
**1 Heartbreak Road**
**Ipswich, MA 01938**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,280.00 | $3,800.00 |
|---|---|---|---|---|

**Golden, Niamh**
**30 Birch Street**
**Marblehead, MA 01945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

**2.47** | Priority creditor's name and mailing address
**Grieco, James**
**11 Corey Drive**
**Peabody, MA 01960**

As of the petition filing date, the claim is: **$0.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48** | Priority creditor's name and mailing address
**Guido, Sara**
**8 Dondi Road**
**Beverly, MA 01915**

As of the petition filing date, the claim is: **$2,800.00**   **$2,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49** | Priority creditor's name and mailing address
**Howe, Ava**
**19 Canterbury Hill Road**
**Topsfield, MA 01983**

As of the petition filing date, the claim is: **$4,280.00**   **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50** | Priority creditor's name and mailing address
**Husain, Emily**
**8 Edgehill Rd.**
**Swampscott, MA 01907**

As of the petition filing date, the claim is: **$3,030.00**   **$3,030.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,510.00 | $3,800.00 |
|---|---|---|---|---|

**Imuze, Lauren**
**9 Christopher Terrace**
**Peabody, MA 01960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,089,450.70 | $1,089,450.70 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2023-2025 Federal Taxes, interest**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,948.64 | $1,948.64 |
|---|---|---|---|---|

**Jaleila Aupont**
**10 Anoka Place**
**Lynn, MA 01905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Uncashed paycheck**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.45 | $785.45 |
|---|---|---|---|---|

**James Grieco**
**11 Corey Dr**
**Peabody, MA 01960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Uncashed paycheck**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address<br>**Kate Widener**<br>**1020 South Street**<br>**Portsmouth, NH 03801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,370.55** | **$17,150.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**403(b) witholdings & match** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address<br>**Katherine Clarke**<br>**328A Highland Ave #2**<br>**Somerville, MA 02144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,306.54** | **$5,306.54** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**403(b) match** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address<br>**Kimberley, Hannah**<br>**15 South Kilby Street**<br>**Gloucester, MA 01930** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,148.28** | **$16,148.28** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address<br>**Kimberley, Hannah**<br>**15 South Kilby Street**<br>**Gloucester, MA 01930** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,627.27** | **$3,627.27** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll as of 6/6/2025** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

**2.59** | Priority creditor's name and mailing address
**Kline, Michelle**
**66 Cedar Lane**
**North Andover, MA 01845**

As of the petition filing date, the claim is:          **$12,740.04**    **$12,740.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.60** | Priority creditor's name and mailing address
**Kline, Michelle**
**66 Cedar Lane**
**North Andover, MA 01845**

As of the petition filing date, the claim is:          **$2,769.23**    **$2,769.23**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.61** | Priority creditor's name and mailing address
**Koenig, Teresa**
**17 Cottage Street**
**North Reading, MA 01864**

As of the petition filing date, the claim is:          **$38,285.00**    **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.62** | Priority creditor's name and mailing address
**Lannen, Abigail**
**34 Byron Street**
**Wakefield, MA 01880**

As of the petition filing date, the claim is:          **$28,405.00**    **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,093.52** | **$2,093.52** |

**Lesley Erricola**
**9 Kennel Hill Drive**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**403(b) witholdings & match**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$38,285.00** | **$3,800.00** |

**Lutton, Lucy**
**21 Arlington Ave.**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$520.00** | **$520.00** |

**Macualay, Angel**
**12 Tacoma Circle**
**Nashua, NH 03062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,280.00** | **$3,800.00** |

**Male, Nyomi**
**19 Littles Point Road**
**Swampscott, MA 01907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | | Case number (if known) | 25-11191 |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,655.00 | $2,655.00 |
|---|---|---|---|---|

**Marin, Julio**
**134 Gore Road**
**Revere, MA 02151**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,385.88 | $17,150.00 |
|---|---|---|---|---|

**Mary B. Martins**
**69 Cherry Street**
**Wenham, MA 01984**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Uncashed payroll check**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,710.00 | $1,710.00 |
|---|---|---|---|---|

**Mary B. Martins**
**69 Cherry Street**
**Wenham, MA 01984**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190,129.12 | $190,129.12 |
|---|---|---|---|---|

**Massachusetts Department of**
**Revenue**
**Bankruptcy Unit**
**P.O. Box 7090**
**Boston, MA 02204-7090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2023-2025 State Taxes, Interests owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | | Case number (if known) | **25-11191** |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,328.00 | $3,328.00 |
|---|---|---|---|---|

**McCarthy, Ryan**
**10 Spring View Terrace**
**Lynn, MA 01904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,352.84 | $11,352.84 |
|---|---|---|---|---|

**McCoy, Anne**
**78 Main Street**
**West Newbury, MA 01985**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**McCoy, Anne**
**78 Main Street**
**West Newbury, MA 01985**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,105.70 | $14,105.70 |
|---|---|---|---|---|

**McGuire, Colin**
**335 Sherwood Street**
**Portland, ME 04103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,120.00 | $3,120.00 |
|---|---|---|---|---|

**McGuire, Colin**
**335 Sherwood Street**
**Portland, ME 04103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**McKenna, Annika**
**37 Marjorie Street**
**Hamilton, MA 01982**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,071.76 | $15,071.76 |
|---|---|---|---|---|

**McLean, Alick**
**32 Arbella Street**
**Salem, MA 01970**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,400.55 | $3,400.55 |
|---|---|---|---|---|

**McLean, Alick**
**32 Arbella Street**
**Salem, MA 01970**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**
Name

Case number (if known)    **25-11191**

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**2.79** | Priority creditor's name and mailing address
**Mederios, Mark**
**18 Riverside Court**
**Saugus, MA 01906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,500.00**    **$1,500.00**

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address
**Mitchell, Maddie**
**49 Wild Rose Dr**
**Andover, MA 01810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,660.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address
**Motroni, Grace**
**5 Charles Street**
**Woburn, MA 01801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,000.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address
**Moulton, Hope**
**5 Mercier Court**
**Goffstown, NH 03045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,121.43**    **$1,121.43**

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,940.00 | $3,800.00 |
|---|---|---|---|---|

**Mukasa, Marcella**
**5 School Street Unit 7**
**Salem, MA 01970**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,690.00 | $3,800.00 |
|---|---|---|---|---|

**Mullins, Cassaundra**
**27 Downing Road**
**Peabody, MA 01960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,287.92 | $8,287.92 |
|---|---|---|---|---|

**Nadolski, Jana**
**3 Larchmont Street**
**Danvers, MA 01923**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,627.91 | $1,627.91 |
|---|---|---|---|---|

**Nadolski, Jana**
**3 Larchmont Street**
**Danvers, MA 01923**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

---

**2.87**

Priority creditor's name and mailing address
**Neal, Marvin**
**338 Main Dunstable Road**
**Nashua, NH 03062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,153.85    $1,153.85

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.88**

Priority creditor's name and mailing address
**Nicole & Garrett Balich**
**80B Bald Pate Road**
**Boxford, MA 01921**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,660.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.89**

Priority creditor's name and mailing address
**Overburg, Lucy**
**7 Lakeside Ave.**
**Beverly, MA 01915**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,755.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.90**

Priority creditor's name and mailing address
**Persaud, Autumn**
**11 Pattys Way Apt. 4**
**Lynn, MA 01902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00    $1,000.00

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **THE ACADEMY AT PENGUIN HALL, INC.**
Name

Case number (if known)   **25-11191**

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,280.00 | $3,800.00 |
|---|---|---|---|---|

**Ray, Abril**
**12 Birch St.**
**Lawrence, MA 01841**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00 | $1,575.00 |
|---|---|---|---|---|

**Restrepo Gomez, Sandra M**
**28 Princeton Street**
**Boston, MA 02128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,330.00 | $3,800.00 |
|---|---|---|---|---|

**Robins, Lola**
**133 Jersey St**
**Marblehead, MA 01945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Rogers, Kally**
**478 Kennard Road**
**Manchester, MA 03104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |

**Rolf Thaemert, Wilhelmina**
**40 Beacon Street**
**Gloucester, MA 01930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Routhier, Lauren**
**92 Elm Street**
**Milford, NH 03055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |

**Rugora, Kiara**
**3 Maple Street**
**Newmarket, NH 03857**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,650.00 | $3,650.00 |

**Sainthelmy, Tythiana**
**95 Mount Vernon Ave**
**Melrose, MA 02176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Salazar Perez, Nayeli**
**163 Douglas st**
**Manchester, NH 03102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,076.96 | $1,076.96 |
|---|---|---|---|---|

**Sara Guido**
**8 Dondi Road**
**Beverly, MA 01915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**403(b) witholdings & match**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,919.84 | $14,919.84 |
|---|---|---|---|---|

**Schwartz, Michael**
**1 Mauriello Deive**
**Stoneham, MA 02108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,440.00 | $3,440.00 |
|---|---|---|---|---|

**Schwartz, Michael**
**194 Adams Street Apt 1**
**Malden, MA 02148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **THE ACADEMY AT PENGUIN HALL, INC.**

Name

Case number (if known) **25-11191**

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,099.00 | $3,800.00 |
|---|---|---|---|---|

**Sewards, Reagan**
**5 Tidewinds Terrace**
**Marblehead, MA 01945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition paid**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,337.00 | $2,337.00 |
|---|---|---|---|---|

**Stinson, Adreinne**
**22 Appaloosa Lane**
**South Hamilton, MA 01982**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,689.08 | $11,689.08 |
|---|---|---|---|---|

**Swan, David**
**1 Geneva Street, Unit 2**
**Salem, MA 01970**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,720.00 | $2,720.00 |
|---|---|---|---|---|

**Swan, David**
**1 Geneva Street Unit 2**
**Salem, MA 01970**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll as of 6/6/2025**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,280.00 | $3,800.00 |
|---|---|---|---|---|
| | **Symes, Norah**<br>**237 Main St**<br>**Boxford, MA 01921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tuition paid** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,720.00 | $2,720.00 |
|---|---|---|---|---|
| | **Torchio, Janine**<br>**9 Saratoga Lane**<br>**Danvers, MA 01923** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll as of 6/6/2025** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $62.50 | $62.50 |
|---|---|---|---|---|
| | **Trisha Gordon**<br>**9 Hearthstone Drive**<br>**Burlington, MA 01803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**403(b) witholdings & match** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,461.54 | $3,461.54 |
|---|---|---|---|---|
| | **Vogel, Kristen**<br>**60 Middlesex Avenue**<br>**Swampscott, MA 01907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll as of 6/6/2025** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

---

**3.1** Nonpriority creditor's name and mailing address
**200x85 LLC**
**6690 Route 53**
**Woodridge, IL 60517**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**A & A Balloon Rides**
**7 East Derry Road**
**Chester, NH 03841**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**A-Plus Rentals**
**106 Sylvan Street**
**Danvers, MA 01923**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$13,684.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**AATF**
**7333 W. Jefferson Ave. Ste 240**
**Lakewood, CO 80235**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$180.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
**AATSP**
**160 Rail Road, Suite 3**
**Chesterton, IN 46304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$140.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
**Addie Martins**
**69 Cherry Street**
**Wenham, MA 01984**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,958.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**AISNE**
**P.O. Box 850984 125 Pearl Street**
**Braintree, MA 02185**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$790.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (*if known*) | **25-11191** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$847,514.00** |
|---|---|---|---|

**Albert Martins**
**69 Cherry Street**
**Wenham, MA 01984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,069.00** |
|---|---|---|---|

**Alexander Fine Painting & Clearing, Inc.**
**1003 Massachusetts Ave**
**Unit 3**
**Arlington, MA 02476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66,006.02** |
|---|---|---|---|

**Allways**
**399 Revolution Drive, Suite 83**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$277.02** |
|---|---|---|---|

**American Alarm**
**297 Broadway**
**Arlington, MA 02474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Anthony Domingues**
**156 Endicott Street**
**Danvers, MA 01923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,280.00** |
|---|---|---|---|

**APEX Athletics**
**45 Tremont Street**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$729.13** |
|---|---|---|---|

**Art Supplies Wholesale**
**4 Enon Street**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (*if known*) | **25-11191** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,599.12 |
|---|---|---|---|

**Baldor Boston**
P.O. Box 32129
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,363.60 |
|---|---|---|---|

**Bass River Tennis Club**
31 Tozer Road
Beverly, MA 01915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Beverly Recreation Department**
55 Ober Street David S. Lynch Park
Beverly, MA 01915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,059.26 |
|---|---|---|---|

**Blackbaud**
65 Fairchild Street
Charleston, SC 29492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Boston Herald**
P.O. Box 8003
Willoughby, OH 44096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |
|---|---|---|---|

**Brian Quinn**
29 Warren Street
Charlestown, MA 02129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Brooklyn Youth Sports Club, Inc.**
151 St. Marks Ave
Brooklyn, NY 11238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|
| **Bruce Potter**<br>**57 Locust Street**<br>**Danvers, MA 01923** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Loan** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$676.67** |
|---|---|---|
| **BSN Sports**<br>**1 Arrow Dr**<br>**Woburn, MA 01801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,507.68** |
|---|---|---|
| **Canon Financial Services, INC.**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693-0149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,459.00** |
|---|---|---|
| **Carney, Sandoe & Associates**<br>**5070 Highway A1A**<br>**Vero Beach, FL 32963** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |
|---|---|---|
| **Catherine R. Martins**<br>**69 Cherry Street**<br>**Wenham, MA 01984** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341.15** |
|---|---|---|
| **Chris Robins**<br>**133 Jersey Street**<br>**Marblehead, MA 01945** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$663.12** |
|---|---|---|
| **College Board**<br>**P.O. Box 30171 New York**<br>**NY 10087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,510.00** |
|---|---|---|---|

**Conn Kavanaugh Rosenthal Peisch & Ford**
**One Federal Street 15th Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,019.08** |
|---|---|---|---|

**Cummins Northeast**
**100 Allied Drive**
**Dedham, MA 02026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Cynthia Burkhardt**
**6 Henderson Circle**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Parent with Additional Funds on Square**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,990.00** |
|---|---|---|---|

**Data Recycling of New England**
**48 Macomber Street**
**Berkley, MA 02779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Dean Kids Inc**
**151 St Marks Ave**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,402.00** |
|---|---|---|---|

**Dean Tsoulvas**
**35 Appaloosa Lane**
**S. Hamilton, MA 01982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,985.30** |
|---|---|---|---|

**Delta Dental**
**465 Medford Street**
**Boston, MA 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,530.00**

**Dennis the Mennis**
**18 Powers Circle**
**Merrimack, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.20**

**E-Z Pass**
**P.O. Box 847840**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Ebersole Photography**
**26 Howley Street**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**EBSA Boston Regional Office**
**JFK Federal Building**
**15 Sudbury St., Room 575**
**Boston, MA 02203**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **403(b) match issue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,000.00**

**Edward Martins**
**26 Davis Terrace**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,973.72**

**Elevator Engineering**
**237 Sugar Road**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00**

**Emily Aliski**
**165 Trenton St**
**Melrose, MA 02176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number *(if known)* | **25-11191** |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Enroll Media Group, LLC**
**100 Grove St Suite 304**
**Worcester, MA 01605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$5,220.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Franklin Baez**
**76 Palmer Street**
**Salem, MA 01970**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Geraldine Atkins**
**36 Weatherly Drive, Unit 36**
**Salem, MA 01970**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$481,487.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Graphic Awards, Inc.**
**P.O. Box 3009**
**Holiday Island, AR 72631**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$400.59**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Griffin Reid**
**30 Ashland Street**
**Boxford, MA 01921**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,587.30**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Hamilton Wenham Youth Soccer Association**
**P.O. Box 2005**
**Hamilton, MA 01982**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Helmut Gfatter**
**88 Rockingham Ave**
**Malden, MA 02148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$265,000.00**

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address
**Holly Lannen**
34 Byron St
Wakefield, MA 01880

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$210.05**

---

**3.51** | Nonpriority creditor's name and mailing address
**Hyde School**
616 High Street
Bath, ME 04530

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.52** | Nonpriority creditor's name and mailing address
**Iara Almonte**
35 Sanborn St
Lawrence, MA 01843

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$72.45**

---

**3.53** | Nonpriority creditor's name and mailing address
**Impact Fire**
26 Hampshire Drive
Hudson, NH 03051

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,720.90**

---

**3.54** | Nonpriority creditor's name and mailing address
**Industrial Boiler**
156 Maple Street
Danvers, MA 01923

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,191.86**

---

**3.55** | Nonpriority creditor's name and mailing address
**IPFS Corporation**
P.O Box 32144
New York, NY 11040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$53.89**

---

**3.56** | Nonpriority creditor's name and mailing address
**J.W. Lopes, LLC**
LLC P.O. Box 6478
Chelsea, MA 02150

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,816.75**

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**
**John Coughlin**
**42 Candlewood Drive**
**Topsfield, MA 01983**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**John Hackett**
**9 Harwood Street**
**Beverly, MA 01915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Johnson O'Connor**
**101 Edgewater Drive Suite 210**
**Wakefield, MA 01880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$47,665.52**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Juliet Chevalier**
**91 Boston Rock Rd**
**Melrose, MA 02176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$51.20**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**Kathleen & John Corcoran**
**274 East Street**
**East Walpole, MA 02032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$1,412,000.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Kelley Dodge**
**240 Conant Street, #206**
**Danvers, MA 01923**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee reimbursements__

Is the claim subject to offset? ■ No ☐ Yes

**$322.08**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Kevin & Jill Buck**
**28 Sunset Rock Road**
**Andover, MA 01810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$130,000.00**

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number *(if known)* | **25-11191** |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address
**L W Bills / Alarm Engineering**
P.O. Box 7
Georgetown, MA 01833

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$339.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Lexington Christian Academy**
48 Bartlett Ave
Lexington, MA 02420

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.66** | Nonpriority creditor's name and mailing address
**Lidia Amparo Builes Restrepo**
73 Homer Street
Boston, MA 02128

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee reimbursements**

Is the claim subject to offset? ■ No ☐ Yes

**$72.79**

---

**3.67** | Nonpriority creditor's name and mailing address
**Lidia Amparo Builes Restrepo**
73 Homer Street #2
East Boston, MA 02128

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$72.79**

---

**3.68** | Nonpriority creditor's name and mailing address
**Lynette Elsasser**
36 Essex Street
Wenham, MA 01984

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee reimbursements**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.69** | Nonpriority creditor's name and mailing address
**Market Street Lynnfield**
P.O. Box 842375
Boston, MA 02284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$10,828.12**

---

**3.70** | Nonpriority creditor's name and mailing address
**Martins Construction Company, Inc.**
36 Essex Street
Wenham, MA 01984

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$4,620,717.91**

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,893.35 |
|---|---|---|---|

**Mary B. Martins**
**69 Cherry Street**
**Wenham, MA 01984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee reimbursements**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**Mass DOT**
**10 Park Plaza, Suite 4160**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147,118.06 |
|---|---|---|---|

**Mass. Dept. of Unemployment Assistance**
**P.O. Box 419815**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Massachusetts Educational Theater Guild**
**P.O. Box 705**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,056.00 |
|---|---|---|---|

**Merchants Automotive Group**
**14 Central Park Drive, 1st Fl**
**Hooksett, NH 03106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Van Rental - Payments and Damages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,040.00 |
|---|---|---|---|

**Metro Team Sports**
**75 Nassau Terminal Rd.**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|---|---|---|---|

**Metroswift / Fire Equipment**
**20 Hall Street**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (*if known*) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182.50** |

Michael Pittman
11 Kingdom Terrace
Peabody, MA 01960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

MSAA
33 Forge Parkway
Franklin, MA 02038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,586.88** |

NAIS
PO Box 75760
Baltimore, MD 21275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$679.84** |

National Grid - Electric 37683-38033
P.O.Box 960
Northborough, MA 01532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,911.70** |

National Grid - Electric 38405-75030
P.O.Box 960
Northborough, MA 01532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$399.71** |

National Grid - Electric 75078-09026
P.O.Box 960
Northborough, MA 01532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,815.91** |

National Grid - Gas 01194-01008
PO Box 371338
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121,189.12** |
|---|---|---|---|

**National Grid - Gas 88428-33012**
**PO Box 371338**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,293.62** |
|---|---|---|---|

**Nationwide**
**P.O. Box 183046**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,980.00** |
|---|---|---|---|

**NEASC**
**1115 Westford St.**
**Lowell, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$449.50** |
|---|---|---|---|

**Niche**
**P.O. Box 392796**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Office of the Attorney General**
**Commonwealth of Massachusetts**
**Fair Labor Division**
**One Ashburton Place, 18th Floor**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __For notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Office of the Attorney General, Non-Prof**
**Organizations/ Public Charities Division**
**One Ashburton Place**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __For notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,550.00** |
|---|---|---|---|

**Paradox Marketing**
**2201 Chastain Dr. NE Unit 2201**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Peter & Mary Brady**
**39 Pitcher Street**
**Montgomery, MA 01085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,000.00**

**Peter Binda**
**34 Clark St #2**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,556.44**

**Power School Group LLC**
**PO Box 398408**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,331.71**

**Principal Insurance**
**201 Jones Rd # 2**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,902.00**

**PSAT/NMSQT**
**12192 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,332.60**

**Republic Services**
**P.O. Box 9001099**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**RMS Media Group Inc**
**P.O. Box 788**
**West Newbury, MA 01985**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (*if known*) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address
**Rose Law Partners, LLP**
**One Beacon Street 23rd Floor**
**Boston, MA 02108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$13,390.75

---

**3.100** | Nonpriority creditor's name and mailing address
**Russell Lyon**
**14 Manchester Square, Suite 245**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

$210,000.00

---

**3.101** | Nonpriority creditor's name and mailing address
**Ryan McCarthy**
**41 Essex Street**
**Wenham, MA 01984**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee reimbursements__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.102** | Nonpriority creditor's name and mailing address
**Salem Five**
**424 Essex Street**
**Salem, MA 01970**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$42,915.04

---

**3.103** | Nonpriority creditor's name and mailing address
**Salem Five Cents Savings Bank**
**P.O. box 840**
**Salem, MA 01970**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Line of credit__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104** | Nonpriority creditor's name and mailing address
**Sandra Restrepo Gomez**
**80 Hichborn Street**
**Revere, MA 02151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee reimbursements__

Is the claim subject to offset? ■ No ☐ Yes

$119.70

---

**3.105** | Nonpriority creditor's name and mailing address
**Sara Guido**
**8 Dondi Road**
**Beverly, MA 01915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee reimbursements__

Is the claim subject to offset? ■ No ☐ Yes

$3,342.04

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number *(if known)* | **25-11191** |

Name

---

**3.106**

**Nonpriority creditor's name and mailing address**
**Sarah Sherman**
**81 Ladyslipper Dr.**
**Newmarket, NH 03857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,132.62**

---

**3.107**

**Nonpriority creditor's name and mailing address**
**SBA**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

**$1,997,959.54**

---

**3.108**

**Nonpriority creditor's name and mailing address**
**Scott Burke**
**44 Longley Avenue**
**Swampscott, MA 01907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**Selective Insurance**
**PO Box 371468**
**Pittsburgh, PA 15250-7468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$20,337.99**

---

**3.110**

**Nonpriority creditor's name and mailing address**
**Shaheen Bros. Inc.**
**95 Haverhill Road/P.O. Box 897**
**Amesbury, MA 01913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,698.58**

---

**3.111**

**Nonpriority creditor's name and mailing address**
**Smiley's Photo Booth**
**16B Hunt Road**
**Kingston, NH 03826**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.112**

**Nonpriority creditor's name and mailing address**
**Staples Advantage**
**PO Box 70242**
**Philadelphia, PA 19176-0242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,637.80**

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

---

**3.113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,731.00 |
|---|---|---|
| **Stillian Electric**<br>**20 Aegean Dr STE 3,**<br>**Methuen, MA 01844** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.114**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $929.76 |
|---|---|---|
| **Suburban Supply Co. Inc.**<br>**P.O. Box 2606**<br>**Westwood, MA 20090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.115**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,189.92 |
|---|---|---|
| **Sysco**<br>**99 Spring Street**<br>**Plympton, MA 02367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.116**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,280.00 |
|---|---|---|
| **Tara Mukasa**<br>**5 School St, Unit 7**<br>**Salem, MA 01970** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Parent with refundable deposit - Already fully paid** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.117**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|
| **The Boston Globe**<br>**P.O. Box 415071**<br>**Boston, MA 02241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.118**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|
| **The Kenneth D. Anderson Company**<br>**12 Damonmill Square EB3N**<br>**Concord, MA 01742** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.119**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|
| **The Lowell Publishing Group**<br>**P.O. Box 8003**<br>**Willoughby, OH 44096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number *(if known)* | **25-11191** |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**The St James**
6805 Industrial Rd
Springfield, VA 22151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,514.31**

**Thompson & Skrabanek PLLC**
515 Madison Ave
NY, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,115.70**

**Tonneson & Co.**
401 Edgewater Place Suite 300
Wakefield, MA 01880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00**

**Town of Hamilton**
16 Union Street
South Hamilton, MA 01982

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,977.87**

**Town of Wenham**
138 Main Street
Wenham, MA 01984

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,801.00**

**Travelers**
100 Unicorn Park Drive Suite 201
Wobun, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,322.83**

**UBEO LLC**
P.O. Box 791790
Baltimore, MD 21279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number (if known) | **25-11191** |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.52** |
|---|---|---|---|

**Verizon**
PO Box 15124
Albany, NY 12112-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$443.70** |
|---|---|---|---|

**Walsworth**
P.O. Box 850287
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,975.00** |
|---|---|---|---|

**WBUR**
P.O. Box 28770
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281.60** |
|---|---|---|---|

**Wenham Fire Department**
140 Main Street
Wenham, MA 01984

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**William Horrigan**
5 Horseshoe Drive
Lynnfield, MA 01940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,770.00** |
|---|---|---|---|

**Winthrop Pro Shop**
72 Jefferson Street
Winthrop, MA 02152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00** |
|---|---|---|---|

**Wolf Hollow**
114 Essex Road
Ipswich, MA 01938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number (if known) | 25-11191 |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.00 |
|---|---|---|---|

**World's Finest Chocolate**
**8264 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Blackbaud**<br>**PO Box 844827**<br>**Boston, MA 02284** | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Elise B. Hoffman, Esq.**<br>**267 Lisa Drive**<br>**Brockton, MA 02302** | Line __3.34__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Hemsey Judge P.C.**<br>**Attn  Christopher F. Hemsey, Esq.**<br>**47 Federal Street**<br>**Salem, MA 01970** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 2,450,120.33 |
| 5b. Total claims from Part 2 | 5b. + | $ | 12,130,694.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,580,814.65 |

| Fill in this information to identify the case: |
|---|
| Debtor name **THE ACADEMY AT PENGUIN HALL, INC.** |
| United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS |
| Case number (if known) **25-11191** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Software license** State the term remaining List the contract number of any government contract | **Blackbaud** **PO Box 844827** **Boston, MA 02284** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Dorm parent** State the term remaining List the contract number of any government contract | **Lynne Elsasser** **36 Essex St Room 3R7** **Wenham, MA 01984** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Real property lease** State the term remaining List the contract number of any government contract | **Martins Construction** **36 Essex St** **Wenham, MA 01984** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Landscaping** State the term remaining List the contract number of any government contract | **MassGu Lanscaping** **15 North Federal St** **Lynn, MA 01905** |

| Debtor 1 | THE ACADEMY AT PENGUIN HALL, INC. | | | Case number *(if known)* | **25-11191** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest    **Residential Lease** | |
| State the term remaining | Ryan McCarthy<br>41 Essex St<br>Wenham, MA 01984 |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **THE ACADEMY AT PENGUIN HALL, INC.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **25-11191**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Albert Martins** | **69 Cherry Street Wenham, MA 01984** | **Alexander Fine Painting & Clearing, Inc.** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.2 | **Albert Martins** | **69 Cherry Street Wenham, MA 01984** | **Peter & Mary Brady** | ☐ D _____ ■ E/F __3.92__ ☐ G _____ |
| 2.3 | **Albert Martins** | **69 Cherry Street Wenham, MA 01984** | **Scott Burke** | ☐ D _____ ■ E/F __3.108__ ☐ G _____ |
| 2.4 | **Albert Martins** | **69 Cherry Street Wenham, MA 01984** | **Anthony Domingues** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.5 | **Martins Development Companies** | **36 Essex St Wenham, MA 01984** | **Alexander Fine Painting & Clearing, Inc.** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |

| Debtor | **THE ACADEMY AT PENGUIN HALL, INC.** | Case number *(if known)* | **25-11191** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Mary B. Martins**  **69 Cherry Street**  **Wenham, MA 01984** | **Alexander Fine Painting & Clearing, Inc.** | ☐ D _____  ■ E/F __3.9__  ☐ G _____ |
| 2.7 | **Mary B. Martins**  **69 Cherry Street**  **Wenham, MA 01984** | **Peter & Mary Brady** | ☐ D _____  ■ E/F __3.92__  ☐ G _____ |
| 2.8 | **Mary B. Martins**  **69 Cherry Street**  **Wenham, MA 01984** | **Scott Burke** | ☐ D _____  ■ E/F __3.108__  ☐ G _____ |
| 2.9 | **Mary B. Martins**  **69 Cherry Street**  **Wenham, MA 01984** | **Anthony Domingues** | ☐ D _____  ■ E/F __3.12__  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **THE ACADEMY AT PENGUIN HALL, INC.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **25-11191**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **7/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,411,310.82** |
| **For prior year:**<br>From **7/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,205,176.87** |
| **For year before that:**<br>From **7/01/2023** to **6/30/2024** | ■ Operating a business<br>☐ Other _____ | **$4,750,440.34** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                    Case number *(if known)* **25-11191**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Clarke, Katherine v. The Academy at Penguin Hall, Inc 2540SC000004** | **Retirement fund recovery** | **Ipswich Distrct Court 188 State Street Route 1 Traffic Circle Newburyport, MA 01950** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Tsouvalas, Dean vs. The Academy at Penguin Hall, Inc. et al 2477CV00995** | **Real estate attachment** | **Essex Superior Court 56 Federal St Salem, MA 01970** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   **Johnson, Jr., David B. v. The Academy At Penguin Hall, Inc. 2418CV000573** | **Contract** | **Lawrence District Court 2 Appleton St Lawrence, MA 01840** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                                    Case number *(if known)*  **25-11191**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4.   **Alexander Fine Painting & Cleaning, Inc. vs. The Martins Development Companies, Inc. et al 2381CV01922** | **Collection on payment for service (painting)** | **Middlesex County Superior Court 200 Trade Center Woburn, MA 01801** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5.   **Fiji Funding v The Academy at Penguin Hall, Inc. et al 505256/2024** | **Contract** | **Kings County Supreme Court, NY 360 Adams St #4, Brooklyn, NY 11201** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**                              Case number *(if known)*  **25-11191**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Casner & Edwards, LLP** **303 Congress Street** **Boston, MA 02210** | **Attorney Fees** | **6/10/2025** | **$54,000.00** |
| | **Email or website address** **morrier@casneredwards.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **4**

Debtor   **THE ACADEMY AT PENGUIN HALL, INC.**     Case number *(if known)*   **25-11191**

---

**Student enrollment info**
**Employee payroll info**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **The Academy at Penguin Hall 403(b) Plan** | EIN:  **81-0729618** |

Has the plan been terminated?
☑ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Eastern Bank** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Debtor | THE ACADEMY AT PENGUIN HALL, INC. | Case number *(if known)* 25-11191 |
|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Lynette Elsasser<br>36 Essex Street, Room 3R7<br>Wenham, MA 01984 | 36 Essex Street, Room 3R7<br>Wenham, MA 01984 | Dorm parent's personal properties kept on premise | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Ryan McCarthy<br>41 Essex Street<br>Wenham, MA 01984 | 41 Essex Street<br>Wenham, MA 01984 | Personal properties | Unknown |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   **THE ACADEMY AT PENGUIN HALL, INC.**                    Case number *(if known)* **25-11191**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **John Harradon, CPA**<br>**Tonneson+Co**<br>**401 Edgewater Place, Suite 300**<br>**Wakefield, MA 01880** | **2023-2024** |
| 26a.2.  **Mary B. Martins**<br>**69 Cherry Street**<br>**Wenham, MA 01984** | **Post 2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** |
| 26d.2.  **Massachusetts Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 7090**<br>**Boston, MA 02204-7090** |
| 26d.3.  **Salem Five Cents Savings Bank**<br>**P.O. box 840**<br>**Salem, MA 01970** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**    Case number *(if known)* **25-11191**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George T Balich | 28 Prince Street<br>Beverly, MA 01915 | President, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Albert Martins | 69 Cherry Street<br>Wenham, MA 01984 | Treasurer, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Erica Miller | 6 Oxbow Farm Rd<br>Stratham, NH 03885 | Clerk, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dana Willis | 280 South Main St<br>Andover, MA 01810 | Vice President, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jill Buck | 84 Sunset Rock Rd<br>Andover, MA 01810 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paulette Balich | 28 Prince Street<br>Beverly, MA 01915 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Erica Miller | 6 Oxbow Farm Rd<br>Stratham, NH 03885 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Bojarczuk | 4 Ashwood Drive<br>North Reading, MA 01864 | Director | February 2024 through May 2025 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **THE ACADEMY AT PENGUIN HALL, INC.**    Case number *(if known)* **25-11191**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See attached list** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 25, 2025__

__/s/ Albert Martins__                                      __Albert Martins__
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Treasurer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

1:11 PM

06/25/25

# The Academy at Penguin Hall
## Transaction List by Vendor
### March 11 through June 11, 2025

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **990 Online** | | | | | | | |
| Check | 03/21/2025 | EFT | | 10060 · North Sh... | X | 75270 · Acc... | -118.00 |
| **A-Plus Rentals** | | | | | | | |
| Bill Pmt -Check | 03/12/2025 | 179 | Payment #11 | 10060 · North Sh... | X | 20000 · Acc... | -1,244.00 |
| **Adobe Systems** | | | | | | | |
| Check | 03/31/2025 | EFT | | 10060 · North Sh... | X | 75420 · Soft... | -37.18 |
| Check | 04/28/2025 | EFT | | 10060 · North Sh... | X | 75420 · Soft... | -37.18 |
| Check | 05/29/2025 | EFT | | 10060 · North Sh... | X | 75420 · Soft... | -37.18 |
| **Albertos Cheese** | | | | | | | |
| Check | 04/07/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -17.59 |
| **Allways** | | | | | | | |
| Bill Pmt -Check | 04/07/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -17,443.60 |
| Bill Pmt -Check | 05/09/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -17,443.60 |
| **Amazon** | | | | | | | |
| Check | 03/31/2025 | EFT | | 10060 · North Sh... | X | 75310 · Sup... | -32.13 |
| Check | 03/31/2025 | EFT | | 10060 · North Sh... | X | 72315 · Equi... | -119.35 |
| Check | 04/16/2025 | EFT | | 10060 · North Sh... | X | 75310 · Sup... | -12.89 |
| Check | 04/30/2025 | EFT | | 10060 · North Sh... | X | 75310 · Sup... | -12.98 |
| Check | 05/12/2025 | EFT | | 10060 · North Sh... | X | 22115 · Prom... | -350.85 |
| Check | 05/14/2025 | EFT | | 10060 · North Sh... | X | 71310 · Sup... | -15.99 |
| **American Alarm** | | | | | | | |
| Bill Pmt -Check | 05/12/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -277.02 |
| **Anne McCoy** | | | | | | | |
| Bill Pmt -Check | 04/01/2025 | 183 | | 10060 · North Sh... | X | 20000 · Acc... | -1,800.00 |
| **Arthur Cronin** | | | | | | | |
| Bill Pmt -Check | 05/13/2025 | 209 | | 10060 · North Sh... | X | 20000 · Acc... | -144.50 |
| **Baldor Boston** | | | | | | | |
| Bill Pmt -Check | 03/17/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -512.50 |
| Bill Pmt -Check | 04/16/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -512.50 |
| **Black Earth Compost, LLC** | | | | | | | |
| Bill Pmt -Check | 03/13/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -200.00 |
| Bill Pmt -Check | 04/18/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -186.56 |
| Bill Pmt -Check | 05/13/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -65.92 |
| **Blackbaud** | | | | | | | |
| Check | 03/13/2025 | EFT | | 10060 · North Sh... | X | 77911 · FAC... | -224.00 |
| Check | 03/24/2025 | EFT | | 10060 · North Sh... | X | 77911 · FAC... | -112.00 |
| Check | 03/27/2025 | EFT | | 10060 · North Sh... | X | 77911 · FAC... | -56.00 |
| Check | 04/03/2025 | EFT | | 10060 · North Sh... | X | 77911 · FAC... | -112.00 |
| Check | 04/14/2025 | EFT | | 10060 · North Sh... | X | 77911 · FAC... | -56.00 |
| Check | 04/17/2025 | EFT | | 10060 · North Sh... | X | 77911 · FAC... | -112.00 |
| Bill Pmt -Check | 05/05/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -2,000.00 |
| Check | 05/08/2025 | EFT | | 10060 · North Sh... | X | 77911 · FAC... | -336.00 |
| **Brandon Hopkins** | | | | | | | |
| Bill Pmt -Check | 04/10/2025 | 184 | | 10060 · North Sh... | X | 20000 · Acc... | -95.00 |
| **Cloudways** | | | | | | | |
| Check | 04/14/2025 | EFT | | 10060 · North Sh... | X | 75530 · Web... | -55.00 |
| **Commonwealth of Massachusetts** | | | | | | | |
| Check | 03/27/2025 | EFT | | 10060 · North Sh... | X | 75280 · Org... | -18.50 |
| Check | 04/14/2025 | EFT | | 10070 · North Sh... | X | 75280 · Org... | -15.00 |
| Bill Pmt -Check | 04/17/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -352.50 |
| **Constant Contact** | | | | | | | |
| Check | 03/17/2025 | EFT | | 10060 · North Sh... | X | 75530 · Web... | -166.81 |
| Check | 04/17/2025 | EFT | | 10060 · North Sh... | X | 75530 · Web... | -166.81 |
| Check | 05/19/2025 | EFT | | 10060 · North Sh... | X | 75530 · Web... | -166.81 |
| **Daily Printing** | | | | | | | |
| Bill Pmt -Check | 04/17/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -65.00 |
| **Daniel Guitard** | | | | | | | |
| Bill Pmt -Check | 04/24/2025 | 201 | | 10060 · North Sh... | X | 20000 · Acc... | -95.00 |
| **David Engelson** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 188 | | 10060 · North Sh... | | 20000 · Acc... | -95.00 |
| **Dean McKinnon** | | | | | | | |
| Bill Pmt -Check | 04/11/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -785.00 |
| **Dennis Heenan** | | | | | | | |
| Bill Pmt -Check | 04/30/2025 | 205 | | 10060 · North Sh... | | 20000 · Acc... | -190.00 |

**1:11 PM**

**06/25/25**

# The Academy at Penguin Hall
## Transaction List by Vendor
### March 11 through June 11, 2025

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Diamond Mind** | | | | | | | |
| Check | 03/17/2025 | EFT | | 10060 · North Sh... | X | 77913 · Cred... | -93.00 |
| Check | 04/09/2025 | EFT | | 10060 · North Sh... | X | 77913 · Cred... | -33.00 |
| Check | 05/08/2025 | EFT | | 10060 · North Sh... | X | 77913 · Cred... | -31.50 |
| **DJ Frixx** | | | | | | | |
| Bill Pmt -Check | 04/25/2025 | Venmo | | 10060 · North Sh... | X | 20000 · Acc... | -300.00 |
| Bill Pmt -Check | 05/15/2025 | 211 | | 10060 · North Sh... | | 20000 · Acc... | -450.00 |
| **Dollar General** | | | | | | | |
| Check | 04/07/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -46.93 |
| **Ebersole Photography** | | | | | | | |
| Bill Pmt -Check | 04/29/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -500.00 |
| Bill Pmt -Check | 05/15/2025 | 212 | | 10060 · North Sh... | | 20000 · Acc... | -500.00 |
| **Enroll Media Group, LLC** | | | | | | | |
| Bill Pmt -Check | 03/14/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -4,200.00 |
| **Enterprise Rent-A-Car** | | | | | | | |
| Check | 04/09/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -450.94 |
| **Eric Steele** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 189 | | 10060 · North Sh... | | 20000 · Acc... | -95.00 |
| **Falvey Linen Supply** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 186 | | 10060 · North Sh... | X | 20000 · Acc... | -219.90 |
| **Five Sons Pizza** | | | | | | | |
| Check | 05/12/2025 | EFT | | 10060 · North Sh... | X | 22190 · Spe... | -147.64 |
| **Fuel Mart** | | | | | | | |
| Check | 04/08/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -2.82 |
| Check | 04/08/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -46.45 |
| **Gamal Lumumba-Nkrumah** | | | | | | | |
| Bill Pmt -Check | 04/28/2025 | 204 | | 10060 · North Sh... | X | 20000 · Acc... | -77.98 |
| **Google** | | | | | | | |
| Check | 03/18/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -10.00 |
| Check | 03/20/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -50.00 |
| Check | 03/21/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -200.00 |
| Check | 03/25/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -350.00 |
| Check | 03/27/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -500.00 |
| Check | 03/27/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -500.00 |
| Check | 03/28/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -516.13 |
| Check | 04/02/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -546.73 |
| Check | 04/09/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -500.00 |
| Check | 04/14/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -662.87 |
| Check | 04/22/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -500.00 |
| Check | 04/29/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -500.00 |
| Check | 05/05/2025 | EFT | | 10060 · North Sh... | X | 75520 · Medi... | -574.59 |
| **Graduation Source** | | | | | | | |
| Bill Pmt -Check | 04/30/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -624.37 |
| **Honey Island Swamp Tours** | | | | | | | |
| Bill Pmt -Check | 04/04/2025 | 5001 | | 10060 · North Sh... | X | 20000 · Acc... | -146.00 |
| **iCourt** | | | | | | | |
| Check | 05/05/2025 | EFT | | 10060 · North Sh... | X | 75350 · Misc... | -638.06 |
| Check | 05/12/2025 | EFT | | 10060 · North Sh... | X | 75350 · Misc... | -204.18 |
| **Indeed.com** | | | | | | | |
| Check | 03/11/2025 | EFT | | 10060 · North Sh... | X | 75530 · Web... | -135.85 |
| Check | 04/03/2025 | EFT | | 10060 · North Sh... | X | 75530 · Web... | -2.27 |
| **Indoor Media** | | | | | | | |
| Check | 03/18/2025 | EFT | | 10070 · North Sh... | X | 75520 · Medi... | -760.00 |
| Check | 04/29/2025 | EFT | | 10070 · North Sh... | X | 75520 · Medi... | -785.00 |
| **Internal Revenue Service** | | | | | | | |
| General Journal | 03/12/2025 | PR Tax - 04 | Federal Tax... | 21030 · Accrued ... | | 10060 · Nort... | 20,159.78 |
| General Journal | 04/15/2025 | MA WH Ta... | MA Tax Pay... | 21030 · Accrued ... | | 10070 · Nort... | 4,805.00 |
| General Journal | 05/19/2025 | Tax Levy 2 | Federal Tax... | 21030 · Accrued ... | | 10070 · Nort... | 83.68 |
| General Journal | 05/19/2025 | Tax Levy 3 | Federal Tax... | 21030 · Accrued ... | | 10060 · Nort... | 9.98 |
| General Journal | 05/28/2025 | MA WH Ta... | MA Tax Pay... | 21030 · Accrued ... | | 10070 · Nort... | 4,805.00 |
| **IPFS Corporation** | | | | | | | |
| Bill Pmt -Check | 04/01/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -615.54 |
| Bill Pmt -Check | 05/01/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -615.54 |
| Bill Pmt -Check | 06/03/2025 | EFT | | 10060 · North Sh... | * | 20000 · Acc... | -615.54 |
| **J.W. Lopes, LLC** | | | | | | | |
| Bill Pmt -Check | 05/06/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,730.74 |

1:11 PM

06/25/25

# The Academy at Penguin Hall
## Transaction List by Vendor
### March 11 through June 11, 2025

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Jacob Weinstein** | | | | | | | |
| Check | 04/07/2025 | EFT | | 10060 · North Sh... | X | 77935 · Misc... | -30,000.00 |
| **James Sarcione** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 190 | | 10060 · North Sh... | | 20000 · Acc... | -95.00 |
| **Jim Pagnoni** | | | | | | | |
| Bill Pmt -Check | 04/30/2025 | 206 | | 10060 · North Sh... | X | 20000 · Acc... | -95.00 |
| Check | 05/01/2025 | 5002 | | 10060 · North Sh... | X | 72312 · Offic... | -48.50 |
| **John Butler** | | | | | | | |
| Bill Pmt -Check | 04/24/2025 | 202 | | 10060 · North Sh... | X | 20000 · Acc... | -95.00 |
| Bill Pmt -Check | 05/13/2025 | 210 | | 10060 · North Sh... | X | 20000 · Acc... | -50.00 |
| **John Campbell** | | | | | | | |
| Bill Pmt -Check | 04/24/2025 | 203 | | 10060 · North Sh... | X | 20000 · Acc... | -95.00 |
| **John Cusolito** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 191 | | 10060 · North Sh... | | 20000 · Acc... | -95.00 |
| **John Squires** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 192 | | 10060 · North Sh... | | 20000 · Acc... | -190.00 |
| **Julio Marin** | | | | | | | |
| Bill Pmt -Check | 03/18/2025 | 182 | | 10060 · North Sh... | X | 20000 · Acc... | -60.00 |
| Bill Pmt -Check | 04/10/2025 | 185 | | 10060 · North Sh... | X | 20000 · Acc... | -60.00 |
| **Keirsten Alley** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 187 | | 10060 · North Sh... | X | 20000 · Acc... | -200.00 |
| **Kelley Dodge** | | | | | | | |
| Bill Pmt -Check | 05/05/2025 | 207 | VOID: | 10060 · North Sh... | X | 20000 · Acc... | 0.00 |
| **Kenneth Hughes** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 193 | | 10060 · North Sh... | | 20000 · Acc... | -190.00 |
| **Libby Overburg** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 194 | | 10060 · North Sh... | | 20000 · Acc... | -54.99 |
| **Louisiana State Museum** | | | | | | | |
| Check | 04/07/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -22.00 |
| **Matthew Lagure** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 195 | | 10060 · North Sh... | | 20000 · Acc... | -95.00 |
| **Merchants Auto** | | | | | | | |
| Bill Pmt -Check | 03/17/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -3,097.00 |
| Bill Pmt -Check | 04/16/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -3,097.00 |
| **Merrimack Mutual Fire Insurance Co.** | | | | | | | |
| Bill Pmt -Check | 03/17/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -198.84 |
| Bill Pmt -Check | 04/14/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -198.84 |
| Bill Pmt -Check | 05/15/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -198.84 |
| **Museum of Fine Arts - Boston** | | | | | | | |
| Check | 05/16/2025 | EFT | | 10060 · North Sh... | X | 22135 · APH... | -124.00 |
| **National Grid - Electric 37683-38033** | | | | | | | |
| Bill Pmt -Check | 04/01/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -345.00 |
| Bill Pmt -Check | 04/29/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -345.00 |
| **National Grid - Electric 75078-09026** | | | | | | | |
| Bill Pmt -Check | 03/26/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -89.00 |
| Bill Pmt -Check | 04/29/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -89.00 |
| **National Grid - Electric 87558-14056** | | | | | | | |
| Bill Pmt -Check | 04/01/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -487.04 |
| **New Orleans Airport** | | | | | | | |
| Check | 04/09/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -63.00 |
| **Niche** | | | | | | | |
| Bill Pmt -Check | 03/17/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -504.45 |
| Bill Pmt -Check | 03/31/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -504.45 |
| Bill Pmt -Check | 04/15/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -504.45 |
| Bill Pmt -Check | 04/28/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -504.45 |
| Bill Pmt -Check | 05/12/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -504.45 |

1:11 PM

06/25/25

**The Academy at Penguin Hall**

## Transaction List by Vendor
### March 11 through June 11, 2025

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **North Shore Bank** | | | | | | | |
| Check | 03/11/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 03/21/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -15.00 |
| Check | 03/21/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -20.00 |
| Check | 03/24/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 03/26/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -136.00 |
| Check | 03/26/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -204.00 |
| Check | 03/27/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -102.00 |
| Check | 03/27/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 03/31/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -146.00 |
| Check | 03/31/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -118.00 |
| Check | 04/01/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/03/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 04/04/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/04/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/07/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -204.00 |
| Check | 04/07/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -25.00 |
| Check | 04/07/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -25.00 |
| Check | 04/08/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -204.00 |
| Check | 04/08/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 04/09/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/10/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 04/10/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/11/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 04/11/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/11/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -7.07 |
| Check | 04/11/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/14/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -102.00 |
| Check | 04/14/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 04/16/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/17/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/21/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/22/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -170.00 |
| Check | 04/23/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -102.00 |
| Check | 04/24/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 04/25/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 04/25/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -170.00 |
| Check | 04/28/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/28/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/28/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -204.00 |
| Check | 04/29/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/30/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 04/30/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -50.00 |
| Check | 05/01/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 05/01/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/02/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/02/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 05/05/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -340.00 |
| Check | 05/05/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/06/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -10.00 |
| Check | 05/06/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -272.00 |
| Check | 05/06/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/07/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -102.00 |
| Check | 05/09/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/09/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/09/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -10.00 |
| Check | 05/12/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -10.00 |
| Check | 05/13/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 05/14/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -170.00 |
| Check | 05/14/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -25.00 |
| Check | 05/15/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 05/16/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/16/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -102.00 |
| Check | 05/19/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 05/19/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -100.00 |
| Check | 05/20/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 05/20/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -68.00 |
| Check | 05/23/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |

1:11 PM

06/25/25

## The Academy at Penguin Hall
## Transaction List by Vendor
### March 11 through June 11, 2025

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Check | 05/23/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/27/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/28/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/29/2025 | EFT | | 10070 · North Sh... | X | 77912 · Ban... | -34.00 |
| Check | 05/30/2025 | EFT | | 10060 · North Sh... | X | 77912 · Ban... | -84.00 |
| Check | 06/02/2025 | EFT | | 10070 · North Sh... | * | 77912 · Ban... | -34.00 |
| Check | 06/02/2025 | EFT | | 10060 · North Sh... | * | 77912 · Ban... | -34.00 |
| Check | 06/03/2025 | EFT | | 10070 · North Sh... | * | 77912 · Ban... | -34.00 |
| Check | 06/04/2025 | EFT | | 10070 · North Sh... | * | 77912 · Ban... | -34.00 |
| Check | 06/04/2025 | EFT | | 10060 · North Sh... | * | 77912 · Ban... | -102.00 |
| Check | 06/05/2025 | EFT | | 10060 · North Sh... | * | 77912 · Ban... | -102.00 |
| Check | 06/06/2025 | EFT | | 10060 · North Sh... | * | 77912 · Ban... | -34.00 |
| **Olive Garden** | | | | | | | |
| Check | 05/19/2025 | EFT | | 10060 · North Sh... | X | 22115 · Prom | -1,087.86 |
| **Paul Capodilupo** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 196 | | 10060 · North Sh... | | 20000 · Acc... | -95.00 |
| **Paul Halloran Jr.** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 197 | | 10060 · North Sh... | | 20000 · Acc... | -194.00 |
| **Peter Brady*** | | | | | | | |
| Bill Pmt -Check | 05/01/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,142.30 |
| **Pierre Maspero's** | | | | | | | |
| Check | 04/10/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -313.26 |
| **Preservation Hall** | | | | | | | |
| Check | 04/03/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -253.48 |
| **Ralph Waldo Emerson House** | | | | | | | |
| Bill Pmt -Check | 05/15/2025 | 213 | | 10060 · North Sh... | | 20000 · Acc... | -88.00 |
| **Republic Services** | | | | | | | |
| Bill Pmt -Check | 05/02/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -666.30 |
| **Rich Harrington** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 198 | | 10060 · North Sh... | | 20000 · Acc... | -190.00 |
| **RMS Media Group Inc** | | | | | | | |
| Bill Pmt -Check | 03/31/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,000.00 |
| Bill Pmt -Check | 04/29/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,000.00 |
| Bill Pmt -Check | 05/28/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,000.00 |
| **Robert Laurano** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 199 | | 10060 · North Sh... | | 20000 · Acc... | -95.00 |
| **Salem Five** | | | | | | | |
| Check | 03/14/2025 | EFT | | 10060 · North Sh... | X | 77923 · Note... | -5,223.32 |
| **Selective Insurance** | | | | | | | |
| Bill Pmt -Check | 03/31/2025 | EFT | | 10070 · North Sh... | X | 20000 · Acc... | -14,475.00 |
| Bill Pmt -Check | 04/04/2025 | EFT | | 10070 · North Sh... | X | 20000 · Acc... | -3,665.00 |
| Bill Pmt -Check | 04/24/2025 | EFT | | 10070 · North Sh... | X | 20000 · Acc... | -14,475.00 |
| Bill Pmt -Check | 05/05/2025 | EFT | | 10070 · North Sh... | X | 20000 · Acc... | -1,836.00 |
| Bill Pmt -Check | 05/27/2025 | EFT | | 10070 · North Sh... | X | 20000 · Acc... | -14,475.00 |
| Bill Pmt -Check | 06/04/2025 | EFT | | 10070 · North Sh... | * | 20000 · Acc... | -1,857.00 |
| **Shaheen Bros. Inc.** | | | | | | | |
| Bill Pmt -Check | 03/12/2025 | 180 | | 10060 · North Sh... | | 20000 · Acc... | -500.00 |
| **Smileys Photo Booths** | | | | | | | |
| Bill Pmt -Check | 05/09/2025 | 208 | | 10060 · North Sh... | | 20000 · Acc... | -1,250.00 |
| **Sostratus LLC** | | | | | | | |
| Bill Pmt -Check | 04/09/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -822.68 |
| Bill Pmt -Check | 04/10/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -725.00 |
| Bill Pmt -Check | 04/17/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -262.50 |
| Bill Pmt -Check | 05/13/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -356.25 |
| Bill Pmt -Check | 05/20/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -822.68 |
| Bill Pmt -Check | 05/22/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -40.00 |
| **Staples - Store** | | | | | | | |
| Check | 03/18/2025 | EFT | | 10060 · North Sh... | X | 75310 · Sup... | -145.52 |

1:11 PM

06/25/25

**The Academy at Penguin Hall**

## Transaction List by Vendor

**March 11 through June 11, 2025**

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Sysco** | | | | | | | |
| Bill Pmt -Check | 03/14/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -849.67 |
| Bill Pmt -Check | 03/28/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,241.37 |
| Credit | 04/01/2025 | 956687243 | | 20000 · Accounts... | | 73711 · Ven... | 140.72 |
| Bill Pmt -Check | 04/04/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,346.70 |
| Bill Pmt -Check | 04/14/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,352.29 |
| Bill Pmt -Check | 04/18/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,350.12 |
| Credit | 04/24/2025 | 956757462 | | 20000 · Accounts... | | 73711 · Ven... | 70.00 |
| Bill Pmt -Check | 04/29/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,378.79 |
| Bill Pmt -Check | 05/05/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,387.87 |
| Bill Pmt -Check | 05/09/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,642.74 |
| Bill Pmt -Check | 05/19/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,331.90 |
| Bill Pmt -Check | 05/27/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -1,821.45 |
| **Tax Me** | | | | | | | |
| Check | 04/16/2025 | EFT | | 10060 · North Sh... | X | 75270 · Acc... | -30.00 |
| **The Napoleon** | | | | | | | |
| Check | 04/07/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -247.54 |
| **The Nixon Company** | | | | | | | |
| Check | 05/09/2025 | EFT | | 10060 · North Sh... | X | 72300 · Gen... | -211.05 |
| **The Shack** | | | | | | | |
| Check | 04/10/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -162.20 |
| **Tom Burkinshaw** | | | | | | | |
| Bill Pmt -Check | 04/16/2025 | 200 | | 10060 · North Sh... | | 20000 · Acc... | -190.00 |
| **USPS South Hamilton** | | | | | | | |
| Check | 03/31/2025 | EFT | | 10060 · North Sh... | X | 75325 · Post... | -77.52 |
| Check | 03/31/2025 | EFT | | 10060 · North Sh... | X | 75325 · Post... | -124.00 |
| **Verite Capital Partners** | | | | | | | |
| Check | 05/06/2025 | EFT | | 10070 · North Sh... | X | 77922 · Fina... | -750.00 |
| **Verizon** | | | | | | | |
| Bill Pmt -Check | 03/27/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -710.08 |
| Bill Pmt -Check | 05/08/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -709.96 |
| Bill Pmt -Check | 05/29/2025 | EFT | | 10060 · North Sh... | X | 20000 · Acc... | -710.00 |
| **Waffle Time** | | | | | | | |
| Check | 04/08/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -61.04 |
| **Walmart** | | | | | | | |
| Check | 04/08/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -47.61 |
| **Whitney Plantation** | | | | | | | |
| Check | 04/02/2025 | EFT | | 10060 · North Sh... | X | 71316 · Field... | -179.02 |

9:25 AM
06/25/25
Accrual Basis

**The Academy at Penguin Hall**
**Transactions by Account**
As of June 11, 2025

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|--------|---------|
| **24100 · Deferred Expense - MCC** | | | | | | | | | 4,229,382.49 |
| General Journal | 05/01/2025 | PR 05/02/25 | | A. Barozzi | | | 71110 · Salaries - Full Time | 2,334.54 | 4,231,717.03 |
| General Journal | 05/15/2025 | PR 05/16/25 | | A. Barozzi | | | 71110 · Salaries - Full Time | 2,318.63 | 4,234,035.66 |
| General Journal | 05/29/2025 | PR 05/30/25 | | A. Barozzi | | | 71110 · Salaries - Full Time | 2,314.27 | 4,236,349.93 |
| General Journal | 05/01/2025 | PR 05/02/25 | | A. Builes Restrepo | | | 71110 · Salaries - Full Time | 1,738.39 | 4,238,088.32 |
| General Journal | 05/15/2025 | PR 05/16/25 | | A. Builes Restrepo | | | 71110 · Salaries - Full Time | 2,050.28 | 4,240,138.60 |
| General Journal | 05/29/2025 | PR 05/30/25 | | A. Builes Restrepo | | | 71110 · Salaries - Full Time | 1,750.39 | 4,241,888.99 |
| General Journal | 05/29/2025 | PR 05/30/25 | | A. Dodge | | | 71110 · Salaries - Full Time | 1,050.37 | 4,242,939.36 |
| General Journal | 05/15/2025 | PR 05/16/25 | | A. McCoy | | | 71110 · Salaries - Full Time | 1,906.42 | 4,244,845.78 |
| General Journal | 05/29/2025 | PR 05/30/25 | | A. McCoy | | | 71110 · Salaries - Full Time | 1,892.14 | 4,246,737.92 |
| General Journal | 05/15/2025 | PR 05/16/25 | | A. McKenna | | | 71110 · Salaries - Full Time | 2,143.31 | 4,248,881.23 |
| General Journal | 05/29/2025 | PR 05/30/25 | | A. McKenna | | | 71110 · Salaries - Full Time | 2,143.31 | 4,251,024.54 |
| General Journal | 05/15/2025 | PR 05/16/25 | | A. McLean | | | 71110 · Salaries - Full Time | 2,526.22 | 4,253,550.76 |
| General Journal | 05/29/2025 | PR 05/30/25 | | A. McLean | | | 71110 · Salaries - Full Time | 2,511.96 | 4,256,062.72 |
| General Journal | 05/15/2025 | PR 05/16/25 | | A. Stinson | | | 71110 · Salaries - Full Time | 1,150.88 | 4,257,213.60 |
| General Journal | 05/29/2025 | PR 05/30/25 | | A. Stinson | | | 71110 · Salaries - Full Time | 1,461.35 | 4,258,674.95 |
| General Journal | 05/15/2025 | PR 05/16/25 | | B. Doig | | | 71110 · Salaries - Full Time | 357.56 | 4,259,032.51 |
| General Journal | 05/29/2025 | PR 05/30/25 | | B. Doig | | | 71110 · Salaries - Full Time | 173.78 | 4,259,206.29 |
| General Journal | 05/15/2025 | PR 05/16/25 | | C. McGuire | | | 71110 · Salaries - Full Time | 2,350.95 | 4,261,557.24 |
| General Journal | 05/29/2025 | PR 05/30/25 | | C. McGuire | | | 71110 · Salaries - Full Time | 2,350.95 | 4,263,908.19 |
| General Journal | 05/15/2025 | PR 05/16/25 | | D. Swan | | | 71110 · Salaries - Full Time | 1,952.54 | 4,265,860.73 |
| General Journal | 05/29/2025 | PR 05/30/25 | | D. Swan | | | 71110 · Salaries - Full Time | 1,948.18 | 4,267,808.91 |
| General Journal | 05/15/2025 | PR 05/16/25 | | E. Fielder | | | 71110 · Salaries - Full Time | 2,293.75 | 4,270,102.66 |
| General Journal | 05/29/2025 | PR 05/30/25 | | E. Fielder | | | 71110 · Salaries - Full Time | 2,279.46 | 4,272,382.12 |
| Deposit | 10/23/2024 | EFT | | Fund from MCC | | | 10060 · North Shore Bank - OP 2292 | 100.00 | 4,272,482.12 |
| Deposit | 10/09/2024 | EFT | | Funds fro MCC | | | 10060 · North Shore Bank - PR 2309 | 100.00 | 4,272,582.12 |
| Deposit | 08/20/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 3,000.00 | 4,275,582.12 |
| Deposit | 08/28/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 12,000.00 | 4,287,582.12 |
| Deposit | 09/06/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,500.00 | 4,289,082.12 |
| Deposit | 08/30/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,000.00 | 4,290,082.12 |
| Deposit | 09/03/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 5,000.00 | 4,295,082.12 |
| Deposit | 09/25/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 20.00 | 4,295,102.12 |
| Deposit | 09/27/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,750.00 | 4,296,852.12 |
| Deposit | 10/01/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 4,400.00 | 4,301,252.12 |
| Deposit | 10/01/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 100.00 | 4,301,352.12 |
| Deposit | 09/27/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 300.00 | 4,301,652.12 |
| Deposit | 10/08/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 13,500.00 | 4,315,152.12 |
| Deposit | 10/23/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 5,800.00 | 4,320,952.12 |
| Deposit | 10/24/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 100.00 | 4,321,052.12 |
| Deposit | 11/06/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 100.00 | 4,321,152.12 |
| Deposit | 11/07/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 4,700.00 | 4,325,852.12 |
| Deposit | 11/07/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 500.00 | 4,326,352.12 |
| Deposit | 11/07/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 2,430.00 | 4,328,782.12 |
| Deposit | 11/07/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 100.00 | 4,328,882.12 |
| Deposit | 11/08/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 2,000.00 | 4,330,882.12 |
| Deposit | 11/12/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 2,800.00 | 4,333,682.12 |
| Deposit | 11/12/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 400.00 | 4,334,082.12 |
| Deposit | 11/12/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 800.00 | 4,334,882.12 |
| Deposit | 11/19/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 4,905.00 | 4,339,787.12 |
| Deposit | 11/20/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 4,800.00 | 4,344,587.12 |
| Deposit | 11/20/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 4,600.00 | 4,349,187.12 |
| Deposit | 11/19/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 20.00 | 4,349,207.12 |
| Deposit | 11/04/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,000.00 | 4,350,207.12 |
| Deposit | 11/25/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 15,000.00 | 4,365,207.12 |
| Deposit | 12/20/2024 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 100.00 | 4,365,307.12 |
| Deposit | 12/20/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,000.00 | 4,366,307.12 |
| Deposit | 12/20/2024 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 100.00 | 4,366,407.12 |
| Deposit | 01/23/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 56,000.00 | 4,422,407.12 |
| Deposit | 01/27/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 17,000.00 | 4,439,407.12 |
| Deposit | 01/30/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 75.00 | 4,439,482.12 |
| Deposit | 01/30/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 50.00 | 4,439,532.12 |
| Deposit | 01/31/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 50.00 | 4,439,582.12 |
| Deposit | 02/09/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 7,500.00 | 4,447,082.12 |
| Deposit | 02/10/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 8,000.00 | 4,455,082.12 |
| Deposit | 02/10/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,000.00 | 4,456,082.12 |
| Deposit | 02/19/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,100.00 | 4,457,182.12 |
| Deposit | 02/20/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 37,250.00 | 4,494,432.12 |
| Deposit | 02/24/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 19,000.00 | 4,513,432.12 |
| Deposit | 02/24/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 8,000.00 | 4,521,432.12 |
| Deposit | 02/24/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 20,000.00 | 4,541,432.12 |

9:25 AM
06/25/25
Accrual Basis

**The Academy at Penguin Hall**
**Transactions by Account**
As of June 11, 2025

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|--------|---------|
| Deposit | 02/25/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 500.00 | 4,541,932.12 |
| Deposit | 03/07/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 4,000.00 | 4,545,932.12 |
| Deposit | 03/11/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 8,000.00 | 4,553,932.12 |
| Deposit | 03/11/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 4,000.00 | 4,557,932.12 |
| Deposit | 03/20/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,500.00 | 4,559,432.12 |
| Deposit | 03/21/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 4,000.00 | 4,563,432.12 |
| Deposit | 03/21/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 200.00 | 4,563,632.12 |
| Deposit | 03/24/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,400.00 | 4,565,032.12 |
| Deposit | 03/25/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,000.00 | 4,566,032.12 |
| Deposit | 03/26/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 7,000.00 | 4,573,032.12 |
| Deposit | 03/26/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 2,100.00 | 4,575,132.12 |
| Deposit | 03/27/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 700.00 | 4,575,832.12 |
| Deposit | 03/27/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 300.00 | 4,576,132.12 |
| Deposit | 03/27/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 500.00 | 4,576,632.12 |
| Deposit | 03/28/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,600.00 | 4,578,232.12 |
| Deposit | 03/31/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 11,000.00 | 4,589,232.12 |
| Deposit | 04/01/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 5,900.00 | 4,595,132.12 |
| Deposit | 04/07/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 3,400.00 | 4,598,532.12 |
| Deposit | 04/03/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 100.00 | 4,598,632.12 |
| Deposit | 04/08/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 13,000.00 | 4,611,632.12 |
| Deposit | 04/09/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 9,700.00 | 4,621,332.12 |
| Deposit | 04/09/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 2,200.00 | 4,623,532.12 |
| Deposit | 04/10/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,000.00 | 4,624,532.12 |
| Deposit | 04/10/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 400.00 | 4,624,932.12 |
| Deposit | 04/01/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 100.00 | 4,625,032.12 |
| Deposit | 04/01/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 200.00 | 4,625,232.12 |
| Deposit | 04/02/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 400.00 | 4,625,632.12 |
| Deposit | 04/03/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 500.00 | 4,626,132.12 |
| Deposit | 04/02/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 600.00 | 4,626,732.12 |
| Deposit | 04/07/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 30,000.00 | 4,656,732.12 |
| Deposit | 04/08/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 300.00 | 4,657,032.12 |
| Deposit | 04/08/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 500.00 | 4,657,532.12 |
| Deposit | 04/08/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 500.00 | 4,658,032.12 |
| Deposit | 04/09/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 300.00 | 4,658,332.12 |
| Deposit | 04/09/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 800.00 | 4,659,132.12 |
| Deposit | 04/07/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 17,400.00 | 4,676,532.12 |
| Deposit | 04/15/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 9,200.00 | 4,685,732.12 |
| Deposit | 04/18/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 20,000.00 | 4,705,732.12 |
| Deposit | 04/21/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 10,000.00 | 4,715,732.12 |
| Deposit | 04/23/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 12,600.00 | 4,728,332.12 |
| Deposit | 04/25/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 4,900.00 | 4,733,232.12 |
| Deposit | 04/24/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 16,000.00 | 4,749,232.12 |
| Deposit | 04/28/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 7,900.00 | 4,757,132.12 |
| Deposit | 04/29/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,200.00 | 4,758,332.12 |
| Deposit | 04/28/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,600.00 | 4,759,932.12 |
| Deposit | 04/29/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,400.00 | 4,761,332.12 |
| Deposit | 04/29/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 700.00 | 4,762,032.12 |
| Deposit | 05/02/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,600.00 | 4,763,632.12 |
| Deposit | 05/02/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 2,000.00 | 4,765,632.12 |
| Deposit | 05/02/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 15,000.00 | 4,780,632.12 |
| Deposit | 05/02/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 7,000.00 | 4,787,632.12 |
| Deposit | 05/05/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,800.00 | 4,789,432.12 |
| Deposit | 05/02/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 200.00 | 4,789,632.12 |
| Deposit | 05/02/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 7,000.00 | 4,796,632.12 |
| Deposit | 05/02/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 500.00 | 4,797,132.12 |
| Deposit | 05/05/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,300.00 | 4,798,432.12 |
| Deposit | 05/01/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 2,000.00 | 4,800,432.12 |
| Deposit | 05/01/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,100.00 | 4,801,532.12 |
| Deposit | 05/01/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 500.00 | 4,802,032.12 |
| Deposit | 05/02/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 850.00 | 4,802,882.12 |
| Deposit | 05/06/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 10,100.00 | 4,812,982.12 |
| Deposit | 05/08/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,550.00 | 4,814,532.12 |
| Deposit | 05/05/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 2,000.00 | 4,816,532.12 |
| Deposit | 05/06/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 525.00 | 4,817,057.12 |
| Deposit | 05/08/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 825.00 | 4,817,882.12 |
| Deposit | 05/09/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 17,000.00 | 4,834,882.12 |
| Deposit | 05/09/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 720.00 | 4,835,602.12 |
| Deposit | 05/12/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 3,100.00 | 4,838,702.12 |
| Deposit | 05/12/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 220.00 | 4,838,922.12 |
| Deposit | 05/12/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,600.00 | 4,840,522.12 |

**The Academy at Penguin Hall**
**Transactions by Account**
As of June 11, 2025

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|--------|---------|
| Deposit | 05/09/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 700.00 | 4,841,222.12 |
| Deposit | 05/15/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 2,030.00 | 4,843,252.12 |
| Deposit | 05/15/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 2,000.00 | 4,845,252.12 |
| Deposit | 05/27/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 14,700.00 | 4,859,952.12 |
| Deposit | 05/28/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 4,800.00 | 4,864,752.12 |
| Deposit | 05/30/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 100.00 | 4,864,852.12 |
| Deposit | 05/29/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 700.00 | 4,865,552.12 |
| Deposit | 05/16/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,125.00 | 4,866,677.12 |
| Deposit | 05/19/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,000.00 | 4,867,677.12 |
| Deposit | 05/27/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,800.00 | 4,869,477.12 |
| Deposit | 05/27/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 1,000.00 | 4,870,477.12 |
| Deposit | 06/04/2025 | EFT | | Funds from MCC | | | 10070 · North Shore Bank - PR 2309 | 1,875.00 | 4,872,352.12 |
| Deposit | 06/03/2025 | EFT | | Funds from MCC | | | 10060 · North Shore Bank - OP 2292 | 675.00 | 4,873,027.12 |
| Deposit | 11/05/2024 | Cash | | Funds from MM | | | 10070 · North Shore Bank - PR 2309 | 300.00 | 4,873,327.12 |
| Deposit | 11/06/2024 | Cash | | Funds from MM | | | 10060 · North Shore Bank - OP 2292 | 200.00 | 4,873,527.12 |
| Check | 07/02/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -6,000.00 | 4,867,527.12 |
| Check | 07/08/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,866,527.12 |
| Check | 07/08/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,000.00 | 4,864,527.12 |
| Check | 07/08/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,863,527.12 |
| Check | 07/15/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -6,000.00 | 4,857,527.12 |
| Check | 07/15/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,856,527.12 |
| Check | 07/16/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,855,527.12 |
| Check | 07/16/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,854,527.12 |
| Check | 07/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -10,000.00 | 4,844,527.12 |
| Check | 07/19/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -12,000.00 | 4,832,527.12 |
| Check | 07/23/2024 | EFt | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,000.00 | 4,830,527.12 |
| Check | 07/24/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -400.00 | 4,830,127.12 |
| Check | 07/24/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,829,127.12 |
| Check | 07/24/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -4,000.00 | 4,825,127.12 |
| Check | 07/29/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,000.00 | 4,823,127.12 |
| Check | 07/29/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,000.00 | 4,821,127.12 |
| Check | 07/29/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -3,000.00 | 4,818,127.12 |
| Check | 08/03/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,817,127.12 |
| Check | 08/03/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -4,000.00 | 4,813,127.12 |
| Check | 08/06/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,000.00 | 4,811,127.12 |
| Check | 08/13/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -5,000.00 | 4,806,127.12 |
| Check | 08/12/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,805,127.12 |
| Check | 08/13/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -500.00 | 4,804,627.12 |
| Check | 08/14/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -4,000.00 | 4,800,627.12 |
| Check | 08/15/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -500.00 | 4,800,127.12 |
| Check | 08/16/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -3,000.00 | 4,797,127.12 |
| Check | 08/15/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -3,000.00 | 4,794,127.12 |
| Check | 08/19/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -5,000.00 | 4,789,127.12 |
| Check | 08/19/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,788,127.12 |
| Check | 08/19/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -5,000.00 | 4,783,127.12 |
| Check | 08/28/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,100.00 | 4,782,027.12 |
| Check | 08/09/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,000.00 | 4,780,027.12 |
| Check | 08/30/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -8,000.00 | 4,772,027.12 |
| Check | 09/09/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -4,300.00 | 4,767,727.12 |
| Check | 09/06/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -300.00 | 4,767,427.12 |
| Check | 09/12/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -200.00 | 4,767,227.12 |
| Check | 09/13/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -14,000.00 | 4,753,227.12 |
| Check | 09/17/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,752,227.12 |
| Check | 09/16/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -50.00 | 4,752,177.12 |
| Check | 09/19/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,300.00 | 4,750,877.12 |
| Check | 09/20/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -5,000.00 | 4,745,877.12 |
| Check | 09/27/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -11,000.00 | 4,734,877.12 |
| Check | 10/04/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -15,500.00 | 4,719,377.12 |
| Check | 09/27/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -150.00 | 4,719,227.12 |
| Check | 10/17/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -3,400.00 | 4,715,827.12 |
| Check | 10/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -500.00 | 4,715,327.12 |
| Check | 10/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -700.00 | 4,714,627.12 |
| Check | 10/15/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -400.00 | 4,714,227.12 |
| Check | 10/22/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -6,000.00 | 4,708,227.12 |
| Check | 10/22/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -400.00 | 4,707,827.12 |
| Check | 10/22/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,000.00 | 4,706,827.12 |
| Check | 10/25/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -400.00 | 4,706,427.12 |
| Check | 10/28/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,500.00 | 4,704,927.12 |
| Check | 10/28/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -300.00 | 4,704,627.12 |
| Check | 10/28/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,000.00 | 4,703,627.12 |

**The Academy at Penguin Hall**
**Transactions by Account**
As of June 11, 2025

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|--------|---------|
| Check | 10/29/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -500.00 | 4,703,127.12 |
| Check | 10/30/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -3,000.00 | 4,700,127.12 |
| Check | 11/04/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -600.00 | 4,699,527.12 |
| Check | 11/04/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -6,500.00 | 4,693,027.12 |
| Check | 11/04/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,000.00 | 4,692,027.12 |
| Check | 11/04/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -3,000.00 | 4,689,027.12 |
| Check | 11/04/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -7,800.00 | 4,681,227.12 |
| Check | 11/06/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -5,600.00 | 4,675,627.12 |
| Check | 11/07/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -9,000.00 | 4,666,627.12 |
| Check | 11/08/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -2,000.00 | 4,664,627.12 |
| Check | 11/14/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -2,400.00 | 4,662,227.12 |
| Check | 11/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -100.00 | 4,662,127.12 |
| Check | 11/21/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -2,000.00 | 4,660,127.12 |
| Check | 11/21/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -25,500.00 | 4,634,627.12 |
| Check | 11/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -200.00 | 4,634,427.12 |
| Check | 11/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -8,500.00 | 4,625,927.12 |
| Check | 11/19/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -7,700.00 | 4,618,227.12 |
| Check | 11/20/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -3,800.00 | 4,614,427.12 |
| Check | 11/21/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,000.00 | 4,613,427.12 |
| Check | 12/02/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -7,500.00 | 4,605,927.12 |
| Check | 12/02/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,000.00 | 4,604,927.12 |
| Check | 11/04/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,000.00 | 4,603,927.12 |
| Check | 11/26/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -10,000.00 | 4,593,927.12 |
| Check | 11/26/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -200.00 | 4,593,727.12 |
| Check | 11/27/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -4,800.00 | 4,588,927.12 |
| Check | 11/29/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -6,000.00 | 4,582,927.12 |
| Check | 11/22/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,581,927.12 |
| Check | 11/29/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -150.00 | 4,581,777.12 |
| Check | 11/26/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -200.00 | 4,581,577.12 |
| Check | 12/04/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,500.00 | 4,579,077.12 |
| Check | 12/05/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,000.00 | 4,577,077.12 |
| Check | 12/09/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -12,000.00 | 4,565,077.12 |
| Check | 12/09/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,564,077.12 |
| Check | 12/16/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -500.00 | 4,563,577.12 |
| Check | 12/16/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -4,000.00 | 4,559,577.12 |
| Check | 12/17/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -500.00 | 4,559,077.12 |
| Check | 12/17/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -500.00 | 4,558,577.12 |
| Check | 12/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -600.00 | 4,557,977.12 |
| Check | 12/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -6,200.00 | 4,551,777.12 |
| Check | 12/18/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,200.00 | 4,550,577.12 |
| Check | 12/19/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -7,600.00 | 4,542,977.12 |
| Check | 12/23/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -200.00 | 4,542,777.12 |
| Check | 12/26/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -4,000.00 | 4,538,777.12 |
| Check | 12/23/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -5,500.00 | 4,533,277.12 |
| Check | 12/26/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -200.00 | 4,533,077.12 |
| Check | 12/27/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -700.00 | 4,532,377.12 |
| Check | 12/31/2024 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -500.00 | 4,531,877.12 |
| Check | 01/07/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,000.00 | 4,530,877.12 |
| Check | 01/02/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -4,000.00 | 4,526,877.12 |
| Check | 01/08/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -3,000.00 | 4,523,877.12 |
| Check | 01/07/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,500.00 | 4,522,377.12 |
| Check | 01/09/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,500.00 | 4,520,877.12 |
| Check | 01/13/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -7,500.00 | 4,513,377.12 |
| Check | 01/15/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -80,000.00 | 4,433,377.12 |
| Check | 01/16/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -15,000.00 | 4,418,377.12 |
| Check | 01/16/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -10,000.00 | 4,408,377.12 |
| Check | 01/28/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -100.00 | 4,408,277.12 |
| Check | 01/31/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -850.00 | 4,407,427.12 |
| Check | 02/05/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -100.00 | 4,407,327.12 |
| Check | 02/07/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -300.00 | 4,407,027.12 |
| Check | 02/06/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -4,000.00 | 4,403,027.12 |
| Check | 02/09/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -8,000.00 | 4,395,027.12 |
| Check | 02/19/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -32,000.00 | 4,363,027.12 |
| Check | 02/20/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -8,500.00 | 4,354,527.12 |
| Check | 02/21/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -100.00 | 4,354,427.12 |
| Check | 02/24/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -8,000.00 | 4,346,427.12 |
| Check | 02/21/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -40,000.00 | 4,306,427.12 |
| Check | 02/26/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -4,500.00 | 4,301,927.12 |
| Check | 03/03/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,000.00 | 4,300,927.12 |
| Check | 03/04/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,000.00 | 4,299,927.12 |

9:25 AM
06/25/25
Accrual Basis

**The Academy at Penguin Hall**

**Transactions by Account**

As of June 11, 2025

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 03/05/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -10,000.00 | 4,289,927.12 |
| Check | 03/05/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,500.00 | 4,288,427.12 |
| Check | 03/06/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -20,000.00 | 4,268,427.12 |
| Check | 03/05/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -500.00 | 4,267,927.12 |
| Check | 03/06/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -6,000.00 | 4,261,927.12 |
| Check | 03/05/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,500.00 | 4,260,427.12 |
| Check | 03/26/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -7,000.00 | 4,253,427.12 |
| Check | 03/31/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -15,000.00 | 4,238,427.12 |
| Check | 04/07/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -33,000.00 | 4,205,427.12 |
| Check | 04/07/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -50,000.00 | 4,155,427.12 |
| Check | 04/09/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -500.00 | 4,154,927.12 |
| Check | 04/09/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -100.00 | 4,154,827.12 |
| Check | 04/11/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -825.00 | 4,154,002.12 |
| Check | 04/16/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -700.00 | 4,153,302.12 |
| Check | 04/14/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -92,000.00 | 4,061,302.12 |
| Check | 04/15/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -100.00 | 4,061,202.12 |
| Check | 04/28/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -40,600.00 | 4,020,602.12 |
| Check | 04/17/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -400.00 | 4,020,202.12 |
| Check | 05/05/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -3,700.00 | 4,016,502.12 |
| Check | 05/01/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -2,000.00 | 4,014,502.12 |
| Check | 05/05/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -9,000.00 | 4,005,502.12 |
| Check | 05/08/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -3,900.00 | 4,001,602.12 |
| Check | 05/09/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -23,300.00 | 3,978,302.12 |
| Check | 05/14/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -1,100.00 | 3,977,202.12 |
| Check | 05/15/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -3,900.00 | 3,973,302.12 |
| Check | 05/15/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -400.00 | 3,972,902.12 |
| Check | 05/15/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -2,000.00 | 3,970,902.12 |
| Check | 05/16/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -2,000.00 | 3,968,902.12 |
| Check | 05/20/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10060 · North Shore Bank - OP 2292 | -280.00 | 3,968,622.12 |
| Check | 06/03/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -2,550.00 | 3,966,072.12 |
| Check | 06/06/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -1,490.00 | 3,964,582.12 |
| Check | 06/11/2025 | EFT | Martins Construction Company | Funds to MCC | | | 10070 · North Shore Bank - PR 2309 | -900.00 | 3,963,682.12 |
| General Journal | 05/15/2025 | PR 05/16/25 | | G. Fielder | | | 71110 · Salaries - Full Time | 349.09 | 3,966,421.21 |
| General Journal | 05/29/2025 | PR 05/30/25 | | G. Fielder | | | 71110 · Salaries - Full Time | 349.10 | 3,966,770.31 |
| General Journal | 05/29/2025 | PR 05/30/25 | | G. Lumumba-Nkrumah | | | 71110 · Salaries - Full Time | 2,797.96 | 3,969,568.27 |
| General Journal | 05/15/2025 | PR 05/16/25 | | H. Gibbons | | | 71110 · Salaries - Full Time | 1,966.48 | 3,971,534.75 |
| General Journal | 05/29/2025 | PR 05/30/25 | | H. Gibbons | | | 71110 · Salaries - Full Time | 1,966.48 | 3,973,501.23 |
| General Journal | 05/15/2025 | PR 05/16/25 | | H. Kimberley | | | 71110 · Salaries - Full Time | 2,701.42 | 3,976,202.65 |
| General Journal | 05/29/2025 | PR 05/30/25 | | H. Kimberley | | | 71110 · Salaries - Full Time | 2,691.38 | 3,978,894.03 |
| General Journal | 03/20/2025 | PR 03/21/25 | | J. Aupont | | | 71110 · Salaries - Full Time | 3,246.44 | 3,982,140.47 |
| General Journal | 05/01/2025 | PR 05/02/25 | | J. Bjornholm | | | 71110 · Salaries - Full Time | 1,905.12 | 3,984,045.59 |
| General Journal | 05/01/2025 | PR 05/02/25 | | J. Bjornholm | | | 71110 · Salaries - Full Time | 1,905.14 | 3,985,950.73 |
| General Journal | 05/15/2025 | PR 05/16/25 | | J. Bjornholm | | | 71110 · Salaries - Full Time | 1,886.78 | 3,987,837.51 |
| General Journal | 05/29/2025 | PR 05/30/25 | | J. Bjornholm | | | 71110 · Salaries - Full Time | 1,881.76 | 3,989,719.27 |
| General Journal | 05/15/2025 | PR 05/16/25 | | J. Conti | | | 71110 · Salaries - Full Time | 941.24 | 3,990,660.51 |
| General Journal | 05/29/2025 | PR 05/30/25 | | J. Conti | | | 71110 · Salaries - Full Time | 941.24 | 3,991,601.75 |
| General Journal | 05/01/2025 | PR 05/02/25 | | J. Marin | | | 71110 · Salaries - Full Time | 2,040.75 | 3,993,642.50 |
| General Journal | 05/15/2025 | PR 05/16/25 | | J. Marin | | | 71110 · Salaries - Full Time | 2,293.16 | 3,995,935.66 |
| General Journal | 05/29/2025 | PR 05/30/25 | | J. Marin | | | 71110 · Salaries - Full Time | 1,961.51 | 3,997,897.17 |
| General Journal | 05/15/2025 | PR 05/16/25 | | J. Nadolski | | | 71110 · Salaries - Full Time | 1,381.31 | 3,999,278.48 |
| General Journal | 05/29/2025 | PR 05/30/25 | | J. Nadolski | | | 71110 · Salaries - Full Time | 1,381.32 | 4,000,659.80 |
| General Journal | 05/01/2025 | PR 05/02/25 | | J. Torchio | | | 71110 · Salaries - Full Time | 1,981.50 | 4,002,641.30 |
| General Journal | 05/29/2025 | PR 05/30/25 | | J. Torchio | | | 71110 · Salaries - Full Time | 1,967.22 | 4,004,608.52 |
| General Journal | 05/01/2025 | PR 05/02/25 | | K. Bush | | | 71110 · Salaries - Full Time | 3,126.43 | 4,007,734.95 |
| General Journal | 05/15/2025 | PR 05/16/25 | | K. Bush | | | 71110 · Salaries - Full Time | 3,126.43 | 4,010,861.38 |
| General Journal | 05/29/2025 | PR 05/30/25 | | K. Bush | | | 71110 · Salaries - Full Time | 3,126.43 | 4,013,987.81 |
| General Journal | 05/15/2025 | PR 05/16/25 | | K. Dodge | | | 71110 · Salaries - Full Time | 1,767.28 | 4,015,755.09 |
| General Journal | 05/29/2025 | PR 05/30/25 | | K. Dodge | | | 71110 · Salaries - Full Time | 1,767.27 | 4,017,522.36 |
| General Journal | 05/15/2025 | PR 05/16/25 | | K. Vogel | | | 71110 · Salaries - Full Time | 3,041.04 | 4,020,563.40 |
| General Journal | 05/29/2025 | PR 05/30/25 | | K. Vogel | | | 71110 · Salaries - Full Time | 3,041.04 | 4,023,604.44 |
| General Journal | 05/01/2025 | PR 05/02/25 | | L. Elsasser | | | 71110 · Salaries - Full Time | 520.45 | 4,024,124.89 |
| General Journal | 05/15/2025 | PR 05/16/25 | | L. Elsasser | | | 71110 · Salaries - Full Time | 520.44 | 4,024,645.33 |
| General Journal | 05/29/2025 | PR 05/30/25 | | L. Elsasser | | | 71110 · Salaries - Full Time | 520.45 | 4,025,165.78 |
| General Journal | 05/15/2025 | PR 05/16/25 | | L. Erricola | | | 71110 · Salaries - Full Time | 880.33 | 4,026,046.11 |
| General Journal | 05/29/2025 | PR 05/30/25 | | L. Erricola | | | 71110 · Salaries - Full Time | 980.29 | 4,027,026.40 |
| General Journal | 05/15/2025 | PR 05/16/25 | | M. Avigian | | | 71110 · Salaries - Full Time | 2,077.23 | 4,029,103.63 |
| General Journal | 05/29/2025 | PR 05/30/25 | | M. Avigian | | | 71110 · Salaries - Full Time | 2,072.87 | 4,031,176.50 |
| General Journal | 05/29/2025 | PR 05/30/25 | | M. Cruz | | | 71110 · Salaries - Full Time | 1,216.49 | 4,032,392.99 |
| General Journal | 04/17/2025 | PR 04/18/25 | | M. Kline | | | 71110 · Salaries - Full Time | 2,123.35 | 4,034,516.34 |
| General Journal | 05/01/2025 | PR 05/02/25 | | M. Kline | | | 71110 · Salaries - Full Time | 2,123.35 | 4,036,639.69 |

9:25 AM
06/25/25
Accrual Basis

**The Academy at Penguin Hall**
**Transactions by Account**
As of June 11, 2025

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|--------|---------|
| General Journal | 05/15/2025 | PR 05/16/25 | | M. Kline | | | 71110 · Salaries - Full Time | 2,123.34 | 4,038,763.03 |
| General Journal | 05/29/2025 | PR 05/30/25 | | M. Kline | | | 71110 · Salaries - Full Time | 2,123.34 | 4,040,886.37 |
| General Journal | 05/29/2025 | PR 05/30/25 | | M. Martins | | | 71110 · Salaries - Full Time | 1,401.73 | 4,042,288.10 |
| General Journal | 05/29/2025 | PR 05/30/25 | | M. Neal | | | 71110 · Salaries - Full Time | 3,147.34 | 4,045,435.44 |
| General Journal | 05/15/2025 | PR 05/16/25 | | M. Schwartz | | | 71110 · Salaries - Full Time | 2,490.99 | 4,047,926.43 |
| General Journal | 05/29/2025 | PR 05/30/25 | | M. Schwartz | | | 71110 · Salaries - Full Time | 2,486.64 | 4,050,413.07 |
| General Journal | 12/24/2024 | MA WH Tax1 | Internal Revenue Service | MA Tax Payment plan - Paid from MCC account | | | 21030 · Accrued PR Taxes | 4,805.00 | 4,055,218.07 |
| General Journal | 01/24/2025 | MA WH Tax2 | Internal Revenue Service | MA Tax Payment plan - Paid from MCC account | | | 21030 · Accrued PR Taxes | 4,805.00 | 4,060,023.07 |
| General Journal | 02/25/2025 | MA WH Tax3 | Internal Revenue Service | MA Tax Payment plan - Paid from MCC account | | | 21030 · Accrued PR Taxes | 4,805.00 | 4,064,828.07 |
| Check | 02/04/2025 | EFT | Tax Me | MCC Tax Filing paid by APH | | | 10060 · North Shore Bank - OP 2292 | -120.00 | 4,064,708.07 |
| General Journal | 05/15/2025 | PR 05/16/25 | | P. Borzi | | | 71110 · Salaries - Full Time | 2,323.78 | 4,067,031.85 |
| General Journal | 05/29/2025 | PR 05/30/25 | | P. Borzi | | | 71110 · Salaries - Full Time | 2,323.79 | 4,069,355.64 |
| General Journal | 05/05/2025 | MCC-JE1 | | Paid Acadia Insurance on behalf of MCC | | | 10060 · North Shore Bank - OP 2292 | -7,512.00 | 4,061,843.64 |
| General Journal | 05/15/2025 | PR 05/16/25 | | R. Al-Khalili | | | 71110 · Salaries - Full Time | 2,232.49 | 4,064,076.13 |
| General Journal | 05/29/2025 | PR 05/30/25 | | R. Al-Khalili | | | 71110 · Salaries - Full Time | 2,232.48 | 4,066,308.61 |
| General Journal | 05/01/2025 | PR 05/02/25 | | R. McCarthy | | | 71110 · Salaries - Full Time | 2,435.76 | 4,068,744.37 |
| General Journal | 05/15/2025 | PR 05/16/25 | | R. McCarthy | | | 71110 · Salaries - Full Time | 2,364.38 | 4,071,108.75 |
| General Journal | 05/29/2025 | PR 05/30/25 | | R. McCarthy | | | 71110 · Salaries - Full Time | 2,286.07 | 4,073,394.82 |
| General Journal | 05/01/2025 | PR 05/02/25 | | S. Restrepo | | | 71110 · Salaries - Full Time | 1,563.79 | 4,074,958.61 |
| General Journal | 05/15/2025 | PR 05/16/25 | | S. Restrepo | | | 71110 · Salaries - Full Time | 1,900.79 | 4,076,859.40 |
| General Journal | 05/29/2025 | PR 05/30/25 | | S. Restrepo | | | 71110 · Salaries - Full Time | 1,243.64 | 4,078,103.04 |
| General Journal | 04/03/2025 | PR 04/04/25 | | S.Guido | | | 71110 · Salaries - Full Time | 2,043.97 | 4,080,147.01 |
| General Journal | 04/17/2025 | PR 04/18/25 | | S.Guido | | | 71110 · Salaries - Full Time | 2,043.95 | 4,082,190.96 |
| General Journal | 05/01/2025 | PR 05/02/25 | | S.Guido | | | 71110 · Salaries - Full Time | 2,043.97 | 4,084,234.93 |
| General Journal | 05/15/2025 | PR 05/16/25 | | S.Guido | | | 71110 · Salaries - Full Time | 2,012.10 | 4,086,247.03 |
| General Journal | 05/29/2025 | PR 05/30/25 | | S.Guido | | | 71110 · Salaries - Full Time | 2,003.40 | 4,088,250.43 |
| Check | 02/04/2025 | EFT | Tax Me | Tax filing paid by APH | | | 10060 · North Shore Bank - OP 2292 | -32.52 | 4,088,217.91 |
| Total 24100 · Deferred Expense - MCC | | | | | | | | -143,554.58 | 4,088,217.91 |
| **TOTAL** | | | | | | | | **-143,554.58** | **4,088,217.91** |