UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>THE ACADEMY AT PENGUIN,<br>HALL, INC.<br><br>Debtor. | CHAPTER 11<br><br>Case No. 25-11191 (CJP) |

### SUPPLEMENT TO THE MOTION OF ORIGEN WENHAM LLC FOR RELIEF FROM THE AUTOMATIC STAY [DKT. NO. 70]

Origen Wenham LLC ("Origen") submits this Supplement to its Motion for Relief from the Automatic Stay (the "Motion for Relief") [Dkt.No. 70] filed on August 21, 2025 to provide a complete copy of the July 8, 2025 Appraisal (the "Appraisal") obtained by Origen and performed by Matthew Wood and Jeffrey Carlson of BBG, Inc. Counsel for Origen mistakenly attached only the Summary of the Appraisal to the Motion for Relief as Exhibit R. Since Debtor counsel has raised the lack of the complete Appraisal as an issue in its Opposition to the Motion for Relief [Dkt. No. 85], Origen hereby submits the Appraisal in its entirety as Exhibit "A" to this Supplement.

Dated: September 11, 2025

Respectfully submitted,
ORIGEN WENHAM LLC,
By its attorneys,

/s/ *Jonathan M. Hixon*
Jonathan M. Hixon, BBO# 692420
Jacqueline M. Doyle, BBO# 707618
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(617) 422-0200
jmh@bostonbusinesslaw.com
jmd@bostonbusinesslaw.com

# **CERTIFICATE OF SERVICE**

I, Jonathan M. Hixon, hereby certify that, in addition to serving all parties registered in this case to receive notice via the Court's CM/ECF system, on September 11, 2025, I also served a copy of the aforementioned document on the individuals and entities below via email as indicated:

Christopher M. Condon
Counsel to The Academy at Penguin Hill, Inc.
Bowditch & Dewey, LLP
75 Federal Street, Suite 1000
Boston, Massachusetts 02110
ccondon@bowditch.com

Richard King – B, Assistant U.S. Trustee
Office of the US Trustee
J. W. McCormack Post Office & Courthouse
5 Post Office Square - 10thfloor
Suite 1000
Boston, Massachusetts 02109
jacqueline.f.dagle@usdoj.gov
USTPRegion01.BO.ECF@USDOJ.GOV

U.S. Department of Labor
Office of the Regional Solicitor
JFK Federal Building - Room E-375
Boston, Massachusetts 02203
doherty.niamh.e@dol.gov

Argie Kosmetatos Shapiro
Veronica H. Zhang
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Argie.kosmetatos@mass.gov
Veronica.zhang@mass.gov

RS Lyon Properties Group, LLC
c/o Edmond J. Ford, Esq.
Ford, Mcdonald & Borden, P.A.
815 Elm Street, Suite 5B
Manchester, NH 03101-2129
eford@fordlaw.com
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Jeffrey.h.reynolds@irs.gov

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090
Attn: Stephen Murphy
murphys@dor.state.ma.us

Town of Wenham
138 Main Street
Wenham, MA 01984-1597

Attn: MMC/CMMC Town Clerk
townclerk@wenhamma.gov

Garden Street Properties, LLC
c/o Sean B. Cullen, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
scullen@rflawyers.com

John Coughlin
214 Country Club Way
Ipswich, MA 01938
john@quinniron.com

CIT Bank, N.A.
10201 Centurion Pkwy N
Suite 100
Jacksonville, FL 32256
UCCFILINGRETURN@WOLTERSKLUWER.COM

Alexander Fine Painting & Cleaning, Inc.
5 Garside Terrace
Methuen, MA 01844
alexanderfinepainting@gmail.com

Allways
399 Revolution Drive, Suite 83
Somerville, MA 02145
HealthPlanBilling@mgb.org

SBA
14925 Kingsport Road
Fort Worth, TX 76155
COVIDEIDLSERVICING@SBA.GOV

Bruce Potter
57 Locust Street
Danvers, MA 01923
baaip@verizon.net

Buck, Kevin & Jill
84 Sunset Rock Road
Andover, MA 01810
kevinbucklaw@gmail.com

Geraldine Atkins
36 Weatherly Drive, Unit 36
Salem, MA 01970
jeri.atkins@icloud.com

2

U.S. Small Business Administration
2 North 20th Street Suite 320
Birmingham, AL 35203
COVIDEIDLSERVICING@SBA.GOV

Kathleen & John Corcoran
274 East Street
East Walpole, MA 02032
jmckbc@msn.com

Massgu Landscaping
15 N. Federal Street #1
Lynn, MA 01905
ferwal78@gmail.com

National Grid
P.O.Box 960
Northborough, MA 01532
nationalgrid@emails.nationalgridus.com

National Grid
PO Box 371338
Pittsburgh, PA 15250
nationalgrid@emails.nationalgridus.com

Nationwide
P.O. Box 183046
Columbus, OH 43218
rptfraud@nationwide.com

Peter & Mary Brady
39 Pitcher Street
Montgomery, MA 01085
themotherm@gmail.com

Peter Binda
34 Clark St #2
Boston, MA 02109
125main@gmail.com

Russell Lyon
PO Box 899
149 Kingswood Rd
Wolfeboro, NH 03894
rslyon65@gmail.com

Scott Burke
44 Longley Avenue
Swampscott, MA 01907
SBurke@morrisonmahoney.com

Official Committee of Unsecured Creditors
Harris Beach Murtha Cullina PLLC
33 Arch Street
12th Floor
Boston, MA 02110
mdegiacomo@harrisbeachmurtha.com
jhorne@harrisbeachmurtha.com

    I, Jonathan M. Hixon, also hereby certify that on September 11, 2025, I also served a copy of the aforementioned document on the individuals and entities below via first-class as indicated:

Albert Martins
69 Cherry Street
Wenham, MA 01984-1305

Mary B. Martins
69 Cherry Street
Wenham, MA 01984-1305

Martins Construction Company, Inc
36 Essex Street
Wenham, MA 01984-1710

/s/ *Jonathan M. Hixon*
Jonathan M. Hixon

3