## Exhibit A



# BBG
REAL ESTATE SERVICES

# APPRAISAL REPORT

The insight you need. The independence you trust.

## The Academy at Penguin Hall

36 Essex Street
Wenham, Massachusetts  01984-1710

BBG File #0125012926

### Prepared For
Mr. John A. Gibbons
Origen Wenham LLC
112 South Street, 6th Floor
Boston, MA  02130
The intended user of this report is Origen Wenham LLC

### Report Date
July 8, 2025

### Prepared By
BBG, Inc., Boston Office
100 Summer Street, Suite 2705
Boston, MA  02110
(617) 710-2200

Client Manager:  Matthew Wood, MAI,MRICS
matthewwood@bbgres.com

## Valuation + Assessment

Copyright © 2025 BBG, Inc. All rights reserved.



July 8, 2025

Mr. John A. Gibbons
Origen Wenham LLC
112 South Street, 6th Floor
Boston, MA  02130

Re:     Appraisal of Real Property
        **The Academy at Penguin Hall**
        36 Essex Street
        Wenham, Massachusetts  01984-1710
        **BBG File #0125012926**


Dear Mr. Gibbons:

In accordance with your authorization (per the engagement letter found in the addenda of this report), we have prepared an Appraisal of the above-referenced property.

The subject represents an educational facility formerly known as the Academy at Penguin Hall located at 36 Essex Street in Wenham, Massachusetts. The improvements include three buildings constructed in 1929 and 1960 respectively and are situated on a 48.7-acre site. The improvements provide approximately 118,062 square feet with each building containing 7,914 sf, 18,485 sf, and 91,663 sf respectively. The school shutdown following the 2024-2025 school year due to declining attendance and donations. The subject also includes a second parcel that contains approximately 1.78 acres and is considered wetlands. The subject is scheduled to go to auction in September 2025 and is represented by Paul E Saperstein Co. The subject is described more legally and physically within the enclosed report.

This appraisal report was prepared to conform with the requirements of the Uniform Standards of Professional Appraisal Practice (USPAP) and has been written in accordance with the Code of Ethics and the Standards of Professional Practice of the Appraisal Institute. Origen Wenham LLCNo other party may rely upon the findings in this report unless otherwise noted in this report.

Based on our inspection of the property and the investigation and the analysis undertaken, we have concluded the following value opinion(s).

| MARKET VALUE CONCLUSION(S) | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Market Value - As Is | Fee Simple | June 27, 2025 | $8,300,000 |

This letter must remain attached to the report, which should be transmitted in its entirety, in order for the value opinion set forth to be considered valid.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

Mr. Gibbons
July 8, 2025
Page 2

Our firm appreciates the opportunity to have performed this appraisal assignment on your behalf. If we may be of further service, please contact us.

Sincerely,
**BBG, Inc.**


**Matthew Wood MAI, MRICS**
**Senior Managing Director**
MA Cert. Gen. License #75605
Phone: 617 710 2200
Email: matthewwood@bbgres.com

**Jeffrey Carlson**
**Senior Appraiser**
MA Cert. Gen. License #76179
Phone: 617 922 8865
Email: jcarlson@bbgres.com

---

THE ACADEMY AT PENGUIN HALL APPRAISAL

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# TABLE OF CONTENTS

Subject Photographs ................................................................................................................................ 1

Summary of Salient Facts ......................................................................................................................... 4

Scope of Work .......................................................................................................................................... 5

Regional Analysis ..................................................................................................................................... 8

Market Area Analysis .............................................................................................................................. 14

Site Description ....................................................................................................................................... 17

Zoning ...................................................................................................................................................... 22

Improvements Description ...................................................................................................................... 24

Property Tax Analysis .............................................................................................................................. 26

Market Analysis ....................................................................................................................................... 27

Highest and Best Use .............................................................................................................................. 37

Valuation Process .................................................................................................................................... 39

Land Valuation ......................................................................................................................................... 40

Cost Approach .......................................................................................................................................... 45

Sales Comparison Approach ................................................................................................................... 48

Reconciliation and Final Value ................................................................................................................ 54

Certification ............................................................................................................................................. 55

Standard Assumptions and Limiting Conditions .................................................................................... 56

Addenda ................................................................................................................................................... 60

Copyright © 2025 BBG, Inc. All rights reserved.

BBG

# SUBJECT PHOTOGRAPHS

## AERIAL PHOTOGRAPH



COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.



Photo 1 - Typical View of the Subject

Photo 2 - Typical View of the Subject

Photo 3 - Typical View of the Subject

Photo 4 - View of the Parking

Photo 5 – External View

Photo 6 – Tennis Courts

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG



Photo 7 – Internal View

Photo 8 - Internal View

Photo 9 - Internal View

Photo 10 - Internal View

Photo 11 – Internal View Use

Photo 12 - Surrounding Use

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# SUMMARY OF SALIENT FACTS

| PROPERTY DATA | |
|---|---|
| Property Name | The Academy at Penguin Hall |
| Address | 36 Essex Street |
| | Wenham, Massachusetts  01984-1710 |
| Property Description | Institutional Use (School) |
| County | Essex County |
| Parcel Number | 40-3,41-6A |
| Site Area | 2,121,414 square feet   (48.70 acres) |
| Zoning | R; Residential |
| Flood Status | Zone X Unshaded (Outside 500Y) is a Non-Special Flood Hazard Area (NSFHA) of minimal flood hazard, usually depicted on Flood Insurance Rate Maps (FIRM) as above the 500-year flood level. This is an area in a low to moderate risk flood zone that is not in any immediate danger from flooding caused by overflowing rivers or hard rains. In communities that participate in the National Flood Insurance Program (NFIP), flood insurance is available to all property owners and renters in this zone. |
| | Zone A is a Special Flood Hazard Area (SFHA) with a 1% annual chance of flooding and a |
| Year Built | 1926 |
| Year Renovated | 2021 |
| Number of Buildings | 3 |
| Gross Building Area | 118,062 square feet |
| Occupancy | 100.0% |
| Overall Condition | Average |
| Overall Quality | Average |
| Overall Design/Functionality | The improvements are functional in design for an educational facilty |

| VALUE INDICATIONS | | | |
|---|---|---|---|
| As Is as of June 27, 2025 | | | |
| Cost Approach | $8,400,000 | $71.15 | Per Square Foot (GBA) |
| Land Value | $2,400,000 | $49,280 | Per Acre |
| Sales Comparison Approach | $8,300,000 | $70.30 | Per Square Foot (GBA) |
| Approach Reliance | Sales Comparison Approach | | |
| Value Conclusion - As Is | $8,300,000 | $70.30 | Per Square Foot (GBA) |
| Exposure Time (Months) | 6-12 Months | | |
| Marketing Time (Months) | 6-12 Months | | |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

# SCOPE OF WORK

| APPRAISAL INFORMATION | |
|---|---|
| Client | Origen Wenham LLC |
| | 112 South Street, 6th Floor |
| | Boston, MA  02130 |
| Intended User(s) | The intended user of this report is Origen Wenham LLC |
| Intended Use | The appraisal is to be utilized to assist the client with Internal Decision Making / Bankruptcy |
| Property Rights Appraised | As Is Market Value - Fee Simple |
| Date of Inspection | June 27, 2025 |
| Marketing Time (Months) | 6-12 Months |
| Exposure Time (Months) | 6-12 Months |
| Owner of Record | Academy at Penguin Hall INC. |
| Most Probable Purchaser | Owner Occupant |
| Highest and Best Use | |
| If Vacant | Residential Development |
| As Improved | Educational Facilty |

| SCOPE OF THE INVESTIGATION | |
|---|---|
| General and Market Data Analyzed | ▪ Regional economic data and trends |
| | ▪ Market analysis data specific to the subject property type |
| | ▪ Published survey data |
| | ▪ Neighborhood demographic data |
| | ▪ Comparable cost, sale, rental, expense, and capitalization rate data |
| | ▪ Floodplain status |
| | ▪ Zoning information |
| | ▪ Assessor's information |
| | ▪ Interviewed professionals knowledgeable about the subject's property type and market |
| Inspection Details | BBG, Inc inspected the subject, as well as the surrounding area, as of the effective date of value. |
| Data Sources | |

| DATA SOURCES | |
|---|---|
| Site Size | Assessor's Records/ Information Provided |
| Building Size | Assessor's Records/ Information Provided |
| Tax Data | Assessor's Records |
| Zoning Information | Planning Dept |
| Flood Status | FEMA |
| Demographics Reports | Spotlight |

| VALUATION METHODOLOGY | |
|---|---|
| Most Probable Purchaser | To apply the most relevant valuation methods and data, the appraiser must first determine the most probable purchaser of the subject property. |
| | The most probable purchaser of the subject property "As Is" would be an owner occupant. |
| Valuation Methods Utilized | This appraisal employs the Sales Comparison Approach and the Cost Approach only. Based on our analysis and knowledge of the subject property type and relevant |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

market participant profiles, it is our opinion that these approaches would be considered applicable and most appropriate. The subject's property type makes it difficult to accurately form an opinion of value and tends to make the Income Approach unreliable. Therefore, we have not employed the Income Approach to develop an opinion of market value.

## EXTRAORDINARY ASSUMPTION(S) AND HYPOTHETICAL CONDITION(S)

The values presented within this appraisal report are subject to the extraordinary assumptions and hypothetical conditions listed below. Pursuant to the requirement within Uniform Standards of Professional Appraisal Practice Standards, it is stated here that the use of any extraordinary assumptions and/or hypothetical conditions might have affected the assignment results.

**Extraordinary Assumption(s)**   We were not granted internal access to the property and our physical description is based on information and photographs provided as part of a previous appraisal dated August 16, 2024. This appraisal is made on the assumption the information and pictures provided are representative of property condition as at the effective date of this apprisal and our external inspection. In the event this is not the case it could impact our appraisal conclusions.

**Hypothetical Condition(s)**   This appraisal employs no hypothetical conditions.

## DEFINITIONS

The following definition of market value is used by agencies that regulate federally insured financial institutions in the United States:

**Market Value**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;

- Both parties are well informed or well advised, and acting in what they consider their own best interests;

- A reasonable time is allowed for exposure in the open market;

- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [1]

## LEVEL OF REPORTING DETAIL

Standards Rule 2-2 (Real Property Appraisal, Reporting) contained in USPAP requires each written real property appraisal report to be prepared as either an Appraisal Report or a Restricted Appraisal Report.

This report is prepared as an **Appraisal Report.** An Appraisal Report must at a minimum summarize the appraiser's analysis and the rationale for the conclusions.

[1] (Interagency Appraisal and Evaluation Guidelines; December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472)

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

## PROPERTY HISTORY

Title to the property is currently recorded in the following entity:

| PROPERTY HISTORY | |
|---|---|
| **Recent Transaction** | |
| **Sale Date** | February 1, 2016 |
| **Deed Book/Page** | 34692-460 |
| **Sale Price** | $10,350,000 |
| **per SF NRA** | $87.67 |
| **Grantor** | James X. Mullen |
| **Grantee** | Academy at Penguin Hall INC. |
| **Comments** | Arms-length Transaction |

This most recent sale transaction of the subject occurred on February 1, 2016, for $10,350,000 as recorded in the Essex County Registry of Deed book 34692 page 460. The Academy at Penguin Hall closed following the 2024-2025 school year effective June 13, 2025, due to declining demand and donations. The subject will be auctioned through Paul E Saperstein Co. in September 2025 although no price guide was provided.

We understand a private investment firm acquired the note from Salem Five earlier this year for an undisclosed amount that was subject to confidentiality and was not disclosed to the appraiser.

To the best of our knowledge there has been no ownership transfer or listings of the property during the previous three years and the property will be coming up for auction.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# REGIONAL ANALYSIS

## REGIONAL MAP







# MOODY'S

# Cambridge-Newton-Framingham MA

**PRÉCIS®**
**U.S. Metro**

Data Buffet® MSA code: IUSA_DMCAB

## ECONOMIC DRIVERS


HIGH TECH


COLLEGE TOWN


MEDICAL CENTER

## EMPLOYMENT GROWTH RANK

| 2023-2025 | 2023-2028 |
|---|---|
| **346** | **356** |
| 5th quintile | 5th quintile |

Best=1, Worst=410

## RELATIVE COSTS

| LIVING | BUSINESS |
|---|---|
| **124%** | **115%** |

U.S.=100

## VITALITY

RELATIVE
**0.92**
Rank: 14

Best=1, Worst=403

## QUALITY

OF LIFE
**53**

Best=1, Worst=378

## BUSINESS CYCLE STATUS



## STRENGTHS & WEAKNESSES

### STRENGTHS
» Highly educated workforce and world-class universities attract companies and facilitate new business formation.
» The large presence of biotech and IT firms bolsters high-wage employment.

### WEAKNESSES
» High business and living costs.
» High exposure to cyclical finance and tech investment.

## FORECAST RISKS

| SHORT TERM | LONG TERM |
|---|---|
|  |  |

RISK EXPOSURE
2024-2029   **190**   3rd quintile   Most=1, Least=403

### UPSIDE
» Increased use of artificial intelligence spurs more tech investment than anticipated.
» Selective nature of CAB's universities lifts higher education by more than expected.

### DOWNSIDE
» Restrictive immigration policy causes international immigration to slow by more than anticipated.
» Domestic out-migration worsens despite more tech firms requiring in-person work.

## MOODY'S RATING

**Aaa**

COUNTY
AS OF FEB 15, 2024

## ANALYSIS

**Recent Performance.** Cambridge-Newton-Framingham's economy continues to disappoint. As of December, employment was still below its pre-pandemic level. This performance stands in sharp contrast to the more than 4% growth nationally since early 2020 and is a step behind even the slow-growing economies of Massachusetts and the Northeast. Weakness continued in recent months as employment moved sideways because of losses in tech-heavy professional/business services as well as in manufacturing, retail and leisure/hospitality. The unemployment rate has increased along with that of the state and nation in the past year, but this is partly the result of a labor force that has increased faster than the pace of job creation. House prices have appreciated at an above-average pace in the past year but have risen less than nationally since the start of the pandemic.

**Life sciences.** CAB will remain one step behind the Northeast and the U.S. in the coming months because of weakness in the dominant tech industry. CAB's reliance on tech employment is among the country's highest because its well-educated workforce and the presence of Harvard University and the Massachusetts Institute of Technology make it a mecca for startups and leading pharmaceutical, biotech and IT firms. Scientific research roles related to biotech skyrocketed between 2020 and 2022 thanks to robust demand for COVID-19 vaccines and treatments and the abundance of cash available to startups. However, biotech employment has moved sideways since then, and modest job losses are on the horizon because restrictive financial conditions make it difficult for biotech and IT startups that last raised money when funding was plentiful in 2020 and 2021 to obtain sufficient cash to avoid cuts to research and development and staffing. In addition, some large biotech and pharmaceutical firms located in CAB, including Moderna and Bristol Myers Squibb, are planning staffing reductions in the near term.

**Information technology.** The large cluster of IT-related industries will also struggle. CAB's reliance on IT jobs, which include software development and computer systems design, is well above average thanks to the presence of tech giants like Amazon, Alphabet, Dell, and numerous IT startups. However, IT-related employment is lower than before the pandemic because elevated living costs and a cold climate encouraged remote workers to relocate and high business costs incentivized firms to add administrative and support roles in lower-cost metro areas. Unfortunately, IT-related employment will fall slightly in coming months as still-elevated interest rates limit the ability of startups to raise money and as large tech firms that over-hired in recent years focus on keeping labor costs in check.

**Population.** CAB will add residents at a below-average pace in the near term as international immigration slows. It is a mecca for foreign-born workers, which was excellent news when immigration soared nationally in 2023 and 2024. However, more restrictive federal immigration policies will result in fewer foreigners moving to CAB in the year ahead. This will give CAB less room to offset out-migration of U.S.-born residents, who will continue to leave because of high living costs. As a result, CAB will add residents much slower than nationally, capping net hiring in local services.

**Cambridge-Newton-Framingham will trail the Northeast and U.S. in coming months because of losses in tech and slowing growth in local services. Fortunately, CAB will outperform the Northeast in the long run thanks to a dynamic tech industry and top-tier universities.**

*Marc Korobkin*
*January 2025*

| 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | INDICATORS | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200.9 | 208.7 | 208.5 | 224.4 | 230.0 | 233.9 | Gross metro product (C17$ bil) | 240.4 | 245.0 | 248.5 | 252.1 | 256.3 | 261.0 |
| 5.0 | 3.9 | -0.1 | 7.6 | 2.5 | 1.7 | % change | 2.8 | 1.9 | 1.4 | 1.5 | 1.7 | 1.8 |
| 1,290.1 | 1,310.2 | 1,209.3 | 1,250.1 | 1,297.6 | 1,310.0 | Total employment (ths) | 1,317.6 | 1,324.7 | 1,328.5 | 1,328.3 | 1,327.9 | 1,328.2 |
| 1.8 | 1.6 | -7.7 | 3.4 | 3.8 | 1.0 | % change | 0.6 | 0.5 | 0.3 | -0.0 | -0.0 | 0.0 |
| 3.1 | 2.6 | 8.6 | 4.9 | 3.2 | 3.0 | Unemployment rate (%) | 3.1 | 3.4 | 3.2 | 3.2 | 3.1 | 3.2 |
| 5.5 | 5.6 | 5.4 | 9.3 | 3.0 | 5.6 | Personal income growth (%) | 6.9 | 4.4 | 4.3 | 3.9 | 3.7 | 4.0 |
| 93.2 | 97.5 | 101.2 | 105.2 | 109.1 | 114.6 | Median household income ($ ths) | 116.4 | 120.6 | 124.8 | 128.8 | 132.4 | 136.1 |
| 2,423.9 | 2,434.1 | 2,436.0 | 2,428.6 | 2,433.8 | 2,457.1 | Population (ths) | 2,493.9 | 2,516.4 | 2,523.3 | 2,523.4 | 2,522.1 | 2,520.7 |
| 0.5 | 0.4 | 0.1 | -0.3 | 0.2 | 1.0 | % change | 1.5 | 0.9 | 0.3 | 0.0 | -0.1 | -0.1 |
| 5.8 | 4.3 | -2.3 | -12.2 | 0.2 | 17.5 | Net migration (ths) | 32.0 | 18.4 | 3.2 | -3.5 | -4.6 | -4.4 |
| 2,060 | 1,730 | 1,773 | 1,787 | 1,453 | 1,177 | Single-family permits (#) | 1,286 | 2,334 | 2,572 | 2,593 | 2,526 | 2,450 |
| 3,119 | 4,973 | 4,029 | 4,587 | 3,525 | 3,857 | Multifamily permits (#) | 3,645 | 2,734 | 2,644 | 2,537 | 2,569 | 2,501 |
| 5.3 | 4.2 | 4.5 | 11.5 | 13.2 | 6.3 | FHFA house price index (% change) | 5.9 | 1.8 | 2.2 | 2.7 | 3.2 | 3.3 |

**PRÉCIS® U.S. METRO** • Cambridge-Newton-Framingham MA

## ECONOMIC HEALTH CHECK

| 3-MO MA | Jul 24 | Aug 24 | Sep 24 | Oct 24 | Nov 24 | Dec 24 |
|---|---|---|---|---|---|---|
| Employment, change, ths | 1.5 | 0.9 | -1.2 | -0.5 | -0.6 | 0.1 |
| Unemployment rate, % | 3.0 | 3.2 | 3.4 | 3.6 | 3.6 | 3.7 |
| Labor force participation rate, % | 67.7 | 68.1 | 68.3 | 68.4 | 68.4 | 68.4 |
| Average weekly hours, # | N/A | N/A | N/A | N/A | N/A | N/A |
| Industrial production, 2012=100 | 105.9 | 106.0 | 105.9 | 105.7 | 105.7 | 106.0 |
| Residential permits, single-family, # | 1,296 | 1,322 | 1,305 | 1,411 | 1,221 | 1,250 |
| Residential permits, multifamily, # | 1,936 | 2,891 | 2,447 | 2,433 | 2,294 | 3,297 |
| **Dec/Dec** | Dec 19 | Dec 20 | Dec 21 | Dec 22 | Dec 23 | Dec 24 |
| Employment, change, ths | 21.0 | -101.6 | 59.2 | 28.4 | 6.0 | 6.8 |

| Stronger than prior 3-mo MA | Unchanged from prior 3-mo MA | Weaker than prior 3-mo MA |
|---|---|---|

*Sources: BLS, Census Bureau, Moody's Analytics*

### BUSINESS CYCLE INDEX
**JAN 2014=100**



*Source: Moody's Analytics*

### INDUSTRY EMPLOYMENT
**% CHANGE YR AGO**



*Sources: BLS, Moody's Analytics*

### CURRENT EMPLOYMENT TRENDS
**% CHANGE YR AGO, 3-MO MA**

| | Dec 23 | Jun 24 | Dec 24 |
|---|---|---|---|
| Total | 0.3 | 0.5 | 0.6 |
| Mining | 3.4 | -3.2 | 0.1 |
| Construction | 1.7 | 3.1 | 1.8 |
| Manufacturing | -0.8 | -1.8 | -1.6 |
| Trade | -0.3 | -0.3 | -0.7 |
| Trans/Utilities | 0.4 | -0.3 | 1.8 |
| Information | -3.8 | -3.5 | -4.9 |
| Financial Activities | 0.3 | -0.5 | -0.2 |
| Prof & Business Svcs. | -1.6 | -0.7 | 0.7 |
| Edu & Health Svcs. | 2.2 | 2.3 | 2.1 |
| Leisure & Hospitality | 2.9 | 2.0 | 1.0 |
| Other Services | 2.1 | 1.8 | 0.5 |
| Government | 1.3 | 2.0 | 1.8 |

*Sources: BLS, Moody's Analytics*

### DIFFUSION INDEX
**3-DIGIT NAICS LEVEL, 6-MO MA**



*Sources: BLS, Moody's Analytics*

### RELATIVE EMPLOYMENT PERFORMANCE
**JAN 2014=100**



*Sources: BLS, Moody's Analytics*

### RELATIVE EMPLOYMENT FORECAST
**VS. 6 MO PRIOR**

| | 2-Yr | 5-Yr |
|---|---|---|
| | ⬌ | ⬌ |
| | ⬌ | ⬌ |
| | ⬌ | ⬌ |

*Sources: BLS, Moody's Analytics*

### HOUSE PRICE
**2005Q1=100, NSA**



*Sources: FHFA, Moody's Analytics*

### RENTAL AFFORDABILITY
**GREATER THAN 100=MORE AFFORDABLE**



*Sources: Census Bureau, BLS, Moody's Analytics*

### HOUSE PRICE TRENDS
**%**



*Sources: Moody's Analytics*

### HOUSING AFFORDABILITY
**GREATER THAN 100=MORE AFFORDABLE**



*Sources: NAR, Moody's Analytics*

**PRÉCIS® U.S. METRO** • Cambridge-Newton-Framingham MA

## TOP EMPLOYERS

| | |
|---|---|
| Beth Israel Lahey Health | 38,086 |
| DeMoulas Super Markets Inc. | 23,441 |
| Harvard University | 20,581 |
| The TJX Co. Inc | 19,952 |
| Massachusetts Institute of Technology | 17,180 |
| RTX Corp. | 12,000 |
| Tufts Medicine | 11,423 |
| National Grid | 6,731 |
| Takeda | 6,214 |
| Tufts University | 5,732 |
| Cambridge Health Alliance | 4,842 |
| Fresenius Medical Care North America | 4,630 |
| Cambridge  Health Alliance | 4,596 |
| Boston College | 4,526 |
| Sanofi | 4,454 |
| Moderna | 4,434 |
| Thermo Fisher Scientific Inc. | 4,100 |
| Mathworks | 3,500 |
| Encore Boston Harbor | 3,471 |
| EMD Serono, Milliporesigma and EMD Electronics | 2,868 |

*Source: Boston Business Journal Book of Lists, 2024*

## PUBLIC

| | |
|---|---|
| Federal | 15,648 |
| State | 22,740 |
| Local | 100,668 |

*2023*

## INDUSTRIAL DIVERSITY



Most Diverse (U.S.)

**0.51**

Least Diverse

## EMPLOYMENT VOLATILITY



Due to U.S. fluctuations: **99%** (Due)

Relative to U.S.: **124** (CAB), **100** (U.S.)

Legend: Not Due, Due, CAB, U.S.

## ENTREPRENEURSHIP

**BROAD-BASED START-UP RATE; U.S.=100**



Legend: CAB, MA

*Sources: Census Bureau, Moody's Analytics, 2022*

## NOT AVAILABLE

## COMPARATIVE EMPLOYMENT AND INCOME

| Sector | % OF TOTAL EMPLOYMENT | | | AVERAGE ANNUAL EARNINGS | | |
|---|---|---|---|---|---|---|
| | CAB | MA | U.S. | CAB | MA | U.S. |
| Mining | 0.0 | 0.0 | 0.4 | ND | $223,111 | $181,917 |
| Construction | 4.7 | 4.7 | 5.2 | $100,330 | $95,425 | $77,604 |
| Manufacturing | 8.2 | 6.2 | 8.2 | $148,624 | $127,772 | $100,233 |
| *Durable* | 70.3 | 63.6 | 62.7 | ND | $129,750 | $102,888 |
| *Nondurable* | 29.7 | 36.4 | 37.3 | ND | $124,293 | $95,935 |
| Transportation/Utilities | 2.2 | 2.9 | 4.5 | $63,103 | $70,680 | $64,074 |
| Wholesale Trade | 3.6 | 3.3 | 3.9 | $144,831 | $131,351 | $107,061 |
| Retail Trade | 8.0 | 8.8 | 9.9 | $43,493 | $45,985 | $43,636 |
| Information | 3.4 | 2.4 | 1.9 | $176,366 | $149,673 | $147,046 |
| Financial Activities | 4.3 | 6.2 | 5.8 | $49,156 | $83,998 | $60,198 |
| Prof. and Bus. Services | 22.9 | 16.9 | 14.5 | $139,109 | $130,296 | $88,706 |
| Educ. and Health Services | 20.1 | 22.6 | 16.6 | $78,851 | $76,581 | $67,977 |
| Leisure and Hosp. Services | 8.4 | 9.8 | 10.7 | $41,173 | $43,535 | $37,546 |
| Other Services | 3.5 | 3.8 | 3.7 | $52,983 | $53,314 | $44,257 |
| Government | 10.8 | 12.4 | 14.7 | $101,197 | $99,471 | $92,363 |

*Sources: Percent of total employment — BLS, Moody's Analytics, 2024, Average annual earnings — BEA, Moody's Analytics, 2022*

## PRODUCTIVITY

**REAL OUTPUT PER WORKER, $**

127,148 (CAB) | 120,817 (MA) | 102,720 (U.S.)

Legend: CAB, MA, U.S.

*Sources: BEA, Moody's Analytics, 2022*

## BUSINESS COSTS



U.S.=100

Categories: Total, Unit labor, Energy, State & local taxes, Office rent

Legend: 2017, 2022

*Source: Moody's Analytics*

## EMPLOYMENT

### HIGH-TECH

| | Ths | % of total |
|---|---|---|
| CAB | 220.5 | 16.8 |
| U.S. | 8,526.6 | 5.5 |

### HOUSING-RELATED

| | Ths | % of total |
|---|---|---|
| CAB | 134.7 | 10.3 |
| U.S. | 15,428.7 | 9.9 |

*Source: Moody's Analytics, 2023*

## LEADING INDUSTRIES BY WAGE TIER

| NAICS | Industry | Location Quotient | Employees (ths) |
|---|---|---|---|
| 5417 | Scientific research & development srvcs. | 10.5 | 75.2 |
| 5415 | Computer systems design & related srvcs. | 2.2 | 43.9 |
| 6113 | Colleges, universities & prof. schools | 2.9 | 42.4 |
| 5511 | Management of companies & enterprises | 1.9 | 37.8 |
| GVL | Local Government | 0.8 | 97.0 |
| 6221 | General medical and surgical hospitals | 0.9 | 36.4 |
| 6241 | Individual and family services | 1.4 | 33.0 |
| 5613 | Employment services | 0.7 | 22.9 |
| 7225 | Restaurants and other eating places | 0.8 | 71.6 |
| 4451 | Grocery stores | 1.2 | 28.3 |
| 5617 | Services to buildings and dwellings | 1.5 | 26.9 |
| 6216 | Home health care services | 1.3 | 16.2 |

Legend: High, Mid, Low

*Source: Moody's Analytics, 2023*

**PRÉCIS® U.S. METRO**  •  Cambridge-Newton-Framingham MA

## GEOGRAPHIC PROFILE

### POPULATION DENSITY



| County | Distribution, % | | |
|---|---|---|---|
| | Pop. | Emp. | Permits |
| Essex MA | 33.3 | 31.4 | 17.2 |
| Middlesex MA | 66.7 | 68.6 | 82.8 |

*Sources: Census Bureau, BLS, Moody's Analytics, 2022*

### MEDIAN HOUSEHOLD INCOME



### MEDIAN COMMUTE TIME



*Sources: ACS, Moody's Analytics*

### POPULATION & HOUSING CHARACTERISTICS

| | Units | Value | Rank* |
|---|---|---|---|
| Total area | sq mi | 1,675.5 | 212 |
| Total water area | sq mi | 365.2 | 64 |
| Total land area | sq mi | 1,310.4 | 242 |
| Land area - developable | sq mi | 1,308.9 | 99 |
| Land area - undevelopable | sq mi | 1.5 | 344 |
| | | | |
| Population density | pop. to developable land | 1,857.5 | 10 |
| Total population | ths | 2,434.0 | 29 |

| | Units | Value | Rank* |
|---|---|---|---|
| Total housing units | ths | 997.5 | 30 |
| Owner occupied | % of total | 59.0 | 224 |
| Renter occupied | % of total | 35.9 | 72 |
| Vacant | % of total | 5.1 | 341 |
| | | | |
| 1-unit, detached | % of total | 47.6 | 381 |
| 1-unit, attached | % of total | 6.4 | 103 |
| Multifamily | % of total | 45.5 | 8 |
| Median year built | | 1962 | |

*\* Areas & pop. density, out of 410 metro areas/divisions, including metros in Puerto Rico, all others, out of 403 metros.*

*Sources: Census Bureau, Moody's Analytics, 2023 except land area 2010*

## CONCLUSION

The interest rate environment has placed head winds on the economy and have a flow on effect in the commercial real estate capital markets. Overall, the New England region is experiencing low unemployment rates and a steady labor market, however the region is experiencing high living and business costs and faces economic challenges amidst higher interest rates, albeit the Federal Reserve's recent rate cut.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# MARKET AREA ANALYSIS

## MARKET AREA MAP



## LOCATION

The subject property is situated within the Town of Wenham, Massachusetts. Wenham was originally settled in the 17th century and incorporated in 1643. The town is located in Essex County on the North Shore of Massachusetts and is primarily residential in character. Land use in Wenham consists largely of single-family housing, institutional uses, and preserved open space. Commercial development is limited and generally concentrated along Route 1A, the town's primary thoroughfare. Wenham is also home to Gordon College, a private Christian liberal arts institution. The town has access to regional transportation routes, including Route 1A and nearby Route 128, and is served by the MBTA Commuter Rail via the Hamilton/Wenham station. Development in Wenham has been moderate, with local planning efforts focused on preserving the town's historic and rural character.

## BOUNDARIES

The market area boundaries are detailed as follow:

**North:** Hamilton, MA

**South:** Beverly, MA

**East:** Essex, MA

**West:** Danvers, MA

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

## Surrounding Land Use

The land use in Wenham is predominantly residential, with limited commercial, institutional, and recreational components. The town's development pattern reflects its long-established rural and suburban character, with large areas of single-family housing situated on spacious lots. These residential neighborhoods are dispersed throughout the town, often along local roadways and cul-de-sacs, with minimal high-density or multi-family housing.

Commercial land use in Wenham is limited and primarily located along Route 1A (Main Street), consisting of small-scale retail, service establishments, and municipal facilities. There are no major shopping centers or large-scale retail developments within the town boundaries. Commercial activity is modest and serves local residents and nearby communities.

Institutional uses represent a notable portion of the land use pattern in Wenham. Gordon College, a private liberal arts institution, occupies a large campus in the western portion of the town and is a significant landholder. In addition, public facilities such as the Wenham Museum, Town Hall, public schools, and religious institutions are distributed throughout the community.

Wenham has significant areas dedicated to open space, conservation, and recreation. The town includes multiple conservation areas, woodland preserves, and recreational fields. Notable examples include the Chebacco Woods and Wenham Canal, which provide walking trails, passive recreation, and protected natural habitats.

Industrial land use is minimal and not a significant component of Wenham's overall land use distribution. The town does not have designated industrial parks or significant concentrations of manufacturing or warehouse space. Overall, Wenham's land use pattern is consistent with that of a small, historically residential community with a strong emphasis on preservation and limited commercial development.

## Access

Primary access to the neighborhood is provided through a network of regional roadways and public transportation. Wenham is situated along Route 1A (Main Street), which runs north-south through the town and connects it to neighboring communities including Beverly, Hamilton, and Ipswich. Route 128 (Interstate 95), a major circumferential highway around the Greater Boston area, is located approximately 4 miles to the south and is accessible via nearby interchanges in Beverly and Danvers. Route 97 also passes near the western portion of Wenham, providing additional north-south connectivity to Topsfield and Beverly.

Public transportation in Wenham is available through the Massachusetts Bay Transportation Authority (MBTA) Commuter Rail. The Hamilton/Wenham station, located just over the town line in Hamilton, is served by the Newburyport/Rockport Line and provides direct service to Boston's North Station. This offers a viable transit option for commuters traveling to and from the Boston metropolitan area. Bus service in Wenham is limited, and most local travel is automobile dependent.

## Demographics

Selected demographics are shown in the below table:

Copyright © 2025 BBG, Inc. All rights reserved.

BBG

| COMPARATIVE DEMOGRAPHIC ANALYSIS FOR PRIMARY TRADE AREA | | | |
|---|---|---|---|
| **Description** | **36 Essex St - 1 mi.** **Totals** | **36 Essex St - 3 mi.** **Totals** | **36 Essex St - 5 mi.** **Totals** |
| **Population** | | | |
| 2030 Projection | 2,714 | 31,820 | 75,840 |
| 2025 Estimate | 2,728 | 31,568 | 75,229 |
| 2020 Census | 2,798 | 31,888 | 75,775 |
| 2010 Census | 2,862 | 29,984 | 72,351 |
| **Households** | | | |
| 2030 Projection | 938 | 10,751 | 29,408 |
| 2025 Estimate | 937 | 10,670 | 29,194 |
| 2020 Census | 951 | 10,747 | 29,417 |
| 2010 Census | 955 | 10,292 | 28,056 |
| **2025 Est. Average Household Size** | 2.87 | 2.57 | 2.41 |
| **2025 Est. Average Household Income** | $237,905 | $188,141 | $164,849 |
| **2025 Est. Median Household Income** | $163,412 | $125,715 | $112,966 |
| **2025 Est. Tenure of Occupied Housing Units (%)** | | | |
| Owner Occupied | 92.5 | 73.9 | 66.4 |
| Renter Occupied | 7.5 | 26.1 | 33.6 |
| **2025 Est. Median All Owner-Occupied Housing Value** | $778,130 | $769,858 | $724,717 |
| Source: 2025 Claritas, Inc. | | | |

## CONCLUSION

In summary, the area appears to be supportive of the existing educational use given the proximity to the regional highway network and local population. As a result, demand is expected to remain positive for the foreseeable future based on currently available information.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# SITE DESCRIPTION

The description of the site is based upon our physical inspection of the property, information available from the client, and public sources.  See the *Data Sources Used Within This Appraisal* Table in the Scope of Work section for more detail.

| GENERAL SITE DESCRIPTION OVERVIEW | | |
|---|---|---|

| | | | |
|---|---|---|---|
| Parcel Number | 40-3,41-6A | | |
| Site Area | | | |
| Primary Site | 2,121,414 square feet | (48.70 acres) | |
| Wetland | 77,483 square feet | (1.78 acres) | |
| **Total** | **2,198,897 square feet** | **(50.48 acres)** | |
| Configuration | Irregular | | |
| Topography | Varying | | |
| Drainage | Appears adequate | | |
| Utilities/Municipal Services | All available to site. | | |
| Flood Zone(s) | **Zone** | **Map** | **Date** |
| | Zone X (Unshaded) | 25009C0426F | July 3, 2012 |
| | Zone X Unshaded (Outside 500Y) is a Non-Special Flood Hazard Area (NSFHA) of minimal flood hazard, usually depicted on Flood Insurance Rate Maps (FIRM) as above the 500-year flood level. This is an area in a low to moderate risk flood zone that is not in any immediate danger from flooding caused by overflowing rivers or hard rains. In communities that participate in the National Flood Insurance Program (NFIP), flood insurance is available to all property owners and renters in this zone. | | |
| | Zone A is a Special Flood Hazard Area (SFHA) with a 1% annual chance of flooding and a 26% chance of flooding over the life of a 30-year mortgage. Because detailed analyses are not performed for such areas; no depths or base flood elevations are shown within these zones. In communities that participate in the National Flood Insurance Program (NFIP), mandatory flood insurance purchase requirements apply to this zone. | | |
| Soil/Subsoil Conditions | BBG, Inc has not been provided with any soil reports and this appraisal is made on the assumption soils are free of any detrimental contaminates and have sufficient load bearing capacity to support existing and / or proposed structure(s). We did not observe any evidence to the contrary during our physical inspection of the property. | | |
| Environmental Concerns | The parcel 41-6A is classified as wetlands. | | |
| Land Use Restrictions | A portion of the site is under a conservation easement with the Town of Wenham as recorded in 29093/591. Access Easement over adjacent parcel, 30-020. | | |
| Hazards Nuisances | None noted | | |
| Frontage | Appleton Street and Essex Street | | |
| Access | Average | | |
| Visibility | Average | | |
| Surrounding Land Uses | Residential | | |
| Comments | The subject site is irregular in shape with a varying topography. The improvements are located centrally and the un proved portion is dense forestry. | | |

## ACCESS

Ingress and egress to the site is available via Essex Street and Grapevine Road.

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

## CONCLUSION

The property has average access and visibility from the primary frontage and the size of the site is typical for the area and use.  Overall, there are no known factors which are considered to be detrimental to the site that could prevent the development of the property to its highest and best use.

**BBG**

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

## SITE PLAN





BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

## Flood Map



# ZONING

The following chart summarized the subject's underlying zoning requirements:

| ZONING | |
|---|---|
| Designation | R; Residential |
| Description | The zoning allows for residential and institutional uses serving neighborhood and community needs. |
| Compliance | The subject appears to represent a legally conforming use. |

## DIMENSIONAL REQUIREMENTS

| Table of Dimensional Requirements | | |
|---|---|---|
| | **Residential District** | **Business District** |
| Lot area | 40,000 square feet | Dwelling: 40,000 square feet<br>Nonresidential unit: 40,000 square feet |
| Frontage | 170 feet | Dwelling: 170 feet<br>Nonresidential unit: 170 feet |
| Lot width | 100 feet | Dwelling: 100 feet<br>Nonresidential unit: 100 feet |
| Front yard | 20 feet | All structures: 20 feet<br>With approval of the Zoning Board of Appeals, setback may be established to match the actual setback or the average setback of buildings on adjacent lots. |
| Rear yard | 15 feet | Dwelling: 15 feet<br>Nonresidential unit: 20 feet |
| Side yard | 15 feet | Dwelling: 15 feet<br>Nonresidential unit: 20 feet |
| Maximum height: structure | 35 feet | 35 feet |
| Maximum lot coverage (percent) | 50% | 50% |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

## ZONING MAP



## CONCLUSION

Based on our research the improvements represent a legally conforming use. Additional information may be obtained from the appropriate governmental authority and for the purposes of this appraisal BBG, Inc assume all the information obtained is correct.  A legal zoning opinion is also recommended as the appraisers are not experts in this regard.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# IMPROVEMENTS DESCRIPTION

| GENERAL IMPROVEMENT DESCRIPTION OVERVIEW | |
|---|---|
| Address | 36 Essex Street |
| | Wenham, Massachusetts  01984-1710 |
| Property Description | Institutional Use (School) |
| Year Built | 1926 |
| Year Renovated | 2021 |
| Number of Buildings | 3 |
| Number of Stories | 5 |
| Building Construction Class (MVS) | Class C |
| Gross Building Area | 118,062 square feet |
| Parking | |
|   Surface Parking Spaces | 317 |
|   Parking Ratio | 2.69 spaces per 1,000 SF of net building area. |
| ADA Compliance | The property was constructed prior to implementation of Federal ADA regulations; we assume the property is not fully ADA compliant. |

| CONSTRUCTION DETAIL | |
|---|---|
| General Layout | The subject represents a five story educational building and support buildings that are presented in average condition. |
| Foundation | Reinforced concrete slab |
| Construction | Masonry and Concrete |
| Floor Structure | Concrete slab with footers |
| Exterior Walls | Masonry |
| Roof Type | Gabled |
| Roof Cover | Shingle/ Slate |

| INTERIOR DETAIL | |
|---|---|
| Interior Walls | Drywall |
| Ceilings | Drywal/ Exposes |
| Floor Coverings | Hardwood/ Carpet/ Tile |
| Lighting | Fluorescent and Incandescent |
| Restrooms | Appear Adequate |

| MECHANICAL DETAIL | |
|---|---|
| HVAC | Assumed Adequate |
| Plumbing | Assumed Adequate |
| Electrical | Assumed Adequate |
| Fire Protection | Smoke detectors and Sprinklers |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

| SITE IMPROVEMENTS | |
|---|---|
| Parking Type | Surface |
| Landscaping | Low maintenance shrubs and grass |
| Other | Basketball and Tennis Courts |

| SUMMARY | |
|---|---|
| Building Condition | Average |
| | We did not inspect the roof of the building(s) nor make a detailed inspection of the mechanical systems. We are not qualified to render an opinion as to the adequacy or condition of these components. The client is urged to retain an expert in this field if detailed information is needed about the adequacy and condition of mechanical systems. |
| Building Quality | Average |
| Design and Functionality | The improvements are functional in design for an educational facilty |
| Actual Age | 99 years |
| Expected Economic Life | 55 years |
| Effective Age | 27 years |
| Remaining Economic Life | 28 years |
| Comments | The improvements represent an educational building that was originally constructed in 1914 and renovated most recently in 2021. The improvements provide approximately 118,062 square feet across three buildings on a 48.49 acre parcel. The manor and carriage house were originally constructed as a summer home with approximately 20,000 square feet. The property was expanded in the 1960s with the five story main building and were utilized for a convent before an office conversion in 1987. |

## CONDITION ANALYSIS

We were not provided with details of any deferred maintenance and based on our inspection no items of deferred maintenance were present. In our analysis we have also included an allowance for replacement reserves to act as a sinking fund to accommodate future capital requirements.

## CONCLUSION

The subject's improvements presented in average overall condition and appear to be proactively maintained by ownership. From our inspection sample the improvements conform well to the built environment in the surrounding area and there were no visible attributes that could negatively impact the marketability of the improvements.

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

# PROPERTY TAX ANALYSIS

## MASSACHUSETTS

The majority of tax revenue throughout the Cities and Towns in Massachusetts is real estate tax which is apportioned to individual properties based on their assessed value. The tax rate which is applied to every $1,000 of assessed value is determined by taking the component (residential, commercial and personal property owners), share of the property tax levy (the amount of the total tax dollars to be paid by each category of ownership), and dividing that amount by the total assessed value of all properties within that category.

Real estate tax assessments are maintained by the individual municipalities with each performing annual adjustments with a wider revaluation certified by the state on a three-year schedule. New assessments for each fiscal year are performed by the Assessor's office and based on the estimate of market value on January 1 of the prior year.

Specific to Massachusetts is the proposition 2 ½ ballot initiative that was passed by Massachusetts voters in 1980. Proposition 2 ½ refers to an 2.50% annual limit on the increase of real estate taxes in an individual municipality. The two components are:

1)  The total annual property tax revenue raised by a municipality cannot exceed 2.50% of the value of all taxable property contained in it.
2)  The annual increase of property tax cannot exceed 2.50% plus the amount attributable to any new property.

In practice the above does not limit the tax bills of any particular taxpayer but refers to the limit that can be assessed and tax levy raised across the entire municipality. Exceptions however can be granted in several circumstances by a majority of voters throughout a municipality and in certain circumstances for example to fund large one-off capital projects that can be approved by voters.

The following table summarizes the subject's real property taxation and our projection of real property taxes:

| REAL ESTATE ASSESSMENT AND TAXES | | |
|---|---|---|
| Tax ID No. | | 2025 |
| 40-3 | | $9,388,200 |
| 41-6A | | $7,800 |
| Tax Value Subtotal | | $9,396,000 |
| Assessed Value @ | 100.00% | $9,396,000 |
| General Tax Rate | per $1,000 | 15.5400 |
| **Property Taxes** | | **$146,014** |
| Special/Direct Assessments | | $0 |
| **Total Taxes** | | **$146,014** |
| **Total Taxes PSF** | | **$1.24** |

## CONCLUSION

The owner is a non-profit and the appraisal is made on the assumption the property will continue to be tax exempt.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# MARKET ANALYSIS

The following details an overview of the local real estate market the primary research sources IBIS World.

## IBIS WORLD PRIVATE SCHOOLS – SEPTEMBER 2024



**The** Private Schools industry comprises primary (grades K-6) and secondary (grades 7-12) educational institutions that are predominantly funded through tuition fees and other private sources. While these schools may receive indirect government funding through special programs, such sources of income constitute a small portion of industry revenue. Government-funded schools are included in the Public Schools industry (IBISWorld report 61111a).

Declining birth rates are posing a long-term threat to the industry. Private schools are having a hard time replacing their graduating students as consumers choose to have fewer or no children. Households have struggled to pay tuition amid inflation. Disposable income has taken a downturn as grocery trips have become more expensive, bringing strong pandemic-era growth in enrollment to a screeching halt. New private schools need to become accredited. `In order to begin instructing students, entrants need to prove to their state's board that their education is equivalent to that of a public school. Charter schools are siphoning away enrollment. Parents looking for an alternative to public schools are often opting for more affordable charter schools, especially amid inflation.



### Products & Services Segmentation
Industry revenue in 2024 broken down by key product and service lines.

● Secular schools ($49.3bn)  49.8%  ● Catholic schools ($18.2bn)  18.4%  ● Other religious schools ($31.5bn)  31.8%

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

# Executive Summary

Revenue for private primary and secondary educational institutions in the United States is heavily dependent on student enrollment. Private school enrollment has been challenged by falling birth rates and rising funding for public schools, but solid growth at the height of COVID-19 has offset other losses through the period. Tuitions have climbed as higher-cost private schools have gained more dominance in the market, but these hikes haven't been able to generate positive revenue growth. Instead of long-term trends, private schools owe their net revenue growth since 2019 to a massive surge in revenue as the pandemic made private schools much more attractive to parents. Revenue has been climbing at a CAGR of 1.9% to reach an estimated $98.9 billion over the past five years, despite sinking 1.7% in 2024 alone.

Pandemic restrictions in 2020 and 2021 forced private schools to adapt to online schooling, but many already had been providing laptops for students and were able to quickly pivot. Government support encouraged parents to send their kids to higher-cost schools, even as they imposed tuition hikes. New students came to private schools from public elementary schools, though charter schools have siphoned some enrollment from private schools. Large, well-established schools hold additional advantages that have made them more resilient through the current period, allowing them to gain dominance in a market less crowded than it was before the pandemic. Their dominance, coupled with 2020's spike in revenue, has given profit some room to inch upwards. Still, inflation has strained parents' budgets in the latter half of the current period and brought an abrupt return to the adverse trends private schools previously faced. Birth rates will continue to drop as would-be parents focus on their careers, hobbies or travel aspirations. Coupled with declining religiosity among consumers in the US, religious private schools are expected to face a tough five years. Still, expanding budgets will enable high-earning consumers to pay rising tuition fees, keeping revenue on an upward trajectory. Revenue will rise as a sluggish CAGR of 0.3% to $100.4 billion through the end of 2029.

## PERFORMANCE



- **Declining birth rates are posing a long-term threat to the industry.** Private schools are having a hard time replacing their graduating students as consumers choose to have fewer or no children.

- **Households have struggled to pay tuition amid inflation.** Disposable income has taken a downturn as grocery trips have become more expensive, bringing strong pandemic-era growth in enrollment to a screeching halt.

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG



- 

## Revenue

Total value ($) and annual change from 2011 – 2029. Includes 5-year outlook.



- 

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.





## Employees

Total number of employees and annual change from 2011 – 2029. Includes 5-year outlook.





## Business

Total number of businesses and annual change from 2011 – 2029. Includes 5-year outlook.

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG



## CURRENT PERFORMANCE

**Revenue is up amid a single-year spike and a long-term decline**

Private school enrollment growth drifted into negative territory through the early period, but this downturn was offset by solid growth at the height of COVID-19. Public schools were more heavily restricted through the pandemic, and parents sought private schools to give their children a smaller environment with more flexibility. The 2020 pandemic forced some private school closures and shifts to online learning. Smaller, newer elementary schools felt the brunt of the pandemic shock. Longer-standing institutions with solid reputations fared better amid social distancing, as many had already implemented equipment to facilitate remote learning. As students left public schools and came to private schools, enrollment spiked. Tuition continued to rise as enrollment climbed, boosting revenue. The rebound in enrollment was short-lived, though, and has since returned to its previous decline as birth rates sink and inflation strains on household budgets. Inflation weighs on both households and private schools. Schools that house students are facing skyrocketing food and energy bills, while households with tight budgets are being forced to reconsider private school tuition.

**The youth population is shrinking in the long-term, threatening enrollment**

Birth rates have continued to drop in the US as consumers focus on their careers and get married later in life. Student bodies are shrinking accordingly, especially in elementary schools. Graduating classes are becoming harder to replace, making advertising and promotional initiatives more critical to filling out a school's hallways. A shrinking market is heating up competition for students, leading to lowered admissions standards. These trends put private school incoming classes below the replacement level. This can push tuition fees upward, reducing the number of families that can afford private schools. Growing tuition and shrinking enrollment can create a feedback loop that causes insolvency for schools that struggle with enrollment.

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

**Private secular high schools are outperforming other institutions**

Private high schools are outperforming private elementary schools. These schools are fewer in number, more selective and more expensive. This significantly reduces revenue volatility. Elementary schools are more accessible, so households easily switch away from private schools following economic shocks. Elementary and religious schools lost more students than secular high schools amid a steady decline in religiosity among parents in the US. These schools charge much higher tuition: while religious school tuition typically ranges from $8,000 to $12,000, the average private secular school costs $29,770.0 per year. This shift to high-tuition secular secondary schools supports total revenue. Private schools provide fewer students with higher-cost services. Revenue contracts at a much slower rate.

## SUBSTITUTES LIMITED PRIVATE SCHOOLS' GROWTH

Forty-five states maintain charter schools. Charter schools offer a more specialized education than public schools but remain much more affordable than private schools, making them an attractive option for parents looking to explore other methods of K-12 education. Charter school enrollments jumped in 2020 amid private school closures and a delayed return to the classroom, which gave many parents the chance to move their children to new schools. Homeschooling also became massively popular as the pandemic spread. According to US Census Bureau data, the number of homeschooling households more than doubled from the 2019-2020 school year to the next. While some students returned to public or private schools when the pandemic subsided, many parents still prefer homeschooling their children.

## PRIVATE SCHOOL VOUCHER PROGRAMS ARE BECOMING MORE POPULAR, SUPPORT PRIVATE SCHOOL ENROLLMENT

Twenty-nine states and counting have approved private school choice programs, typically in the form of tax-credit scholarships. Private school choice programs help parents afford the price of an alternative education and promote the industry's growth. Thirteen states and the District of Columbia offer private school voucher programs, while sixteen states offer Education Savings Accounts (ESAs). These programs allow parents to use their child's allocation of public-school funding to pay for private schooling. Proponents of school choice programs argue that vouchers and ESAs help parents secure an educational experience more tailored to their child's unique needs. Others push back against school choice programs, citing concerns that they drain resources from public schools and redistribute funding away from lower-income families and towards higher-income families who would otherwise already choose private schools. A growing movement toward giving parents more flexibility when choosing schools is promoting private school vouchers and ESA programs. Voucher programs are becoming more popular and less regulated, with Arizona becoming the first state to offer a universal voucher program in December 2022.

## PANDEMIC SHUTDOWNS CAUSED SHORT TERM VOLATILITY

Students left public schools in 2020 for private schools' smaller classroom sizes and in-person instruction. Elementary and secondary private schools gained 10.6% and 6.1% enrollment, respectively. Revenue from tuition jumped with enrollment, bringing an atypical spike in revenue as parents with growing disposable income could afford better schools for their kids. The 2020 spike continued into 2021 but began to decline again in 2022. Strained household budgets and normalizing public schools pulled many students back to public schools. Elementary enrollment returned to its downward trend amid declining birth rates, but high schools remained resilient and gained market share.

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

**BBG**

## A SHRINKING POTENTIAL MARKET GUIDES THE LONG TERM DOWNWARD TREND

A shrinking youth population is weighing on enrollment and revenue in the long run. As adults have fewer children, there have been fewer children in need of education. Charter schools are gaining market share from private schools, competing for the same base of children in need of education. This low-cost alternative enjoyed even stronger growth in 2021, contributing to the industry's weaker performance in 2022 and 2023. Parents are hesitant to change their child's school frequently. Still, declining disposable income in 2022 brought back an element of volatility as many parents were forced to enroll their kids back in free public schools.

**Larger schools will fare better through the next period**

Long-run demographic shifts, especially declining birth rates, will continue to slash private schools' enrollment. High-cost, selective private secondary schools will receive a steady flow of students and outperform elementary schools. Private schools are expected to raise tuition to maintain revenue growth amid slacking enrollments. Larger, well-established institutions will be much more resilient through these challenges, as they have a reputation that keeps them attractive to parents. Large private schools' reputations and extensive student bodies make them especially popular with donors and nonprofit foundations. Charitable contributions are set to rise through the next five years as investment yields return to growth and corporate profit swells.

**Charter school competition will hamper elementary private schools**

Competition for lackluster funding for public schools is expected to worsen the quality of public-school education. Households fed up with public school systems can seek alternatives, like private schooling. The growing market share of high-cost schools will price many households out of the market, though, limiting enrollment growth for the industry. Charter schools provide low-cost alternatives partially funded by the government. These schools are expected to receive higher enrollment in the next five years amid a rocky economic outlook, outperforming traditional public and private schools. Charter schools bridge the gap between a high-tuition private school and basic public education. They offer a broader range of options for education styles than a public school but lack the heavy tuition requirements of a private school.

**Tuition hikes will drive revenue growth**

Tuition for private schooling is on the rise as higher-cost schools become more dominant in the market. Still, high-income households are less price-sensitive and will continue enrolling in the nation's top private schools despite rising costs. Slumping enrollment will limit how far private schools can raise their prices, though. While schools will look to preserve profit amid slacking student numbers through raised prices, they will also need to balance making them affordable enough to keep what few students they do have. Tuition is just one of many barriers for households enrolling in private schools. Income levels will rise in the next five years, but intensifying competition for the best students will encourage schools to offer more comprehensive assistance packages. Schools will admit students based on academic performance, activities and parent connections.

**A strong economic environment will mitigate enrollment declines**

The birth rate has decreased in the United States in recent years as parents have fewer kids in order to focus on their careers, hobbies or travel ambitions. This trend is only expected to ramp up, reducing the number of school-age children and shrinking the market for private schools. Despite that, a prolonged economic expansion in the coming years has the potential to stem the tide of shrinking private school enrollment. As economic conditions improve, incomes swell and consumers enjoy expanded discretionary budgets, they may consider spending money on a private education rather than sending their children to public school. Charter schools will still pose a lower-cost threat, but the trend of shrinking enrollment may slow as more families can afford to send their children to private schools.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# INTEREST RATES AND ECONOMIC CLIMATE

As we continue to monitor the real estate markets, it has become apparent that continued analyses and reporting of the health of the individual market segment is best left to specific discussions that individually impact property types and locations. We will address the key indicators within the appropriate sections of the report where applicable. As always, we will remain vigilant in monitoring national, state, and local economies as they relate to commercial real estate and in particular the subject property.

The Federal Reserve began raising the Effective Federal Funds Rate in March 2022 to combat rising inflation stemming from supply chain issues during the Pandemic, reaching a 40-year high since November 1981 in June of 2022. Interest rates had been at all-time lows for an extended period as a response to the pandemic and were raised eleven times throughout 2022 and 2023 and remained flat from August 2023 through September 2024.

Of note, not only did the Fed rapidly hike rates, but they did so at 75bps intervals which is significantly higher than the historical 25bps adjustments. The rapid and significant size of increases in interest rates has had a substantial impact on the ability of the economy to absorb these increases. As it translates to commercial real estate capital markets, the interest rate hikes have impacted overall cap rates, though the correlation is not perfect. The following table is from the Federal Reserve showing the frequency of hikes in the Effective Federal Funds Rate compared to historical periods of rising interest rates.



Cumulative change in federal-funds rate since start of initial rate increase

Source: Federal Reserve

As indicated; the rate of change and size of increases since the initial rate hike have outpaced all historical periods of interest rate hikes putting the direction of monetary policy in somewhat unprecedented times regarding how to combat inflation without invoking a liquidity crunch.

The chart below shows changes to the Effective Federal Funds Rate from January 2019 to present levels:



COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

**Fed Rate Cuts:**

In September of 2024, The Federal Reserve voted to lower interest rates by a half-percentage point, opting for a bolder start in making its first reduction since 2020. The long-anticipated pivot followed an all-out fight against inflation that the central bank launched two years ago. At the November and December FOMC meetings, the Fed cuts rates by 25bps further bringing the effective federal funds target range from 4.25% to 4.50%.

For most of the past 2½ years, as inflation hit 7%, Powell had been single-mindedly focused on preventing inflation from becoming entrenched. Central bankers have long been haunted by the example of the 1970s, in which they took insufficient steps to constrain demand and allowed expectations of higher prices to become self-fulfilling.



Federal-funds rate target

Note: Chart shows midpoint of target range.
Source: Federal Reserve

**Outlook**

The Fed rate cut marks just the sixth time in the past 30 years that the central bank switched from raising to lowering rates. Usually, when the Fed starts cutting rates, it doesn't know whether it will make a handful of small moves—as it did in 1995 and 1998 when the economy avoided a downturn—or whether it is the start of a longer series of reductions, as in 2001 and 2007 when the central bank cut rates a few months before the economy entered recession.

Interest-rate projections after the December meeting show officials rolled back their expectations about rate cuts for next year. Fed officials revealed that they think inflation isn't falling and will rise next year by more than they anticipated. The Fed's favorite price measure—personal consumption expenditure inflation—will rise to 2.5% next year, up from a 2.1% forecast in September, according to the Fed's famous "dot plot" projections by governors and Fed regional bank presidents.



Federal-funds rate with Fed projections

Projected by:  ○ Nine Fed officials  ● Median
○ One

Sept. 18
Half-point
rate cut

PROJECTIONS

Note: Chart shows midpoint of the target range.
Source: Federal Reserve

Peter Santilli/WSJ

The reader should note, the data and comparables applied in this report are data points that may have occurred prior to the events noted above, resulting in some risks associated with the application of lagging indicators. The opinions of those values are as of a specific point in time, the effective date of value, and changing conditions could impact those values in the future.

Copyright © 2025 BBG, Inc. All rights reserved.

**BBG**

## CONCLUSION

With respect to the subject, we are of the opinion the property is well located for an educational facility property. Its proximity to Boston, major roadways, and dense residential population are considered good and comparable properties in the surrounding area are experiencing average levels of demand. Based on our analysis, the subject should enjoy good levels of acceptance by market participants.

# HIGHEST AND BEST USE

## INTRODUCTION

Highest and Best use is the basic premise of land value and, as such, reflects an appraiser's opinion based upon an analysis of prevailing market occurrences. The subject property is comprised of both the subject site and the subject improvements. As the use of land can be limited by the presence of improvements, the Highest and Best Use is usually analyzed individually, for the land as if vacant and the property as improved.

According to the Appraisal of Real Estate, 15th Edition, published by the Appraisal Institute, Highest and Best Use may be defined as:

> *"The reasonably probable use of property that results in the highest value."*

The purpose of estimating the Highest and Best Use of the site, as if vacant, is to identify the uses that cause the site to have value. The use of the subject site found to be physically possible, appropriately supported, financially feasible, and that results in the highest present land value is considered to be the Highest and Best Use of the subject site, as if vacant. The purpose of estimating the Highest and Best Use of the subject property, as improved, is to identify the use of the property that is expected to produce the highest overall return per dollar invested.

In estimating the Highest and Best Use of land, as if vacant, there are essentially four stages of analysis:

1) <u>Physically Possible Use</u> - the potential uses of the subject that are physically possible.

2) <u>Legally Permissible Use</u> - the potential uses of the subject that are permitted by zoning, existing leases and/or deed restrictions.

3) <u>Financially Feasible Use</u> - the uses of the subject which are physically possible and financially feasible which will produce a net return to the owner of the subject; and

4) <u>Maximally Productive Use</u> - the use of the subject site among the feasible uses that produces the highest net return to the subject.  This use is considered the highest and best use of the subject.

The previous stages of the Highest and Best Use analysis were applied to both the subject property as if vacant and as existing.  Here follows the analysis of the Highest and Best Use of the subject property.

## HIGHEST AND BEST USE AS VACANT

### LEGALLY PERMISSIBLE

The first step in determining what is legally permissible is to analyze private restrictions, zoning, building codes, historic district controls, and environmental regulations. The legally permissible uses were previously discussed in the zoning section of this report.

### PHYSICALLY POSSIBLE

The physical characteristics of a site can affect the uses. These characteristics include: (1) size; (2) shape; (3) terrain or topography; (4) soil condition; (5) utilities; (6) access characteristics; and (7) surrounding land uses. Each of these site characteristics was described and discussed in the Site Analysis section of this report.

The subject is of adequate size, shape and has adequate utilities to be a separately developable site.  Existing structures on similar sites provides additional evidence as to the physical possibility of what development could ultimately be undertaken on the site.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

## FINANCIALLY FEASIBLE

In determining which uses are legally permissible and physically possible, an appraiser eliminates some uses from consideration. Then the uses that meet the first two criteria are analyzed further. If the uses are income-producing, the analysis will study which are likely to produce an income or return equal to or greater than the amount needed to satisfy operating expenses, financial obligations, and capital amortization. All uses that are expected to produce a positive return are regarded as financially feasible.

The physical and legal characteristics of the subject sites would allow for a number of different developments on site.  Although a feasibility study has not been performed for this report, the existence of the subject's current development and positive market trends provide support that a residential orientated development would be financially feasible.

## MAXIMALLY PRODUCTIVE

Maximum profitability is obtained from that use among those that are physically possible, legally possible, and financially feasible which provides the highest present worth of the land.  Based upon the analysis of the physical possible, legally permitted and financially feasible uses for the property, the most profitable and highest and best use of the site, if vacant, is for residential development.

# HIGHEST AND BEST USE – AS IMPROVED

## LEGALLY PERMISSIBLE

The subject has been improved with an educational development that is a legal use.

## PHYSICALLY POSSIBLE

The existing improvements conform to the physical and economic character of the neighborhood.  All utilities that are necessary for the improvement to fully operate are present.  The site is accessible, level and is composed of soil that will support construction. Therefore, we are of the opinion the continued use of the property for educational purposes would represent a functional and probable use for the property given the existing school use until the recent closing.  The property could also be suitable for a residential redevelopment subject to approvals.

## FINANCIALLY FEASIBLE

Based on our income capitalization approach conclusions contained within this report, the subject is capable of producing a positive net underlying cashflow and continued use of the property for educational related uses is considered financially feasible. Additionally, the value of the existing improvements clearly exceeds the value of the underlying land.

## MAXIMUM PRODUCTIVITY

Maximum profitability is obtained from that use among those that are financially feasible which provides the highest present worth to the property.  The present improvements are functional for their intended use.  The building conforms to the physical and economic character of the neighborhood.  The present improvements do contribute value to the site.  After careful analysis of the physically possible, legally permissible and financially feasible uses for the property, it is the opinion of the appraiser that the existing educational improvements represent the highest and best use. However, the potential pool of end-users would be considered small and the property could also be attractive to value-add developers and would represent the alternative highest and best use if an end user could not be identified.

**BBG**

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# VALUATION PROCESS

Valuation in the appraisal process generally involves three techniques, including the Cost Approach, Sales Comparison Approach and the Income Capitalization Approach. These three valuation methods are defined in the following table:

| VALUATION METHODS | DEFINITION |
|---|---|
| Cost Approach | In this approach, value is based on adding the contributing value of any improvements (after deductions for accrued depreciation) to the value of the land as if it were vacant based on its highest and best use.  If the interest appraised is other than fee simple, additional adjustments may be necessary for non-realty interest and/or the impact of existing leases or contracts.[1] |
| Sales Comparison Approach | In this approach, recent sales of similar properties in the marketplace are compared directly to the subject property.  This comparison is typically accomplished by extracting "units of comparison", for example, price per square foot, and then analyzing these units of comparison for differences between each comparable and the subject. The reliability of an indication found by this method depends on the quality of the comparable data found in the marketplace. |
| Income Capitalization Approach | In this approach, a property is viewed through the eyes of a typical investor, whose primary objective is to earn a profit on the investment principally through the receipt of expected income generated from operations and the ultimate resale of the property at the end of a holding period. |

| VALUATION METHODS UTILIZED |
|---|

This appraisal employs the Sales Comparison Approach and the Cost Approach only. Based on our analysis and knowledge of the subject property type and relevant market participant profiles, it is our opinion that these approaches would be considered applicable and most appropriate. The subject's property type makes it difficult to accurately form an opinion of value and tends to make the Income Approach unreliable. Therefore, we have not employed the Income Approach to develop an opinion of market value.

The valuation process is concluded by analyzing each approach to value used in the appraisal. When more than one approach is used, each approach is judged based on its applicability, reliability, and the quantity and quality of its data. A final value opinion is chosen that either corresponds to one of the approaches to value, or is a correlation of all the approaches used in the appraisal.

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

# LAND VALUATION

## METHODOLOGY

The Sales Comparison Approach is employed to develop an opinion of land value. In the Sales Comparison Approach, we developed an opinion of value by comparing similar, recently sold sites in the surrounding or competing area to the subject property. In order to determine the value of the subject property, these comparable sales and/or listings are then evaluated and adjusted based on their differences when compared to the subject property. Inherent in this approach is the principle of substitution, which states that when a property is replaceable in the market, its value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution.

The Sales Comparison Approach to value requires the following sequential steps:

| | |
|---|---|
| **Unit of Comparison** | The most widely used and market-oriented unit of comparison for properties with characteristics similar to those of the subject is sale price per acre. . |
| **Search for Sales** | Research must be done to locate comparable sales, listings and contracts of sites that are similar to the subject.  Similarities may include size, utility, zoning, physical characteristics, location and the date of the sale. |
| **Confirmation** | All sales must be confirmed to verify that the data used is accurate, and that all of the sales, listings or contracts represent arm's-length transactions. |
| **Comparison** | Each of the sales that are chosen for this valuation is considered the most appropriate for comparison with the subject.  Therefore, each difference between the comparables and the subject must be identified, and then adjusted for the various differences. All adjustments are made to the comparables as they relate to the subject property in a consistent manner. |
| **Reconciliation** | Once all of the comparables have been adjusted, a single-value must be concluded based on the indications produced from the analysis of the comparables. |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

## COMPARABLE LAND SALES MAP AND SALES SUMMARY



| Comp No. | Property / Location | Sale Date / Status | Site Size (Net Acres) | Site Size (Net SF) | Property Use | Sale Price | Price per Acre (Net) |
|---|---|---|---|---|---|---|---|
| | **SUMMARY OF LAND SALES** | | | | | | |
| 1 | Residential Subdivision<br>105 Depot Road<br>Boxford, MA | ---<br>Contract | 27.11 | 1,180,912 | Residential | $3,500,000 | $129,104 |
| 2 | Residential Land<br>17 Harriman Road<br>Plaistow, NH | Apr-24<br>Closed | 50.00 | 2,178,000 | Residential | $400,000 | $8,000 |
| 3 | Georgetown MA Residential Land<br>66 Thurlow Street<br>Georgetown, MA | Jul-23<br>Closed | 14.31 | 623,344 | Residential | $425,000 | $29,699 |
| 4 | Gloucester Three-Lot Subdivision<br>227 Atlantic Road<br>Gloucester, MA | Oct-22<br>Closed | 13.11 | 571,072 | Residential | $1,787,500 | $136,346 |
| 5 | Stillmeadow Farm<br>375 Acton Street<br>Carlisle, MA | Mar-22<br>Closed | 135.98 | 5,923,143 | Residential | $4,553,061 | $33,484 |
| Subj. | The Academy at Penguin Hall<br>36 Essex Street<br>Wenham, Massachusetts | --- | 48.70 | 2,121,414 | Residential | --- | --- |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

**BBG**

| COMMENTS |
| --- |

1 - This is the purchase and sales agreement for a 26.14-acre site along Depot Road in Boxford, MA. The property is zoned for residential and the buyer plans on subdividing the land into eleven new high-end residential properties with an expected end-value exceeding $525,000 per home. The contract, dated July 15, 2023 indicates that Leonard J. Melvin is selling the property to Adam Chase True for $3,500,000 ($129,104 per acre). There does not appear to be any brokers involved in this transaction.

2 - The comparable land sale located at 17 Harriman Road in Plaistow, New Hampshire transferred in April 2024 for $400,000 which equates to $8,000 per acre.  The parcel is 50 acres zoned low density residential.  Sale does not include house on parcel.

3 - This is the sale of a 14.31 acre residential land site along Thurlow Street in Georgetown, MA. The property has potential opportunity to be subdivided and developed into single-family residential homes. The land was listed for sale on October 1, 2022 and sold on July 1, 2023 for $425,000 ($29,699 per acre). Alison Gotsch from William Raveis R.E. & Home Services was the listing agent for this sale.

4 - This is the sale of 13.11-acres of residential land along Atlantic Road in Gloucester, MA. The property has been approved to be subdivided into three single-family residential lots. The land was listed for sale on May 3, 2022 for $2,300,000 and sold on October 14, 2022 for $1,787,500 ($595,833 per lot and $136,346 per acre). Julie Gamble Smith from Engle & Volkers By the Sea was the listing agent for this transaction.

5 - This is the sale of 135.98-acre site along Acton Street and West Street in Carlisle, MA. The site consisted of fourteen parcels, which were going to be a part of a fifteen lot subdivision. The additional lot was purchased in a separate transaction. All approvals were obtained by the seller. The subdivision is known as Stillmeadow Farm and the property sold in March 2022 for $4,553,061 equating to approximately $325,218 per lot or $33,483.31 per acre.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

## COMPARABLE LAND SALES ADJUSTMENT GRID

| | Subject | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 |
|---|---|---|---|---|---|---|
| **COMPARABLE LAND SALE ADJUSTMENTS** | | | | | | |
| Property / Location | The Academy at Penguin Hall | Residential Subdivision | Residential Land | Georgetown MA Residential Land | Gloucester Three-Lot Subdivision | Stillmeadow Farm |
| | 36 Essex Street | 105 Depot Road | 17 Harriman Road | 66 Thurlow Street | 227 Atlantic Road | 375 Acton Street |
| | Wenham, Massachusetts | Boxford, MA | Plaistow, NH | Georgetown, MA | Gloucester, MA | Carlisle, MA |
| Sale Date / Status | --- | --- | Apr-24 | Jul-23 | Oct-22 | Mar-22 |
| | | Contract | Closed | Closed | Closed | Closed |
| Property Rights | --- | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Site Size (Acres) | 48.70 | 27.11 | 50.00 | 14.31 | 13.11 | 135.98 |
| Sale Price | ----- | $3,500,000 | $400,000 | $425,000 | $1,787,500 | $4,553,061 |
| **Unadjusted Price per Acre (Net)** | **-----** | **$129,104** | **$8,000** | **$29,699** | **$136,346** | **$33,484** |
| **Transactional Adjustments** | | | | | | |
| **Property Rights Conveyed** | | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Adjustment | | 0% | 0% | 0% | 0% | 0% |
| Subtotal | | $129,104 | $8,000 | $29,699 | $136,346 | $33,484.14 |
| **Financing Terms** | | | | | | |
| Adjustment | | 0% | 0% | 0% | 0% | 0% |
| Subtotal | | $129,104 | $8,000 | $29,699 | $136,346 | $33,484.14 |
| **Conditions of Sale** | | | | | | |
| Adjustment | | 0% | 0% | 0% | 0% | 0% |
| Subtotal | | $129,104 | $8,000 | $29,699 | $136,346 | $33,484.14 |
| **Expenditures Immed After Sale** | | | | | | |
| Adjustment | | 0% | 0% | 0% | 0% | 0% |
| Subtotal | | $129,104 | $8,000 | $29,699 | $136,346 | $33,484.14 |
| **Market Conditions** | Jun-25 | --- | Apr-24 | Jul-23 | Oct-22 | Mar-22 |
| Adjustment | | 0% | -4% | -6% | -8% | -10% |
| Subtotal | | $129,104 | $7,680 | $27,918 | $125,439 | $30,135.72 |
| **Total Transactional Adjustments** | | **0%** | **-4%** | **-6%** | **-8%** | **-10%** |
| **Adjusted Price per Acre (Net)** | | **$129,104** | **$7,680** | **$27,918** | **$125,439** | **$30,135.72** |
| **Property Adjustments** | | | | | | |
| Location | | 0% | 20% | 0% | -20% | 0% |
| | 48.70 | 27.11 | 50.00 | 14.31 | 13.11 | 135.98 |
| Net Site Size (Ac) | | -5% | 0% | -5% | -5% | 10% |
| | R; Residential | R-A | Low Density Residential | RB | R-20 | Residence B & R-10 |
| Zoning / Intended Use | | 0% | 0% | 0% | -10% | -10% |
| | Septic | Well & Septic | Well & Septic | All available to site. | All available to site. | All available to site. |
| Utilities / Infrastructure | | 0% | 0% | 0% | 0% | 0% |
| **Total Property Adjustments** | | **-5%** | **20%** | **-5%** | **-35%** | **0%** |
| **Indication for Subject per Acre (Net)** | | **$122,648** | **$9,216** | **$26,522** | **$81,535** | **$30,136** |

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

| SALES SUMMARY | UNADJUSTED | ADJUSTED |
|---|---|---|
| Minimum | $8,000 | $9,216 |
| Maximum | $136,346 | $122,648 |
| Average | $67,327 | $54,011 |

## CONCLUSION OF LAND VALUE

The sales that we have utilized represent the best available information that could be compared to the subject property. The major elements of comparison for an analysis of this type include the property rights conveyed, the financial terms incorporated into a particular transaction, the conditions or motivations surrounding the sale, changes in market conditions since the sale, the location of the real estate, its physical traits and the economic characteristics of the property.

There are many variables associated when analyzing land sales including construction costs, location, availability and cost of labor, infrastructure requirements, topography and site costs, size of the land and soil conditions amongst others. Developers often underwrite what they can realistically pay for a site based on a residual analysis which takes the individual attributes of a project into consideration that attributes to the variance in $/Acre sale prices.

Given the larger tract of underlying land the subject provides we have researched and utilized sales over a slightly wider geographic area with the appropriate adjustments taken into consideration.  Comparable one was adjusted upward for its inferior New Hampshire location. Comparable five was adjusted upward for its larger size. Comparable one two and three were given a similar downward adjustment for their smaller size. Comparable four and five were adjusted downward as they sold/ went under contract with approvals in place.

After adjustments, the comparable land sales reflect a range from $9,216 to $122,648 and average of $54,011 per acre. Overall, we have concluded a value for the subject of $50,000 per acre which falls towards the middle of the adjusted range and appears well supported by the sales.  Our conclusions are shown in the below table:

| LAND VALUE CONCLUSION | |
|---|---|
| Indicated Value per Acre | $50,000 |
| Acres | x  48.7 |
| **Indicated Value** | **$2,435,048** |
| **Rounded to nearest  $100,000** | **$2,400,000** |
| **Per Acre** | **$49,280** |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

# COST APPROACH

## METHODOLOGY

The Cost Approach is based on the principle of substitution, which states that no prudent person will pay more for a property than the cost of acquiring a site and constructing, without undue delay, an equally desirable and useful property. The steps have been outlined in the Valuation Process section of this report.

## REPLACEMENT COST NEW

Our estimate of replacement cost new (RCN) is based on the Calculator Section in Marshall Valuation Service (MVS), a nationally recognized publication containing construction costs for all types of building and site improvements, and where available, cost comparables and the developer's budget. Base costs are revised monthly and adjustment factors are provided to reflect regional and local cost variations. The subject is considered to be a Class C/D, school and residential property, and is judged to be of average quality relative to the rating of MVS.

## MARSHALL VALUATION SERVICE

### BASE BUILDING COSTS

The published costs include all direct costs for the base structure, tenant improvements, and the following indirect costs:

- Plans, specifications, and building permits, including engineer's and architect's fees;
- Interest on construction loan during the construction period;
- Sales tax on materials; and
- Contractor's overhead and profit, including worker's compensation, fire and liability insurance, unemployment insurance, etc.

These base building costs, adjusted for any unique building characteristics and cost multipliers, are presented in the cost summary table at the end of this section.

### SITE IMPROVEMENT COSTS

Site improvements include the paving, landscaping, signage, lighting, and other miscellaneous items. An itemization of the site improvements is summarized in the table at the end of the section.

### INDIRECT COSTS

Indirect costs not included in Base Building Costs include such items as developer overhead, property taxes, permanent loan fees, legal costs, developer fees, contingencies, and lease-up and marketing costs. Research into these costs leads to the conclusion that an average property requires an allowance for other indirect costs of between 5% and 15% percent of Base Building Costs plus Site Improvement Costs. We have estimated indirect costs of 5% in our analysis.

### ENTREPRENEURIAL PROFIT

Entrepreneurial profit, also referred to as developer's profit, represents the profit required to motivate a developer to construct and lease-up a property. Anticipated developer's profit varies widely between individual projects depending on location and market conditions, but generally lies within the range of 5% to 20% of direct and indirect building and site costs. In this analysis, we estimated entrepreneurial profit at 10%.

**BBG**

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

## MVS COST ESTIMATE

The following is a construction cost estimate utilizing the Marshall and Swift Cost Guide:

| COST APPROACH -MVS | | | | |
|---|---|---|---|---|
| **Replacement Cost New (RCN)** | **Area (SF)** | **$/SF** | **Subtotal** | **TotalCost** |
| Building Improvements | | | | |
| Carriage House | 7,914 | $166.00 | $1,313,724 | |
| Manor House | 18,485 | $200.00 | $3,697,000 | |
| Main Building | 91,663 | $200.00 | $18,332,600 | |
| Subtotal | | | $23,343,324 | |
| Multipliers | | | | |
| Current Cost | | 1.010 | | |
| Local Area | | 1.150 | | |
| Product of Multipliers | | | x  1.162 | |
| **Adjusted Base Building Cost** | | | | $27,124,942 |
| Landscaping, Lighting, Other Site Improvements | | | $200,000 | |
| **Total Site Improvements** | | | | $200,000 |
| **Total Direct Costs** | | | | $27,324,942 |
| Plus Other Indirect Costs (% of Direct Costs) | 5% | | | $1,366,247 |
| **Subtotal Replacement Cost New (RCN)** | | | | **$28,691,190** |
| **Rounded** | | | | **$28,700,000** |
| per square foot | | | | $243.09 |
| Compiled by BBG | | | | |
| **Source: Marshall Valuation Service** | | | | |
| Type: High School/ Residence | Section: 12/18 | | Class: C/D | |
| Date: May 2025 | Page: 19 | | Quality: Average | |

## ACCRUED DEPRECIATION

Three different sources of depreciation may affect the existing improvements:

**Physical Deterioration**    As discussed in the *Improvements Description* section, our inspection of the property did not reveal any significant items of deferred maintenance, so *curable* physical depreciation does not appear to exist. We have used the economic age-life method to develop an opinion of physical deterioration. In the Improvements Description section of this report, we developed an opinion that the effective age of the subject to be 27 years and the economic life to be 55 years, which results in *incurable* physical deterioration of 49.1% (effective age ÷ economic life).

**Functional Obsolescence**    The subject improvements are constructed utilizing modern materials and techniques. Furthermore, the design and layout of the property is consistent with current market standards. As such, no functional obsolescence affects the existing improvements.

**External Obsolescence**    Based upon a review of the specific location of the subject, as well as local market conditions we are of the opinion new construction of a property such as the subject would represent an over-capitalization of the site.

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

As mentioned in the market section as well as the recent shutdown at the subject, the demand for private school has remained stable. Based upon our value conclusion's utilizing the Sales Comparison, we concluded an as complete value of $8,300,000.  Based on the replacement cost, land value, and inclusion of a profit allowance we conclude external obsolescence to be approximately 31.50% (which is demonstrated on the following pages to conclude the Cost Approach as the same level as our value conclusions).

**Total Depreciation**     The sum of these elements of accrued depreciation amounts to 80.6%, which is deducted from the RCN.

## CONCLUSION

The following table(s) provides a summary of the Cost Approach and concludes a market value opinion.

| COST APPROACH CONCLUSION | | | |
|---|---|---|---|
| **Gross Buidling Area** | 118,062 | | |
| | | | |
| **Direct and Indirect Buidling Costs** | | | $28,700,000 |
| **plus Entrepreneurial Profit (% of Costs)** | 7.50% | | $2,152,500 |
| **Replacement Cost** | | | $30,852,500 |
| **Less Accrued Depreciation** | | | |
| **Physical** | | | |
| **Curable (Deferred Maintenance)** | | $0 | |
| **Incurable** | | | |
| Effective Age (Years) | 27 | | |
| Economic Life | 55 | | |
| Total Incurable Physical Depreciation | 49.1% | $15,145,773 | |
| **Functional Obsolescence** | 0.0% | $0 | |
| **External Obsolescence** | 31.5% | $9,718,538 | |
| **Total** | 80.6% | | **$24,864,310** |
| **Depreciated Value of the Improvements** | | | **$5,988,190** |
| per square foot | | | $50.72 |
| **Plus Land Value** | | | **$2,400,000** |
| **Indicated Value by Cost Approach** | | | **$8,388,190** |
| **Rounded to nearest  $100,000** | | | **$8,400,000** |
| per square foot | | | $  71.15 |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

# SALES COMPARISON APPROACH

## METHODOLOGY

In the Sales Comparison Approach, we developed an opinion of value by comparing similar, recently sold properties in the surrounding or competing area to the subject property. In order to determine the value of the subject property, these comparable sales and/or listings are then evaluated and adjusted based on their differences when compared to the subject property. Inherent in this approach is the principle of substitution, which states that when a property is replaceable in the market, its value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution.

The Sales Comparison Approach to value requires the following sequential steps:

| | |
|---|---|
| **Unit of Comparison** | A unit of comparison (i.e. price per square foot, price per dwelling unit) must be selected for comparable analysis of the sales and the subject. The selected unit of comparison must be consistent with market behavior. |
| **Search for Sales** | Research must be done to locate comparable sales, listings and contracts of properties that are similar to the subject.  Similarities may include property type, size, physical condition, location and the date of the sale. |
| **Confirmation** | All sales must be confirmed to verify that the data used is accurate, and that all of the sales, listings or contracts represent arm's-length transactions. |
| **Comparison** | Each of the improved sales that are chosen for this valuation is considered generally similar to the subject.  Therefore, each difference between the comparables and the subject must be identified, and then adjusted for the various differences. All adjustments are made to the comparables as they relate to the subject property. |
| **Reconciliation** | Once all of the comparables have been adjusted, a single-value must be concluded based on the indications produced from the analysis of the comparables. |

## UNITS OF COMPARISON

| UNITS OF MEASURE |
|---|
| 1. **Per Square Foot of Net Rentable Area:**  For office buildings, the actual occupiable area of a floor or an office space; computed by measuring from the finished surface of the office side of the corridor and other permanent walls, to the center of partitions that separate the office from adjoining usable areas, and to the inside finished surface of the dominant portion of the permanent outer building walls.  Sometimes called net building area or net floor area. |
| 2. **Per Square Foot of Usable Area:**  The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas. |
| 3. **Per Square foot of Gross Leasable Area:**  Total floor area designed for the occupancy and exclusive use of tenants, including basements and mezzanines; measured from the center of joint partitioning to the outside wall surfaces. |
| X  4. **Per Square Foot of Gross Building Area:**  Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area.  This includes mezzanines and basements if and when typically included in the region. |
| 5. **Per Unit:**  Total number of dwelling units in the property.  Typically used for apartment properties. |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

**BBG**

## COMPARABLE IMPROVED SALES

On the following pages, we present a summary of the improved properties that we compared to the subject property, a map showing their locations, and the adjustment process.



## COMPARABLE IMPROVED SALES SUMMARY

| Comp No. | Property / Location | Sale Date/ Status | Property Rights | Year Built / Renovated | Site Size (Acres) | Bldg. Size (SF Net) | Land-to-Building Ratio | Sale Price | Price per SF (Net) |
|---|---|---|---|---|---|---|---|---|---|
| | **SUMMARY OF IMPROVED SALES** | | | | | | | | |
| 1 | Former Magdalen College Campus 511 Kearsarge Mountain Road Warner, NH | Jan-25 Closed | Fee Simple | 1990 | 128.60 | 78,504 | 71.36 : 1 | $3,500,000 | $44.58 |
| 2 | Former Unification Theological Seminary 30 Seminary Drive Barrytown, NY | Jan-24 Closed | Fee Simple | 1930 | 249.28 | 151,992 | 71.44 : 1 | $14,000,000 | $92.11 |
| 3 | New England Innovation Academy 280 Locke Drive Marlborough, MA | Apr-23 Closed | Fee Simple | 1973 | 25.00 | 238,303 | 4.57 : 1 | $15,060,000 | $63.20 |
| 4 | Former Wintergreen School 670 Wintergreen Avenue Hamden, CT | Jul-22 Closed | Fee Simple | 1965 | 14.99 | 89,436 | 7.30 : 1 | $16,000,000 | $178.90 |
| 5 | Chase Collegiate School 565 Chase Parkway Waterbury, CT | May-21 Closed | Fee Simple | 1934 / 1970 | 36.10 | 145,000 | 10.84 : 1 | $18,000,000 | $124.14 |
| 6 | Newbury College 129 Fisher Avenue Brookline, MA | Sep-19 Closed | Fee Simple | 1962 | 7.90 | 142,596 | 2.41 : 1 | $34,000,000 | $238.44 |
| 7 | Former Daniel Webster College 20 University Drive Nashua, NH | Jan-18 Closed | Fee Simple | 1968 / 2011 | 52.88 | 281,000 | 8.20 : 1 | $12,010,000 | $42.74 |
| Subj. | The Academy at Penguin Hall 36 Essex Street Wenham, Massachusetts | | Fee Simple | 1926 / 2021 | 48.70 | 118,062 | 18.62 : 1 | --- | --- |

| COMMENTS |
|---|

1 - This comparable represents the sale of the former Magdalen College campus in Warner, NH. The property is improved with nine (9) buildings totaling 78,504 SF. The primary structure is a 37,903 SF multi-purpose building built in 1990 and includes classrooms, a dining hall, kitchen, library, administrative offices and a gymnasium. Additionally, there are two (2) dorms on-site with 144-beds. Magdalen College closed in May 2024. According to the listing broker, Brenda Litchfield of Concord Commercial Real Estate, the property has been well-maintained and is in good overall condition. The purchaser is an owner-user who plans to utilize the property as an educational facility. The property sold in January 2025 for $3.5 million, equating to approximately $45 per square foot, which was below the original asking price of $5.5 million. The property was on the market for approximately three quarters before selling.

2 - The comparable represents the sale of the former Unification Theological Seminary school located at 30 Seminary Drive in Barrytown, New York. The improvements span between 10 buildings and total 151,992 square feet. In February of 2024, the comparable sold for $14,000,000 which equates to approximately $92.11 per square foot. New ownership represents Bard College, which is a private liberal arts college in the hamlet of Annandale-on-Hudson, in the town of Red Hook, in New York State.  According to Bard officials, the initial uses for the former seminary will include new studios for the Center for Human Rights and the Arts and administrative offices for the Open Society University Network (OSUN), of which Bard is a founding member.

3 - The comparable represents the sale of the New England Innovation Academy located at 280 Locke Drive in Marlborough, Massachusetts. The property totals to 238,303 square feet and is situated on a 25-acre lot. The property sold in April 2023 for $15.06 million which equates to approximately $63.20 per square foot. The New England Innovation Academy offers education to grades 6-12 with the goal of educating the next generation of innovators and entrepreneurs. The seller represents CERNET, which stands for China Education and Research Network, is the first nationwide education and research computer network in China. The CERNET project is funded by the Chinese government and directly managed by the Chinese Ministry of Education. Before CERNET, this property was formerly a conference center used by Verizon with over 220 executive hotel rooms, 68 conference/meeting rooms, a 40,000 SF main meeting center, 170 seat auditorium.

4 - The comparable represents the sale of an educational facility located at 670 Wintergreen Avenue in Hamden, Connecticut. The improvements were originally constructed in 1965 and total 89,436 square feet. In July of 2022, the comparable sold for $16,000,000 which equates to approximately $178.90 per square foot. The property was used by the public school district for an alternative educational program known as the Wintergreen School. The district sold the property in part to provide funds to plug the town's budget hole. The grantee is a regional educational organization that purchased the property for its own use known as Area Cooperative Educational Services.

5 - The comparable represents a specialty property located at 565 Chase Parkway in Waterbury, Connecticut. The improvements were constructed in in 1934 on a 36.10-acre parcel, which consists of five buildings and totals 145,000 square feet of gross building area. In May of 2021, the property sold for $18,000,000, which equates to approximately $124.14 per square foot. The property is was owner-occupied by the Chase Collegiate School, which has students from preschool through high school. New ownership represents  ACES at Chase, a Public STEAM Academy on a Private Campus.

6 - The comparable represents the sale of Newbury College located at 129 Fisher Avenue in Brookline, Massachusetts. The improvements total 142,596 square feet spanning across eight buildings. In September of 2019, the comparable sold for $34,000,0000 which equates to approximately $238.44 per square foot. The college went up for sale in February after announcing its closure in December of 2018 due to financial struggles. New ownership represents Welltower, which is a a senior housing and memory care facility.

7 - Bankruptcy sale of the Former Daniel Webster College (former aeronautics college proximate to Nashua Airport). The campus consists of 11 buildings with 6 dormitories, 2 academic buildings, a gymnasium, library, and administrative building. Buildings were built in 1968 and 2011 and in average condition at time of sale. Sale had to be approved by US Bankruptcy Court, the property was on the market for approximately 5 months. The sale of the campus consisted of two transactions to two separate buyers.  The main campus was acquired by an international college for $11,600,000, while schools flight tower, flight center and hanger were acquired by Southern New Hampshire University for $410,000.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

## COMPARABLE IMPROVED SALES ADJUSTMENT GRID

| COMPARABLE SALE SUMMARIES AND ADJUSTMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Property / Location** | **Subject** | **Comp 1** | **Comp 2** | **Comp 3** | **Comp 4** | **Comp 5** | **Comp 6** | **Comp 7** |
| Property / Location | The Academy at Penguin Hall 36 Essex Street Wenham, Massachusetts | Former Magdalen College Campus 511 Kearsarge Mountain Road Warner, NH | Former Unification Theological Seminary 30 Seminary Drive Barrytown, NY | New England Innovation Academy 280 Locke Drive Marlborough, MA | Former Wintergreen School 670 Wintergreen Avenue Hamden, CT | Chase Collegiate School 565 Chase Parkway Waterbury, CT | Newbury College 129 Fisher Avenue Brookline, MA | Former Daniel Webster College 20 University Drive Nashua, NH |
| Sale Date/ Status | | Jan-25 Closed | Jan-24 Closed | Apr-23 Closed | Jul-22 Closed | May-21 Closed | Sep-19 Closed | Jan-18 Closed |
| Bldg. Size (SF Gross) | 118,062 | 78,504 | 151,992 | 238,303 | 89,436 | 145,000 | 142,596 | 281,000 |
| Sale Price | --- | $3,500,000 | $14,000,000 | $15,060,000 | $16,000,000 | $18,000,000 | $34,000,000 | $12,010,000 |
| **Unadjusted Price per SF (Net)** | **-----** | **$44.58** | **$92.11** | **$63.20** | **$178.90** | **$124.14** | **$238.44** | **$42.74** |
| **Transactional Adjustments** | | | | | | | | |
| **Property Rights Conveyed** | *Fee Simple* | *Fee Simple* | *Fee Simple* | *Fee Simple* | *Fee Simple* | *Fee Simple* | *Fee Simple* | *Fee Simple* |
| Adjustment | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| *Subtotal* | | $44.58 | $92.11 | $63.20 | $178.90 | $124.14 | $238.44 | $42.74 |
| **Financing** | | | | | | | | |
| Adjustment | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| *Subtotal* | | $44.58 | $92.11 | $63.20 | $178.90 | $124.14 | $238.44 | $42.74 |
| **Terms/Conditions of Sale** | | | | | | | | |
| Adjustment | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| *Subtotal* | | $44.58 | $92.11 | $63.20 | $178.90 | $124.14 | $238.44 | $42.74 |
| **Expenditures After Sale** | | | | | | | | |
| Adjustment | | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| *Subtotal* | | $44.58 | $92.11 | $63.20 | $178.90 | $124.14 | $238.44 | $42.74 |
| **Market Conditions** | *Jun-25* | *Jan-25* | *Jan-24* | *Apr-23* | *Jul-22* | *May-21* | *Sep-19* | *Jan-18* |
| Adjustment | | -2% | -7% | -11% | -15% | -21% | -29% | -37% |
| *Subtotal* | | $43.69 | $85.66 | $56.25 | $152.06 | $98.07 | $169.29 | $26.93 |
| **Total Transactional Adjustments** | | **-2%** | **-7%** | **-11%** | **-15%** | **-21%** | **-29%** | **-37%** |
| **Adjusted Price per SF (Net)** | | **$43.69** | **$85.66** | **$56.25** | **$152.06** | **$98.07** | **$169.29** | **$26.93** |
| **Property Adjustments** | | | | | | | | |
| **Location** | | 25% | 10% | 0% | -10% | -10% | -25% | 5% |
| | *118,062* | *78,504* | *151,992* | *238,303* | *89,436* | *145,000* | *142,596* | *281,000* |
| **Property Size SF (Gross)** | | -5% | 0% | 10% | -5% | 0% | 0% | 10% |
| | *1926 / 2021* | *1990* | *1930* | *1973* | *1965* | *1934 / 1970* | *1962* | *1968 / 2011* |
| **Age/Condition/Quality** | | 10% | 10% | 10% | 0% | 0% | 0% | 0% |
| | *18.62 : 1* | *71.36 : 1* | *71.44 : 1* | *4.57 : 1* | *7.3 : 1* | *10.84 : 1* | *2.41 : 1* | *8.2 : 1* |
| **Land-To-Building Ratio** | | -5% | -10% | 5% | 5% | 5% | See Discussion | 5% |
| **Total Property Adjustments** | | **25%** | **10%** | **25%** | **-10%** | **-5%** | **-25%** | **20%** |
| **Indication for Subject** | | **$54.62** | **$94.23** | **$70.31** | **$136.86** | **$93.17** | **$126.97** | **$32.31** |

THE ACADEMY AT PENGUIN HALL APPRAISAL

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

| SALES SUMMARY | UNADJUSTED | ADJUSTED |
|---|---|---|
| Minimum | $42.74 | $32.31 |
| Maximum | $238.44 | $136.86 |
| Average | $112.01 | $86.92 |

## CONCLUSION OF SALES COMPARISON APPROACH

The sales that we have utilized represent the best available information that could be compared to the subject property. Transactional elements of comparison include the property rights conveyed, financing, terms/conditions of sale, expenditures after the sale, and changes in market conditions since the sale to present. We have included a -5% market conditions adjustment given the impact of the inflationary and higher interest rate environment.

Property characteristics adjustments relate to location, size, age/condition/quality, and underlying acreage. Adjustments for size are based on the logic that smaller buildings would typically sell for a premium when taking into consideration the principals and economy of scale and feedback by market participants.

Comparables one, two and seven were given upwards locational adjustments. Comparables four, five and six were given downwards adjustment for their superior locations particularly for the Newbury College sale being within Brookline. Comparable one, and four were adjusted downward for their smaller size. Comparable three and seven were adjusted upward for their larger size. Comparable one and two were adjusted downward for their higher land to building ratios. The remaining comparable were adjusted upward for their lower ratios with the exception of comparable six.  Given the far superior location and much more valuable land we have not included any adjustment to this sale.

After adjustments the comparable improved sales reflect prices ranging from $32.31 to $136.86 with an average adjusted price of $86.92 per square foot.

The lower end of the range is comparable one which sold for $3.5 million in a far inferior New Hampshire location with a much smaller total building area.  Comparable six represents the upper end of the range for the Newbury College sale in a far superior Brookline location for $36 million which is considered somewhat of an outlier. Comparable three represents the sale of a school on smaller overall acreage, with a larger building area (almost double the subject), for $15.06 million. This sale would be considered superior when compared to the subject as a result of the larger extent of the improvements with an overall lower aggregate sale price considered logical for the subject.  Comparable two sold for $14 million with a much larger acreage and building area and would also be considered superior to the subject as a result of these attributes.

Comparable seven was a slightly dated sale and represents the former Daniel Webster College in Nashua, NH that sold for $12 million.  Although located within an inferior location the improvements were over double the size of the subject with a lower aggregate value considered logical for the subject.

Overall, we are of the opinion a sale price in the region of $7.00-$10.00 million (above comparable one and below comparables three and seven), would be most logical for the subject.  Excluding comparables four, five and six which are all in superior locations; the sales indicate an adjusted range from $32.31 to $94.23 and average $62.87 per square foot.  We are of the opinion a $/SF value above the average and below the upper portion of this more defined adjusted range would also be considered logical.

We would note given the recent bankruptcy of the school and well publicized closure as well as the planned auction there may be a stigma associated with the property that could logically place downwards pressure on the achievable sale price given the opportunistic nature of the sale for a value-add developer or potential end-user.  Our conclusion via the Sales Comparison Approach is shown in the below table:

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

| SALES COMPARISON APPROACH VALUE CONCLUSION | |
|---|---:|
| Indicated Value per SF | $70.00 |
| per SF (Net) | x  118,062 |
| **Indicated As Is Value** | **$8,264,340** |
| **Rounded to nearest  $100,000** | **$8,300,000** |
| **Per SF (Net)** | **$70.30** |

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# RECONCILIATION AND FINAL VALUE

## SUMMARY OF VALUE INDICATIONS

| VALUE INDICATIONS | | | |
|---|---|---|---|
| **As Is as of June 27, 2025** | | | |
| **Cost Approach** | $8,400,000 | $71.15 | Per Square Foot (GBA) |
| Land Value | $2,400,000 | $49,280 | Per Acre |
| **Sales Comparison Approach** | $8,300,000 | $70.30 | Per Square Foot (GBA) |
| **Approach Reliance** | **Sales Comparison Approach** | | |
| **Value Conclusion - As Is** | **$8,300,000** | **$70.30** | Per Square Foot (GBA) |
| **Exposure Time (Months)** | 6-12 Months | | |
| **Marketing Time (Months)** | 6-12 Months | | |

Current appraisal guidelines require an estimate of a reasonable time period in which the subject could be brought to market and sold.  This appropriate or reasonable time frame can either be examined historically or prospectively. In a historical analysis, this is referred to as exposure time.  Exposure time always precedes the date of value, with the underlying premise being the time a property would have been on the market prior to the date of value, such that it would sell at its appraised value as of the date of value.  On a prospective basis, the term marketing time is most often used.

## MARKET VALUE - VALUATION RELIANCE

The Cost Approach is typically relevant for valuation of the subject property when there is strong support for replacement cost and when there is minimal depreciation applicable to the property. An adequate number of comparable land sales were available to develop an opinion of land value. The cost approach is considered applicable for the subject, although has been given secondary consideration in our conclusions given the age of the original improvements and lack of reliance on this approach by market participants.

The Sales Comparison Approach is primarily used by owner-users in making purchase decisions.  It is the secondary approach used by investors. The sales used in this analysis are considered highly comparable to the subject, and the required adjustments were based on reasonable and well-supported rationale.  In addition, market participants are currently analyzing purchase prices on investment properties as they relate to available substitutes in the market. For these reasons, the Sales Comparison Approach is considered to provide a reliable value indication and was given primary consideration in our conclusions.

The Income Approach is the valuation method most commonly used by investors in making purchase decisions for income producing properties and is not considered applicable to the subject as an owner-occupied non-profit property.  Therefore, the Income Approach was not utilized in our analysis.

## FINAL OPINION(S) OF VALUE

Based on the inspection of the property and the investigation and the analysis undertaken, we have developed the following value opinion(s).

| MARKET VALUE CONCLUSION(S) | | | |
|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value Conclusion** |
| Market Value - As Is | Fee Simple | June 27, 2025 | $8,300,000 |

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# CERTIFICATION

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved with this assignment.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

8. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the state of Massachusetts.

9. The reported analyses, opinions, and Value Indications were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics, the Standards of Professional Practice of the Appraisal Institute.

10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

11. As of the date of this report, Matthew Wood, MAI,MRICS has completed the continuing education program for Designated Members of the Appraisal Institute.

12. Matthew Wood, MAI,MRICS has and Jeffrey Carlson has not made a personal inspection of the property that is the subject of this report.

13. No one provided significant real property appraisal assistance to the person signing this certification.

14. Matthew Wood, MAI,MRICS has not and Jeffrey Carlson has not provided services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.

**Matthew Wood MAI, MRICS**
**Senior Managing Director**
MA Cert. Gen. License #75605
Phone: 617 710 2200
Email: matthewwood@bbgres.com

**Jeffrey Carlson**
**Senior Appraiser**
MA Cert. Gen. License #76179
Phone: 617 922 8865
Email: jcarlson@bbgres.com

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

# STANDARD ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal report has been made with the following general assumptions:

1) Notwithstanding that Appraiser may comment on, analyze or assume certain conditions in the appraisal, BBG, Inc. shall have no monetary liability or responsibility for alleged claims or damages pertaining to: (a) title defects, liens or encumbrances affecting the property; (b) the property's compliance with local, state or federal zoning, planning, building, disability access and environmental laws, regulations and standards; (c) building permits and planning approvals for improvements on the property; (d) structural or mechanical soundness or safety; (e) contamination, mold, pollution, storage tanks, animal infestations or other hazardous conditions affecting the property; and (f) other conditions and matters for which licensed real estate appraisers are not customarily deemed to have professional expertise. Accordingly:

   a) The Appraiser has not conducted any engineering or architectural surveys in connection with this appraisal assignment. Information reported pertaining to dimensions, sizes, and areas is either based on measurements taken by the Appraiser or the Appraiser's staff or was obtained or taken from referenced sources and is considered reliable. The Appraiser and BBG, Inc. shall not be monetarily liable or responsible for or assume the costs of preparation or arrangement of geotechnical engineering, architectural, or other types of studies, surveys, or inspections that require the expertise of a qualified professional.

   b) Unless otherwise stated in the report, only the real property is considered, so no consideration is given to the value of personal property or equipment located on the premises or the costs of moving or relocating such personal property or equipment. Further, unless otherwise stated, it is assumed that there are no subsurface oil, gas or other mineral deposits or subsurface rights of value involved in this appraisal, whether they are gas, liquid, or solid. Further, unless otherwise stated, it is assumed that there are no rights associated with extraction or exploration of such elements considered. Unless otherwise stated it is also assumed that there are no air or development rights of value that may be transferred.

   c) Any legal description or plats reported in the appraisal are assumed to be accurate. Any sketches, surveys, plats, photographs, drawings or other exhibits are included only to assist the intended user to better understand and visualize the subject property, the environs, and the competitive data. BBG, Inc. has made no survey of the property and assumes no monetary liability or responsibility in connection with such matters.

   d) Title is assumed to be good and marketable, and in fee simple, unless otherwise stated in the report. The property is considered to be free and clear of existing liens, easements, restrictions, and encumbrances, except as stated. Further, BBG, Inc. assumes there are no private deed restrictions affecting the property which would limit the use of the subject property in any way.

   e) The appraisal report is based on the premise that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in the appraisal report; additionally, that all applicable zoning, building, and use regulations and restrictions of all types have been complied with unless otherwise stated in the appraisal report. Further, it is assumed that all required licenses, consents, permits, or other legislative or administrative authority, local, state, federal and/or private entity or organization have been or can be obtained or renewed for any use considered in the value opinion. Moreover, unless otherwise stated herein, it is assumed that there are no encroachments or violations of any zoning or other regulations affecting the subject property, that the utilization of the land and improvements is within the boundaries or property lines of the property described, and that there are no trespasses or encroachments.

   f) The American Disabilities Act (ADA) became effective January 26, 1992. The Appraiser has not made a specific compliance survey or analysis of the property to determine whether or not it is in conformity

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

with the various detailed requirements of ADA. It is possible that a compliance survey of the property and a detailed analysis of the requirements of the ADA would reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative impact upon the value of the property. Since the Appraiser has no direct evidence relating to this issue, possible noncompliance with the requirements of ADA was not considered in estimating the value of the property.

g) No monetary liability or responsibility is assumed for conformity to specific governmental requirements, such as fire, building, safety, earthquake, or occupancy codes, except where specific professional or governmental inspections have been completed and reported in the appraisal report.

h) It is assumed the subject property is not adversely affected by the potential of floods; unless otherwise stated herein. Further, it is assumed all water and sewer facilities (existing and proposed) are or will be in good working order and are or will be of sufficient size to adequately serve any proposed buildings.

i) Unless otherwise stated within the appraisal report, the depiction of the physical condition of the improvements described therein is based on visual inspection. No monetary liability or responsibility is assumed for (a) the soundness of structural members since no engineering tests were conducted; (b) the condition of mechanical equipment, plumbing, or electrical components, as complete tests were not made; and (c) hidden, unapparent or masked property conditions or characteristics that were not clearly apparent during the Appraiser's inspection.

j) If building improvements are present on the site, it is assumed that no significant evidence of termite damage or infestation was observed during physical inspection, unless so stated in the appraisal report. Further, unless so stated in the appraisal report, no termite inspection report was available. No monetary liability or responsibility is assumed for hidden damages or infestation.

k) Unless subsoil opinions based upon engineering core borings were furnished, it is assumed there are no subsoil defects present, which would impair development of the land to its maximum permitted use or would render it more or less valuable. No monetary liability or responsibility is assumed for such conditions or for engineering which may be required to discover them.

l) BBG, Inc. is not an expert in determining the presence or absence of hazardous substances, defined as all hazardous or toxic materials, wastes, pollutants or contaminants (including, but not limited to, asbestos, PCB, UFFI, or other raw materials or chemicals) used in construction or otherwise present on the property. BBG, Inc. assumes no monetary liability or responsibility for the studies or analyses which would be required to determine the presence or absence of such substances or for loss as a result of the presence of such substances. Appraiser is not qualified to detect such substances. The Client is urged to retain an expert in this field; however, Client retains such expert at Client's own discretion, and any costs and/or expenses associated with such retention are the responsibility of Client.

m) BBG, Inc. is not an expert in determining the habitat for protected or endangered species, including, but not limited to, animal or plant life (such as bald eagles, gophers, tortoises, etc.) that may be present on the property. BBG, Inc. assumes no monetary liability or responsibility for the studies or analyses which would be required to determine the presence or absence of such species or for loss as a result of the presence of such species. The Appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions contained within the appraisal repot based upon any subsequent endangered species impact studies, research, and investigation that may be provided. However, it is assumed that no environmental impact studies were either requested or made in conjunction with this analysis, unless otherwise stated within the appraisal report.

2) If the Client instructions to the Appraiser were to inspect only the exterior of the improvements in the appraisal process, the physical attributes of the property were observed from the street(s) as of the inspection date of the appraisal. Physical characteristics of the property were obtained from tax assessment records, available plans, if any, descriptive information, and interviewing the client and other knowledgeable persons. It is assumed the interior of the subject property is consistent with the exterior conditions as observed and that other information relied upon is accurate.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

3) If provided, the estimated insurable value is included at the request of the Client and has not been performed by a qualified insurance agent or risk management underwriter. This cost estimate should not be solely relied upon for insurable value purposes. The Appraiser is not familiar with the definition of insurable value from the insurance provider, the local governmental underwriting regulations, or the types of insurance coverage available. These factors can impact cost estimates and are beyond the scope of the intended use of this appraisal. The Appraiser is not a cost expert in cost estimating for insurance purposes.

4) The dollar amount of any value opinion herein rendered is based upon the purchasing power and price of the United States Dollar as of the effective date of value. This appraisal is based on market conditions existing as of the date of this appraisal.

5) The value opinions reported herein apply to the entire property. Any proration or division of the total into fractional interests will invalidate the value opinions, unless such proration or division of interests is set forth in the report. Any division of the land and improvement values stated herein is applicable only under the program of utilization shown. These separate valuations are invalidated by any other application.

6) Any projections of income and expenses, including the reversion at time of resale, are not predictions of the future. Rather, they are BBG, Inc.'s best estimate of current market thinking of what future trends will be. No warranty or representation is made that such projections will materialize. The real estate market is constantly fluctuating and changing. It is not the task of an appraiser to estimate the conditions of a future real estate market, but rather to reflect what the investment community envisions for the future in terms of expectations of growth in rental rates, expenses, and supply and demand. The forecasts, projections, or operating estimates contained herein are based on current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes with future conditions.

7) The Appraiser assumes no monetary liability or responsibility for any changes in economic or physical conditions which occur following the effective date of value within this report that would influence or potentially affect the analyses, opinions, or conclusions in the report. Any subsequent changes are beyond the scope of the report.

8) Any proposed or incomplete improvements included in the appraisal report are assumed to be satisfactorily completed in a workmanlike manner or will be thus completed within a reasonable length of time according to plans and specifications submitted.

9) If the appraisal report has been prepared in a so-called "public non-disclosure" state, real estate sales prices and other data, such as rents, prices, and financing, are not a matter of public record. If this is such a "non-disclosure" state, although extensive effort has been expended to verify pertinent data with buyers, sellers, brokers, lenders, lessors, lessees, and other sources considered reliable, it has not always been possible to independently verify all significant facts. In these instances, the Appraiser may have relied on verification obtained and reported by appraisers outside of our office. Also, as necessary, assumptions and adjustments have been made based on comparisons and analyses using data in the report and on interviews with market participants. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

10) Although the Appraiser has made, insofar as is practical, every effort to verify as factual and true all information and data set forth in this report, no responsibility is assumed for the accuracy of any information furnished the Appraiser either by the Client or others. If for any reason, future investigations should prove any data to be in substantial variance with that presented in this report, the Appraiser reserves the right to alter or change any or all analyses, opinions, or conclusions and/or opinions of value.

11) The right is reserved by the Appraiser to make adjustments to the analyses, opinions, and conclusions set forth in the appraisal report as may be required by consideration of additional or more reliable data that may become available. No change of this report shall be made by anyone other than the Appraiser. The Appraiser shall have no monetary liability or responsibility for any unauthorized change(s) to the report.

12) The submission of the appraisal report constitutes completion of the services authorized and agreed upon. Such appraisal report is submitted on the condition the Client will provide reasonable notice and customary

compensation, including expert witness fees, relating to any subsequent required attendance at conferences, depositions, or judicial or administrative proceedings. In the event the Appraiser is subpoenaed for either an appearance or a request to produce documents, a best effort will be made to notify the Client immediately. The Client has the sole responsibility for obtaining a protective order, providing legal instruction not to appear with the appraisal report and related work files, and will answer all questions pertaining to the assignment, the preparation of the report, and the reasoning used to formulate the opinion of value. Unless paid in whole or in part by the party issuing the subpoena or by another party of interest in the matter, the Client is responsible for all unpaid fees resulting from the appearance or production of documents regardless of who orders the work.

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# ADDENDA

Letter of Engagement .................................................................................................................................A

Information Provided ..................................................................................................................................B

Comparable Improved Sales .......................................................................................................................C

Qualifications & Licenses ........................................................................................................................... D

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

BBG

# LETTER OF ENGAGEMENT

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.



June 12, 2025

John A. Gibbons
Origen Ventures
112 South Street, 6th Floor
Boston, MA 02111

T: 617 350 0050
E: john@origenventures.com

RE:   **Appraisal Report of 36 Essex Street, Wenham, MA**

Dear Mr Gibbons,

We are pleased to submit this proposal and our Terms and Conditions for the Appraisal Report of the above referenced real estate.

## PROPOSAL SPECIFICATIONS

| | |
|---|---|
| **Valuation Premise:** | Form an opinion of the Market Value As Is |
| **Property Rights Appraised:** | Fee Simple |
| **Intended Use:** | Internal Decision Making / Bankruptcy |
| **Intended Users:** | Origen Ventures |
| **Scope of Work:** | Sales Comparison and Cost Approach |
| **Inspection:** | BBG Inspection (if permitted) |
| **Site/Property Contact:** | |
| | **Name:** |
| | **Phone:** |
| | **Email:** |
| **Appraisal Standards:** | Uniform Standards of Professional Appraisal Practice (USPAP) and Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute |
| **Report Type:** | Appraisal Report |
| **Report Format:** | Narrative |
| **Fee:** | ~~XXXXXXX~~ |
| **Retainer:** | 50% |
| | Wire Payment/ACH Information Below: |
| | Bank of America |
| | Acct#: 488038497058 |
| | Wire Payment Routing#: 026009593 |
| | ACH Payment Routing#: 111000025 |

*JAG*

Verified by pdfFiller
06/12/2025

June 3, 2025
Page 2 of 8

| | |
|---|---|
| **Payment Terms:** | Balance is due and payable upon delivery of the final report or within 30 days of your receipt of our draft report, whichever is sooner.  If a draft report is requested, the fee is considered earned upon delivery of our draft report. |

Fee quoted includes all expenses

**Payment Options:**

- Credit card (a 3% fee is applied) which is the quickest payment method to verify.
- Wire or ACH payment which are the second quickest payment methods.  See below information for sending the wire or ACH
- A check mailed to BBG, Inc., 8343 Douglas Avenue, Suite 700, Dallas, TX 75225 – This method is the slowest option as it takes time to receive, process and confirm the funds.

---

**Payment Options (cont.):**

If you would like to pay by credit card, please pay invoice online directly from our website at www.bbgres.com

1. Client can access the credit card portal by choosing "Pay Your Invoice" in the right hand corner of the website.
2. A 3% convenience fee is automatically applied to all credit card payments.
3. Please add Accounting BBG email (eft@bbgres.com) or Brenna Fail (bfail@bbgres.com) as correspondent for remit payment (BBG Email Contact), that we can get this applied to our system in a timely manner.
4. Please include the BBG Invoice # in your credit card submission. If you have not yet received a invoice number, please use the drop down tool to select 'Property Details' and include the address of the property.
5. A copy of the receipt will be sent directly to you once the payment has been made.

If you choose to pay by wire or ACH please let us know once the wire or ACH has been initiated and forward the bank confirmation if able.
**Be sure to include the address as a reference whenever sending any wire payment.**

**BBG Appraisal Wiring and ACH Instructions:**
Bank of America Account # 488038497058
Payment via ACH Routing # 111000025
Payment via Wire Routing # 026009593
Bank Address:  Bank of America
6019 Berkshire Lane
Dallas, TX 75225

Due to the limited capability to provide complete remittance details in ACH and Wire payments, please send all payment remittance details, including applicable invoice numbers, to eft@bbgres.com to ensure timely and accurate payment application.

June 3, 2025
Page 3 of 8

| | |
|---|---|

| | |
|---|---|
| **Report Copies:** | 1 Final PDF |
| **Delivery Date:** | Within 12-15 business days from acceptance and receipt of critical information |
| **Report Delivery Recipients:** | If any other person(s) are authorized to be included on delivery of the report, please include their information in the space below: |
| Name(s): | |
| Email(s): | |
| **Acceptance Date:** | Date of Execution |
| | Do not provide Personally Identifiable Information (PII) to BBG, Inc. or any of its agents. PII is any piece of information meant to identify a specific individual. This includes data such as a Social Security number, driver's license number and financial account numbers. |

The attached Terms and Conditions of the Engagement are deemed part of this Appraisal Services Agreement and are incorporated fully herein by reference and shall apply to any appraisal reports, contract or orders into which they are incorporated. In addition, with respect to any appraisal report, any use of or reliance on the appraisal by any party, regardless of whether the use or reliance is authorized or known by BBG, Inc. and its agents, servants, employees, principals, affiliated companies and all those in privity with them, constitutes acceptance of such Terms and Conditions of the Engagement, as well as acceptance of all other appraisal statements, limiting conditions and assumptions stated in the appraisal report. Use of this appraisal report constitutes acknowledgement and acceptance of the Terms and Conditions of the Engagement, special assumptions (if any), extraordinary assumptions (if any), and hypothetical conditions (if any) on which this estimate of market value is based. This appraisal report has been prepared for the exclusive benefit of the client. It may not be used or relied upon by any other party. Any other party who is not the identified client within this report who uses or relies upon any information in this report does so at their own risk.

Client acknowledges and agrees that BBG may anonymize all property and operational information ("Client Data") provided and aggregate with other anonymized data from other Clients and/or other sources and use such aggregated, anonymized Client Data in existing or future BBG product offerings. BBG shall process the Client Data in a manner that renders the form and source of the Client Data unidentifiable to any other Client or third party.

We appreciate this opportunity to be of service to you on this assignment.  If you have additional questions, please contact us.

As Agent for BBG, Inc.
**Matthew Wood, MAI, MRICS**
**Senior Managing Director**
**100 Summer Street, Suite 2705,**
**Boston, MA 02110**
**C** **617-710-2200**
**E** **matthewwood@bbgres.com**

AGREED AND ACCEPTED

_____
Client Signature

06/12/2025
_____
Date

## Terms and Limiting Conditions of the Engagement

The Terms and Conditions of the Engagement are deemed part of the attached Proposal Specifications and Appraisal and Consulting Services Agreement and are incorporated fully therein, and shall apply to any appraisal services, consulting services, oral testimony, reports, contracts, or orders into which they may be incorporated.

**A) Definitions. In the Terms and Conditions of the Engagement:**

1. "BBG, Inc." means BBG, Inc. and its agents, successors, assigns, servants, employees, principals, affiliated companies and all those in privity with them.

2. "Appraiser" means the appraiser(s) performing part or all of the appraisal services and/or signing an appraisal report. "Appraiser" may also mean "Consultant" in a consulting assignment.

3. "Appraisal and Consulting Services Agreement" means any written agreement with Client for performance of the appraisal services by Appraiser, including any agreement entered into electronically.

4. "Client" means any party identified expressly as a client in an Appraisal and Consulting Services Agreement and also any party identified expressly as a client by the Appraiser in an appraisal report.

5. "Appraisal" means any appraisal or consulting report(s) prepared by or oral report and/or testimony presented by BBG, Inc.

6. "Report" means a written or oral report prepared by and/or oral testimony presented by BBG, Inc.

**B) Venue and Jurisdiction**

**THIS APPRAISAL AND CONSULTING SERVICES AGREEMENT WILL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE DOMESTIC SUBSTANTIVE LAWS OF THE STATE OF TEXAS, WITHOUT GIVING EFFECT TO ANY CHOICE OR CONFLICT OF LAW PROVISION.  IF ANY ACTION RELATING TO THIS APPRAISAL AND CONSULTING SERVICES AGREEMENT OR THE CONTEMPLATED TRANSACTIONS IS BROUGHT BY A PARTY HERETO AGAINST ANY OTHER PARTY HERETO, THE PREVAILING PARTY IN SUCH ACTION WILL BE ENTITLED TO RECOVER ALL REASONABLE EXPENSES RELATING THERETO (INCLUDING REASONABLE ATTORNEYS' FEES AND EXPENSES) FROM THE NON-PREVAILING PARTY.**

Each party to this Appraisal and Consulting Services Agreement (a) hereby irrevocably submits to the exclusive jurisdiction and venue of the state courts located in Dallas County, Texas (or, if but only if such court lacks jurisdiction, the United States District Court for the Northern District of Texas) for the purpose of any Action between any of the parties hereto arising in whole or in part under or in connection with this Appraisal and Consulting Services Agreement, any Ancillary Agreement, or the Contemplated Transactions, (b) hereby waives and agrees not to assert any claim that he, she or it is not subject personally to the jurisdiction of the above-named courts or that any such Action brought in the above-named courts should be dismissed on grounds of forum non conveniens. Notwithstanding the foregoing, a party hereto may commence any Action in a court other than the above-named courts solely for the purpose of enforcing an order or judgment issued by the above-named courts.

**C) Limitations of Liability**

It is expressly agreed that in any action which may be brought against BBG, Inc., arising out of, relating to, or in any way pertaining to this engagement, this Appraisal and Consulting Services Agreement, or any services, reports, information, or opinions contained therein or presented, BBG, Inc. shall not be responsible or liable for any incidental or consequential losses, unless the same was fraudulent or prepared with gross negligence. It is further agreed that the collective liability of BBG, Inc. in any such action shall not exceed the fees paid for the preparation of the respective report or services unless the same was fraudulent or prepared with gross negligence. Finally, it is agreed that the fees charged herein are in reliance upon the foregoing limitations of liability.

Client hereby agrees to indemnify, defend, protect, and hold BBG, Inc. harmless from and against all claims, damages, losses and expenses, including attorneys' fees, expenses and costs, incurred upon investigating and defending any claim, action or proceeding arising from, or in any way connected to, relating to, or in any way pertaining to this engagement, this Appraisal and Consulting Services Agreement, or any services, reports, information, or opinions contained therein or presented.

Further, you acknowledge that any opinions and conclusions expressed by professionals employed by BBG, Inc. related to this agreement are representations made by them as employees and not as individuals. BBG, Inc.'s responsibility is limited to you as a Client. The use of BBG, Inc.'s product by third parties is not intended unless

## Terms and Limiting Conditions of the Engagement

expressly stated and shall be solely at the risk of you and/or third parties. BBG, Inc. acknowledges that Client will be the end-user of, and can rely upon, the opinion and conclusions of BBG, Inc.

**D)   Confidentiality**

The parties agree that (i) this Appraisal and Consulting Services Agreement and the terms contained herein, (ii) opinions or valuation conclusions, (iii) the identity of the analyst or the firm and any reference to the professional organization of which the appraiser is affiliated or to the designations thereof, and (iv) all information regarding the property of whatever nature made available to either party by the other (including all versions of BBG, Inc.'s final report and all prior drafts of same) and methods of each party revealed during the performance of the Services (altogether, collectively, the "Confidential Information") shall be treated as strictly confidential.  Accordingly, neither party nor any employee, agent or affiliate thereof shall disclose the same to any third party without the written consent of other party and approval of Appraiser; provided, however, that, a party shall not hereby be precluded from disclosure of Confidential Information that may be compelled by legal requirements, or from disclosing this Appraisal and Consulting Services Agreement (and the terms contained herein) to its attorneys, accountants, auditors, lenders, and other professionals who may be bound to that party by duties of confidence.

Do not provide Personally Identifiable Information (PII) to BBG, Inc. or any of its agents.  PII is any piece of information meant to identify a specific individual. This includes data such as a Social Security number, driver's license number and financial account numbers.

**E)   General Assumptions and Limiting Conditions**

Appraisal services have been provided with the following general assumptions:

1. Notwithstanding that the Appraiser may comment on, analyze or assume certain conditions in the appraisal or consulting assignment, BBG, Inc. shall have no monetary liability or responsibility for alleged claims or damages pertaining to: (a) title defects, liens or encumbrances affecting the property; (b) the property's compliance with local, state or federal zoning, planning, building, disability access and environmental laws, regulations and standards; (c) building permits and planning approvals for improvements on the property; (d) structural or mechanical soundness or safety; (e) contamination, mold, pollution, storage tanks, animal infestations or other hazardous conditions affecting the property; and (f) other conditions and matters for which licensed real estate appraisers are not customarily deemed to have professional expertise. Accordingly:

    a) The Appraiser has not conducted any engineering or architectural surveys in connection with this appraisal or consulting assignment. Information reported pertaining to dimensions, sizes, and areas is either based on measurements taken by the Appraiser or the Appraiser's staff or was obtained or taken from referenced sources and is considered reliable. The Appraiser and BBG, Inc. shall not be monetarily liable or responsible for or assume the costs of preparation or arrangement of geotechnical engineering, architectural, or other types of studies, surveys, or inspections that require the expertise of a qualified professional.

    b) Unless otherwise stated in the written report or oral report, only the real property is considered, so no consideration is given to the value of personal property or equipment located on the premises or the costs of moving or relocating such personal property or equipment. Further, unless otherwise stated, it is assumed that there are no subsurface oil, gas or other mineral deposits or subsurface rights of value involved in this appraisal, whether they are gas, liquid, or solid. Further, unless otherwise stated, it is assumed that there are no rights associated with extraction or exploration of such elements considered. Unless otherwise stated it is also assumed that there are no air or development rights of value that may be transferred.

    c) Any legal description or plats reported in the appraisal are assumed to be accurate. Any sketches, surveys, plats, photographs, drawings or other exhibits are included only to assist the intended user to better understand and visualize the subject property, the environs, and the competitive data. BBG, Inc. has made no survey of the property and assumes no monetary liability or responsibility in connection with such matters.

    d) Title is assumed to be good and marketable, and in fee simple, unless otherwise stated in the report. The property is considered to be free and clear of existing liens, easements, restrictions, and encumbrances, except as stated. Further, BBG, Inc. assumes there are no private deed restrictions affecting the property which would limit the use of the subject property in any way, except as stated.

**Terms and Limiting Conditions of the Engagement**

e)  The appraisal report is based on the premise that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in the report; additionally, that all applicable zoning, building, and use regulations and restrictions of all types have been complied with unless otherwise stated in the report. Further, it is assumed that all required licenses, consents, permits, or other legislative or administrative authority, local, state, federal and/or private entity or organization have been or can be obtained or renewed for any use considered in the value opinion. Moreover, unless otherwise stated herein, it is assumed that there are no encroachments or violations of any zoning or other regulations affecting the subject property, that the utilization of the land and improvements is within the boundaries or property lines of the property described, and that there are no trespasses or encroachments.

f)  The American Disabilities Act (ADA) became effective January 26, 1992. The Appraiser has not made a specific compliance survey or analysis of the property to determine whether it is in conformity with the various detailed requirements of ADA. It is possible that a compliance survey of the property and a detailed analysis of the requirements of the ADA would reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative impact upon the value of the property. Since the Appraiser has no direct evidence relating to this issue, possible noncompliance with the requirements of ADA was not considered in estimating the value of the property.

g)  No monetary liability or responsibility is assumed for conformity to specific governmental requirements, such as fire, building, safety, earthquake, or occupancy codes, except where specific professional or governmental inspections have been completed and reported in the appraisal report or oral report.

h)  It is assumed the subject property is not adversely affected by the potential of floods unless otherwise stated herein. Further, it is assumed all water and sewer facilities (existing and proposed) are or will be in good working order and are or will be of sufficient size to adequately serve any existing or proposed buildings.

i)  Unless otherwise stated within the appraisal report or oral report, the depiction of the physical condition of the improvements described therein is based on visual inspection. No monetary liability or responsibility is assumed for (a) the soundness of structural members since no engineering tests were conducted; (b) the condition of mechanical equipment, plumbing, or electrical components, as complete tests were not made; and (c) hidden, unapparent or masked property conditions or characteristics that were not clearly apparent during the Appraiser's or Consultant's inspection.

j)  If building improvements are present on the site, it is assumed that no significant evidence of termite damage or infestation was observed during physical inspection, unless so stated in the appraisal report or oral report. Further, unless so stated in the report or oral report, no termite inspection report was available. No monetary liability or responsibility is assumed for hidden damages or infestation.

k)  Unless subsoil opinions based upon engineering core borings were furnished, it is assumed there are no subsoil defects present, which would impair development of the land to its maximum permitted use or would render it more or less valuable. No monetary liability or responsibility is assumed for such conditions or for engineering which may be required to discover them.

l)  BBG, Inc., excepting employees of BBG Assessment, Inc., and the appraiser(s) are not experts in determining the presence or absence of hazardous substances toxic materials, wastes, pollutants or contaminants (including, but not limited to, asbestos, PCB, UFFI, or other raw materials or chemicals) used in construction or otherwise present on the property. BBG, Inc. and the appraiser(s) assume no monetary liability or responsibility for the studies or analyses which would be required to determine the presence or absence of such substances or for loss as a result of the presence of such substances. The Client is free to retain an expert on such matters in this field; however, Client retains such expert at Client's own discretion, and any costs and/or expenses associated with such retention are the responsibility of Client.

m)  BBG, Inc. is not an expert in determining the habitat for protected or endangered species, including, but not limited to, animal or plant life (such as bald eagles, gophers, tortoises, etc.) that may be present on the property. BBG, Inc. assumes no monetary liability or responsibility for the studies or analyses which would be required to determine the presence or absence of such species or for loss as a result of the presence of such species. The Appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions contained within the appraisal report based upon any subsequent endangered species impact studies, research, and investigation that may be provided. However, it is assumed that no environmental impact studies were either requested or made in conjunction with this analysis, unless otherwise stated within the report.

## Terms and Limiting Conditions of the Engagement

2. If the client instructions to the Appraiser were to inspect only the exterior of the improvements in the appraisal process, the physical attributes of the property were observed from the street(s) as of the inspection date of the appraisal. Physical characteristics of the property were obtained from tax assessment records, available plans, if any, descriptive information, and interviewing the client and other knowledgeable persons. It is assumed the interior of the subject property is consistent with the exterior conditions as observed and that other information relied upon is accurate.

3. If provided, the estimated insurable value or cost is included at the request of the Client and has not been performed by a qualified insurance agent or risk management underwriter. This cost estimate should not be solely relied upon for insurable value or cost purposes. The Appraiser is not familiar with the definition of insurable value from the insurance provider, the local governmental underwriting regulations, or the types of insurance coverage available. These factors can impact cost estimates and are beyond the scope of the intended use of this appraisal. The Appraiser is not a cost expert in cost estimating for insurance purposes.

4. The dollar amount of any value opinion herein rendered is based upon the purchasing power and price of the United States Dollar as of the effective date of value. Any appraisal report is based on market conditions existing as of the effective date.

5. Any value opinions reported or expressed apply to the entire property. Any proration or division of the total into fractional interests will invalidate the value opinions, unless such proration or division of interests is set forth in the report. Any division of the land and improvement values stated herein is applicable only under the program of utilization shown. These separate valuations are invalidated for any other application.

6. Any projections of income and expenses, including the reversion at time of resale, are not predictions of the future. Rather, they are BBG, Inc.'s best estimate of current market thinking of what future trends will be. No warranty or representation is made that such projections will materialize. The real estate market is constantly fluctuating and changing. It is not the task of an appraiser to estimate the conditions of a future real estate market, but rather to reflect what the investment community envisions for the future in terms of expectations of growth in rental rates, expenses, and supply and demand. The forecasts, projections, or operating estimates contained herein are based on current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes with future conditions.

7. The Appraiser assumes no monetary liability or responsibility for any changes in economic or physical conditions which occur following the effective date of value within this report that would influence or potentially affect the analyses, opinions, or conclusions in the report. Any subsequent changes are beyond the scope of the report.

8. Any proposed or incomplete improvements included in the appraisal report are assumed to be satisfactorily completed in a workmanlike manner or will be thus completed within a reasonable length of time according to plans and specifications submitted.

9. If the appraisal report has been prepared in a so-called "public non-disclosure" state, real estate sales prices and other data, such as rents, prices, and financing, are not a matter of public record. If this is such a "non-disclosure" state, although extensive effort has been expended to verify pertinent data with buyers, sellers, brokers, lenders, lessors, lessees, and other sources considered reliable, it has not always been possible to independently verify all significant facts. In these instances, the Appraiser may have relied on verification obtained and reported by appraisers outside of our office. Also, as necessary, assumptions and adjustments have been made based on comparisons and analyses using data in the report and on interviews with market participants. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

10. Although the Appraiser has made, insofar as is practical, every effort to verify as factual and true all information and data set forth in this report, no responsibility is assumed for the accuracy of any information furnished the Appraiser either by the Client or others. If for any reason, future investigations should prove any data to be in substantial variance with that presented in this report, the Appraiser reserves the right to alter or change any or all analyses, opinions, or conclusions and/or opinions of value.

11. The right is reserved by the Appraiser to make adjustments to the analyses, opinions, and conclusions set forth in the appraisal report as may be required by consideration of additional or more reliable data that may become available. No change of this report shall be made by anyone other than the Appraiser or Consultant. The Appraiser shall have no monetary liability or responsibility for any unauthorized change(s) to the report.

12. The submission of the appraisal report constitutes completion of the services authorized and agreed upon unless other services are provided for in this agreement. Such report is submitted on the condition the Client will provide reasonable notice and customary compensation, including expert witness fees, relating to any

**Terms and Limiting Conditions of the Engagement**

subsequent required attendance at conferences, depositions, or judicial or administrative proceedings, unless otherwise defined herein. In the event the Appraiser is subpoenaed for either an appearance or a request to produce documents, a best effort will be made to notify the Client immediately. Unless paid in whole or in part by the party issuing the subpoena or by another party of interest in the matter, the Client is responsible for all unpaid fees resulting from the appearance or production of documents regardless of who orders the work. A payment agreement must be reached in advance of the Appraiser providing such services.

13. Client shall not disseminate, distribute, make available or otherwise provide any appraisal report prepared hereunder to any third party (including without limitation, incorporating or referencing the report , in whole or in part, in any offering or other material intended for review by other parties) except to (a) any third party expressly acknowledged in a signed writing by Appraiser  as an "Intended User" of the report provided that either Appraiser has received an acceptable release from such third party with respect to such report or Client provides acceptable indemnity protections to Appraiser against any claims resulting from the distribution of the report to such third party, (b) any third party service provider (including rating agencies and auditors) using the report in the course of providing services for the sole benefit of an Intended User, or (c) as required by statute, government regulation, legal process, or judicial decree.  In the event Appraiser consents, in writing, to Client incorporating or referencing the report in any offering or other materials intended for review by other parties, Client shall not distribute, file, or otherwise make such materials available to any such parties unless and until Client has provided Appraiser with complete copies of such materials and Appraiser has approved all such materials in writing.  Client shall not modify any such materials once approved by Appraiser.  In the absence of satisfying the conditions of this paragraph with respect to a party who is not designated as an Intended User, the receipt of a report by such party shall not confer any right upon such party to use or rely upon such report, and Appraiser shall have no liability for such unauthorized use or reliance upon such report.  In the event Client breaches the provisions of this paragraph, Client shall indemnify, defend and hold Appraiser, and its affiliates and their officers, directors, employees, contractors, agents and other representatives (Appraiser and each of the foregoing an "Indemnified Party" and collectively the "Indemnified Parties"), fully harmless from and against all losses, liabilities, damages and expenses (collectively, "Damages") claimed against, sustained or incurred by any Indemnified Party arising out of or in connection with such breach, regardless of any negligence on the part of any Indemnified Party in preparing the report.

# INFORMATION PROVIDED

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.



# ALTA/ACSM Land Title Survey in
# WENHAM, MASS.

Hayes Engineering, Inc.
Civil Engineers & Land Surveyors
603 Salem Street
Wakefield, MA 01880

Telephone: 781.246.2800
Facsimile: 781.246.7596
www.hayeseng.com

January 25, 2016

Scale: 1" = 60'   0   30'   60'   120'   180'

ESSEX STREET
(PUBLIC-VARIABLE WIDTH)

# COMPARABLE IMPROVED SALES

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.



**Sale #1**

**Former Magdalen College Campus**

511 Kearsarge Mountain Road
Warner, NH  03278
Merrimack County
BBG Property #1003171





| **Property Data** | | | |
|---|---|---|---|
| *Improvement Details* | | | |
| Property Type/Use | Institutional Use College | Lat/Long | 43.314976 / -71.8344 |
| Parcel ID # | 18-37 | Number of Buildings | 9 |
| Year Built | 1990 | Year Renovated | N/A |
| Quality | Average | Condition | Good |
| Class | Class B | Construction Details | |
| Gross Building Area | 78,504 SF | Rentable Area | 78,504 SF |
| Number of Stories | 2 | Floor Area Ratio | 0.01 |
| Opportunity Zone | No | Census Tract | 0385.00 |
| Site Size (Gross) | 5,601,816 SF (128.60 acres) | Site Size (Net) | 5,601,816 SF (128.60 acres) |
| Comments | Nine (9) structures on-site totaling 78,504 SF. The main building on-site is a 37,903 SF multi-purpose building built in 1990 and includes classrooms, dining hall, kitchen, library, administrative offices and a gymnasium. Additionally, there are two (2) dormitory buildings with 144-beds. | | |

| **Sale Transaction Data for BBG Event #1153855** | | | | **PSF (GBA)** | **PSF (Rentable)** |
|---|---|---|---|---|---|
| Transaction Date | **1/31/2025** | Consideration | **$3,500,000** | **$44.58** | **$44.58** |
| Sale Status | **Closed** | Adjustments | **$0** | **$0.00** | **$0.00** |
| Occupancy at TOS | **0%** | Cash Equivalent Price | **$3,500,000** | **$44.58** | **$44.58** |
| Property Rights | **Fee Simple** | | | | |
| Transaction Component | **Real Estate** | | | | |
| Tenancy | **Vacant** | | | | |
| Grantor | **Magdalen College** | | | | |
| Grantee | **Roman Catholic Bishop of Manchester** | | | | |
| Comments | **This comparable represents the sale of the former Magdalen College campus in Warner, NH. The property is improved with nine (9) buildings totaling 78,504 SF. The primary structure is a 37,903 SF multi-purpose building built in 1990 and includes classrooms, a dining hall, kitchen, library, administrative offices and a gymnasium. Additionally, there are two (2) dorms on-site with 144-beds. Magdalen College closed in May 2024. According to the listing broker, Brenda Litchfield of Concord Commercial Real Estate, the property has been well-maintained and is in good overall condition. The purchaser is an owner-user who plans to utilize the property as an educational facility. The property sold in January 2025 for $3.5 million, equating to approximately $45 per square foot, which was below the original asking price of $5.5 million. The property was on the market for approximately three quarters before selling.** | | | | |
| Verification | **9/3/2024** | | | | |
| | **Listing Broker (Brenda Litchfield of Concord Commercial Real Estate), Listing Information** | | | | |





**Sale #2**

**Former Unification Theological Seminary**

30 Seminary Drive
Barrytown, NY 12507-5021
Dutchess County
BBG Property #838199





## Property Data

### Improvement Details

| | | | |
|---|---|---|---|
| Property Type/Use | Institutional Use School | Lat/Long | 42.003386 / -73.9244 |
| Parcel ID # | 134889-6173-00-195050-0000 | Number of Buildings | 10 |
| Year Built | 1930 | Year Renovated | N/A |
| Quality | Average | Condition | Average |
| Class | Class C | Construction Details | |
| Gross Building Area | 151,992 SF | Rentable Area | 151,992 SF |
| Number of Stories | 5 | Floor Area Ratio | 0.01 |
| Opportunity Zone | No | Census Tract | 1500.03 |
| Site Size (Gross) | 11,337,797 SF (260.28 acres) | Site Size (Net) | 10,858,637 SF (249.28 acres) |
| Comments | The improvements represent the former Unification Theological Seminary - Barrytown Campus that totals 151,992 square feet of gross building area. The campus is comprised of the main seminary building (118,071 sf), Massena House (12,699 sf), Sunnyside Cottage (3,102 sf), Harvest House (5,616 sf), Apple Cottage (1,236 sf), gatehouse (2,892 sf), and 4 additional barn and garage structures (8,376 sf). | | |

| Sale Transaction Data for BBG Event #983352 | | | PSF (GBA) | PSF (Rentable) |
|---|---|---|---|---|
| Transaction Date | 1/2/2024 | Consideration | $14,000,000 | $92.11 | $92.11 |
| Sale Status | **Closed** | Adjustments | $0 | $0.00 | $0.00 |
| Occupancy at TOS | **0%** | Cash Equivalent Price | $14,000,000 | $92.11 | $92.11 |
| Property Rights | **Fee Simple** | | | |
| Transaction Component | **Real Estate** | | | |
| Tenancy | **Owner** | | | |
| Grantor | **Unification Theological Seminary** | | | |
| Grantee | **Bard College** | | | |
| Comments | **The comparable represents the sale of the former Unification Theological Seminary school located at 30 Seminary Drive in Barrytown, New York. The improvements span between 10 buildings and total 151,992 square feet. In February of 2024, the comparable sold for $14,000,000 which equates to approximately $92.11 per square foot. New ownership represents Bard College, which is a private liberal arts college in the hamlet of Annandale-on-Hudson, in the town of Red Hook, in New York State. According to Bard officials, the initial uses for the former seminary will include new studios for the Center for Human Rights and the Arts and administrative offices for the Open Society University Network (OSUN), of which Bard is a founding member.** | | | |
| Verification | **3/21/2024** | | | |
| | **Market Participants** | | | |





**Sale #3**
**New England Innovation Academy**
280 Locke Drive
Marlborough, MA  01752-7221
Middlesex County
BBG Property #784180





| Property Data | | | |
|---|---|---|---|
| *Improvement Details* | | | |
| Property Type/Use | Institutional Use School | Lat/Long | 42.354845 / -71.5866 |
| Parcel ID # | 40-45 | Number of Buildings | 1 |
| Year Built | 1973 | Year Renovated | N/A |
| Quality | Average | Condition | Average |
| Class | Class C | Construction Details | |
| Gross Building Area | 238,303 SF | Rentable Area | 238,303 SF |
| Number of Stories | 2 | Floor Area Ratio | 0.22 |
| Opportunity Zone | No | Census Tract | 3214.00 |
| Site Size (Gross) | 1,089,000 SF (25.00 acres) | Site Size (Net) | 1,089,000 SF (25.00 acres) |
| Comments | The improvements represent the New England Innovation Academy located at 280 Locke Drive in Marlborough, Massachusetts. The 238,303 square foot school was built in 1973 and is situated on a 25-acre site. The New England Innovation Academy has been making renovations and additions to the site over the years which include a tennis court in 2022. | | |

| Sale Transaction Data for BBG Event #913936 | | | | PSF (GBA) | PSF (Rentable) |
|---|---|---|---|---|---|
| Transaction Date | 4/30/2023 | Consideration | $15,060,000 | $63.20 | $63.20 |
| Sale Status | Closed | Adjustments | $0 | $0.00 | $0.00 |
| Occupancy at TOS | 100% | Cash Equivalent Price | $15,060,000 | $63.20 | $63.20 |
| Property Rights | Fee Simple | | | | |
| Transaction Component | Real Estate | | | | |
| Tenancy | Single | | | | |
| Grantor | Discoverland Investment Corporation | | | | |
| Grantee | Sunworld Management Co. LTD | | | | |
| Comments | The comparable represents the sale of the New England Innovation Academy located at 280 Locke Drive in Marlborough, Massachusetts. The property totals to 238,303 square feet and is situated on a 25-acre lot. The property sold in April 2023 for $15.06 million which equates to approximately $63.20 per square foot. The New England Innovation Academy offers education to grades 6-12 with the goal of educating the next generation of innovators and entrepreneurs. The seller represents CERNET, which stands for China Education and Research Network, is the first nationwide education and research computer network in China. The CERNET project is funded by the Chinese government and directly managed by the Chinese Ministry of Education. Before CERNET, this property was formerly a conference center used by Verizon with over 220 executive hotel rooms, 68 conference/meeting rooms, a 40,000 SF main meeting center, 170 seat auditorium. | | | | |
| Verification | 8/9/2023 Market Participants | | | | |





**Sale #4**
**Former Wintergreen School**
670 Wintergreen Avenue
Hamden, CT  06514-3235
New Haven County
BBG Property #762014





### Property Data

*Improvement Details*

| | | | |
|---|---|---|---|
| Property Type/Use | Institutional Use School | Lat/Long | 41.356411 / -72.9615 |
| Parcel ID # | 2322-019 | Number of Buildings | 1 |
| Year Built | 1965 | Year Renovated | N/A |
| Quality | Average/Good | Condition | Average/Good |
| Class | Class B | Construction Details | |
| Gross Building Area | 89,436 SF | Rentable Area | 89,436 SF |
| Number of Stories | 1 | Floor Area Ratio | 0.14 |
| Opportunity Zone | No | Census Tract | |
| Site Size (Gross) | 652,964 SF (14.99 acres) | Site Size (Net) | 652,964 SF (14.99 acres) |
| Comments | The improvements represent an educational property formerly known as the Wintergreen School that was constructed in 1965 and totals 89,436 square feet. | | |

| Sale Transaction Data for BBG Event #897225 | | | | PSF (GBA) | PSF (Rentable) |
|---|---|---|---|---|---|
| Transaction Date | **7/1/2022** | Consideration | **$16,000,000** | **$178.90** | **$178.90** |
| Sale Status | **Closed** | Adjustments | **$0** | **$0.00** | **$0.00** |
| Occupancy at TOS | **100%** | Cash Equivalent Price | **$16,000,000** | **$178.90** | **$178.90** |
| Property Rights | **Fee Simple** | | | | |
| Transaction Component | **Real Estate** | | | | |
| Tenancy | **Owner** | | | | |
| Grantor | **Town of Hamden** | | | | |
| Grantee | **Area Cooperative Educational Services** | | | | |
| Record Info | **4996/254** | | | | |
| Comments | **The comparable represents the sale of an educational facility located at 670 Wintergreen Avenue in Hamden, Connecticut. The improvements were originally constructed in 1965 and total 89,436 square feet.  In July of 2022, the comparable sold for $16,000,000 which equates to approximately $178.90 per square foot. The property was used by the public school district for an alternative educational program known as the Wintergreen School. The district sold the property in part to provide funds to plug the town's budget hole. The grantee is a regional educational organization that purchased the property for its own use known as Area Cooperative Educational Services.** | | | | |
| Verification | **6/20/2023** | | | | |
| | **Newspaper article; public records** | | | | |





**Sale #5**
**Chase Collegiate School**
565 Chase Parkway
Waterbury, CT  06708
New Haven County
BBG Property #588402





## Property Data

### Improvement Details

| | | | |
|---|---|---|---|
| Property Type/Use | Institutional Use School | Lat/Long | 41.545408 / -73.0653 |
| Parcel ID # | 000340-000050-000001 | Number of Buildings | 5 |
| Year Built | 1934 | Year Renovated | 1970 |
| Quality | Average | Condition | Average |
| Class | Class C | Construction Details | |
| Gross Building Area | 145,000 SF | Rentable Area | 145,000 SF |
| Number of Stories | 4 | Floor Area Ratio | 0.07 |
| Opportunity Zone | No | Census Tract | 3516.02 |
| Site Size (Gross) | 1,572,516 SF (36.10 acres) | Site Size (Net) | 1,572,516 SF (36.10 acres) |
| Comments | The improvements represent a specialty property that has five buildings which was constructed in 1934 and renovated in 1970. The improvements offer 145,000 square feet and is currently occupied by the Chase Collegiate School. | | |

| Sale Transaction Data for BBG Event #737615 | | | | PSF (GBA) | PSF (Rentable) |
|---|---|---|---|---|---|
| Transaction Date | 5/19/2021 | Consideration | $18,000,000 | $124.14 | $124.14 |
| Sale Status | Closed | Adjustments | $0 | $0.00 | $0.00 |
| Occupancy at TOS | 100% | Cash Equivalent Price | $18,000,000 | $124.14 | $124.14 |
| Property Rights | Fee Simple | | | | |
| Transaction Component | Real Estate | | | | |
| Tenancy | Owner | | | | |
| Grantor | Chase Collegiate Land LLC | | | | |
| Grantee | Area Cooperative Educational Services Corp | | | | |
| Comments | The comparable represents a specialty property located at 565 Chase Parkway in Waterbury, Connecticut. The improvements were constructed in in 1934 on a 36.10-acre parcel, which consists of five buildings and totals 145,000 square feet of gross building area. In May of 2021, the property sold for $18,000,000, which equates to approximately $124.14 per square foot. The property is was owner-occupied by the Chase Collegiate School, which has students from preschool through high school. New ownership represents  ACES at Chase, a Public STEAM Academy on a Private Campus. | | | | |
| Verification | 6/28/2022 Market Participants | | | | |





**Sale #6**

**Newbury College**

129 Fisher Avenue
Brookline, MA  02445
Norfolk County
BBG Property #426859





## Property Data

### Improvement Details

| | | | |
|---|---|---|---|
| Property Type/Use | Institutional Use School | Lat/Long | 42.331260 / -71.1428 |
| Parcel ID # | 250-03-05, 250-01-02, 256-21-23, 256-24-00, 256-24-00 | Number of Buildings | 8 |
| Year Built | 1962 | Year Renovated | N/A |
| Quality | Average | Condition | Average |
| Class | Class C | Construction Details | |
| Gross Building Area | 142,596 SF | Rentable Area | 142,596 SF |
| Number of Stories | 4 | Floor Area Ratio | 0.41 |
| Opportunity Zone | No | Census Tract | 4006.00 |
| Site Size (Gross) | 344,124 SF (7.90 acres) | Site Size (Net) | 344,124 SF (7.90 acres) |
| Comments | The improvements represent an eight-building college campus totaling 142,596 square feet of building area formerly known as Newbury College. | | |

| Sale Transaction Data for BBG Event #543833 | | | | PSF (GBA) | PSF (Rentable) |
|---|---|---|---|---|---|
| Transaction Date | **9/1/2019** | Consideration | **$34,000,000** | **$238.44** | **$238.44** |
| Sale Status | **Closed** | Adjustments | **$0** | **$0.00** | **$0.00** |
| Occupancy at TOS | **0%** | Cash Equivalent Price | **$34,000,000** | **$238.44** | **$238.44** |
| Property Rights | **Fee Simple** | | | | |
| Transaction Component | **Real Estate** | | | | |
| Tenancy | **Owner** | | | | |
| Grantor | **Newbury College** | | | | |
| Grantee | **Welltower** | | | | |
| Comments | **The comparable represents the sale of Newbury College located at 129 Fisher Avenue in Brookline, Massachusetts. The improvements total 142,596 square feet spanning across eight buildings. In September of 2019, the comparable sold for $34,000,0000 which equates to approximately $238.44 per square foot. The college went up for sale in February after announcing its closure in December of 2018 due to financial struggles. New ownership represents Welltower, which is a a senior housing and memory care facility.** | | | | |
| Verification | **4/27/2021** | | | | |
| | **Public record, knowledgeable third party** | | | | |





**Sale #7**

**Former Daniel Webster College**

20 University Drive
Nashua, NH  03063
Hillsborough County
BBG Property #426840





**Property Data**

*Improvement Details*

| | | | |
|---|---|---|---|
| Property Type/Use | Institutional Use School | Lat/Long | 42.777260 / -71.5139 |
| Parcel ID # | F-185 | Number of Buildings | 11 |
| Year Built | 1968 | Year Renovated | 2011 |
| Quality | Average | Condition | Average |
| Class | Class B | Construction Details | Varies |
| Gross Building Area | 281,000 SF | Rentable Area | 281,000 SF |
| Number of Stories | 2 | Floor Area Ratio | 0.12 |
| Opportunity Zone | No | Census Tract | 0102.02 |
| Site Size (Gross) | 2,303,453 SF (52.88 acres) | Site Size (Net) | 2,303,453 SF (52.88 acres) |





| Sale Transaction Data for BBG Event #543824 | | | | PSF (GBA) | PSF (Rentable) |
|---|---|---|---|---|---|
| Transaction Date | **1/1/2018** | Consideration | **$12,010,000** | **$42.74** | **$42.74** |
| Sale Status | **Closed** | Adjustments | **$0** | **$0.00** | **$0.00** |
| Occupancy at TOS | **0%** | Cash Equivalent Price | **$12,010,000** | **$42.74** | **$42.74** |
| Property Rights | **Fee Simple** | | | | |
| Grantor | **DJ Caruso, Trustee** | | | | |
| Grantee | **Xinhua Education Consulting and SNHU** | | | | |
| Record Info | **69051/2484** | | | | |
| Comments | **Bankruptcy sale of the Former Daniel Webster College (former aeronautics college proximate to Nashua Airport). The campus consists of 11 buildings with 6 dormitories, 2 academic buildings, a gymnasium, library, and administrative building. Buildings were built in 1968 and 2011 and in average condition at time of sale. Sale had to be approved by US Bankruptcy Court, the property was on the market for approximately 5 months. The sale of the campus consisted of two transactions to two separate buyers.  The main campus was acquired by an international college for $11,600,000, while schools flight tower, flight center and hanger were acquired by Southern New Hampshire University for $410,000.** | | | | |

**Assets included:**

**Daniel Webster Hall (1968), 8,516 SF**
**Hangar 85 (1988), 16,050 SF**
**Flight Center (1971), 16,436 SF**
**Freemont Hall (1969), 20,328 SF**
**Library (1984),         32,588 SF**
**Tamposi Hall (2011), 18,291 SF**
**Gym (1979), 14,720 SF**
**ERC (1999), 45,512 SF**
**Townhomes (1986), 18,077 SF**
**Fagan Hall (2000), 29,010 SF**
**Franklin Hall (1967), 8,516 SF**
**Gates Hall (1992), 20,032 SF**

| Verification | **4/27/2021** |
|---|---|
| | **Public Records, CoStar, Broker Agent** |



# QUALIFICATIONS & LICENSES

BBG

COPYRIGHT © 2025 BBG, INC. ALL RIGHTS RESERVED.

# BBG

**Matthew Wood**
**Senior Managing Director**
**Work: 617-710-2200**
matthewwood@bbgres.com

## Profile



Matt Wood is currently a Senior Managing Director at BBG and has worked with a broad client base during his career completing assignments conducted on behalf of both smaller and larger regional banks, developers', foreign and domestic investment firms including major REITS and institutional investors, leading financial institutions, individual investors, leading law firms, special servicers, both federal and state government agencies as well as expert witness testimony in front of the Appellate Tax Board and dispute resolution work.

Matt's real estate experience covers North America, Australia, the Middle East and North Africa with an appraisal career that commenced in 2001 in Melbourne, Australia before relocating to Abu Dhabi in the United Arab Emirates in 2006 initially working with Colliers International followed by a regional private equity firm undertaking fund and asset management and development. In 2012 Matt relocated to Boston where he spent almost 10 years with CBRE undertaking appraisals throughout New England where he was consistently ranked as one of their top producers in the country.

Matt has extensive appraisal experience including life science properties with individual institutional assets valued up to $1.90 billion, lab conversions and bio-manufacturing, hotels, land, retail properties, CBD and suburban office, all development types including subdivisions, discounted sell-outs and complex mixed use projects, multi-family, industrial assets including flex, manufacturing, cross-dock and warehouse / distribution as well as specialized property types including car washes, C-Stores, CTL developments, cannabis properties including both dispensaries and cultivation assets, air-rights, land discontinuances, GSA deals, self-storage, sports complexes and private clubs, schools and early education properties, hospitals and medical office, airport logistics, cold storage, food processing, deep-water access industrial assets, parking garages, museums and religious properties.

Assignments of note during Matt's career throughout the New England region includes One Dalton (mixed use Four Seasons Hotel and high-end condominiums), South Station redevelopment (Class A office and high-end condominiums), New England FBI regional headquarters, Faneuil Hall Marketplace, Dock Square, Lafayette, North End and Motor-Mart parking garages, Cambridge Crossing (mixed use master planned development with various individual lab and Class A multi-family projects), Design and Innovation Building, Shipyard Brewery Redevelopment in Portland Maine, three separate boutique waterfront hotel developments in Newport, RI, John Moakley Federal Courthouse, 2 Harbor Street, 27 Drydock, Arsenal Yards mixed use development, Tuscan Village master planned development in Salem, NH, Rock Row in Westbrook, ME, Union Point, Brayton Point redevelopment (former coal fired power plant), The Beat, Black Fan, Mercantile Center, Wellesley Office Park, 1 Financial and 100 Westminster in Providence, RI and 1000 Elm Street in Manchester, NH.

## Professional Affiliations

- Designated Member of the Appraisal Institute, MAI
- Associate of the Australian Property Institute, AAPI – Certified Practicing Valuer
- Professional Member of the Royal Institution of Chartered Surveyors, MRICS
- Certified General Appraiser in Massachusetts, New Hampshire, Rhode Island, Maine, Connecticut, New York, Maryland and Vermont.

## Education

- RMIT University, Melbourne, Australia; B.Bus (Prop) with Distinction
- University of South Australia, Adelaide, Australia; MBA (Prop Management)

 VALUATION   ADVISORY   ASSESSMENT   ZONING



# Licensee Detail

**License Number:** 76179

**Licensing Entity:** Board of Real Estate Appraisers

**License Type:** Appraiser

**Type Class:** CG

**License Issue Date:** 03/02/2025

**License Expiration Date:** 01/10/2028          **Status:** Current

**Current Discipline:**

**Prior Discipline:**

---

**Name:** Jeffrey Carlson