# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>**THE ACADEMY AT PENGUIN HALL, INC.**<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11191-CJP |

### ORDER GRANTING APPLICATION BY DEBTOR-IN-POSSESSION TO EMPLOY BROKER

This matter having come before the Court on the Application by Debtor-in-Possession to Employ Broker (the "Application") filed by The Academy at Penguin Hall, Inc. (the "Debtor"); no objections to the Application having been filed; and the Court having reviewed and considered the Application and the Listing Agreement attached thereto as Exhibit A (the "Listing Agreement") and the record of the Debtor's case; and after due deliberation and consideration, the Court HEREBY ORDERS that:

1. The Application is approved;

2. The Debtor is authorized to retain Kelleher & Sadowsky Associates, Inc. in accordance with the Listing Agreement; and

3. Any commission or other other compensation or expense reimbursement shall be payable only from closing proceeds and subject to final Court approval in an order authorizing the sale of the subject property or by other separate order.

Date: September 15, 2025

_____
Christopher J. Panos,
United States Bankruptcy Judge