

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>THE ACADEMY AT PENGUIN HALL, INC.<br><br>Debtor(s) | Chapter 11<br>25-11191-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Doc#70 Motion filed by Creditor Origen Wenham LLC for Relief from Stay in Rem Re: 36 Essex Street, Wenham, Massachusetts with certificate of service and proposed order Fee Amount $199, Objections due by 09/4/2025. (Attachments: # 1 Exhibit Exhibits A-C # 2 Exhibit Exhibit D-E # 3 Exhibit Exhibit F-H # 4 Exhibit Exhibit I-S) (Hixon, Jonathan)

**Decision set forth as follows:**

NOTWITHSTANDING THE DATE ANNOUNCED ON THE RECORD AT THE HEARING HELD ON SEPTEMBER 15, 2025, THE HEARING IS CONTINUED TO DECEMBER 17, 2025 AT 10:00 A.M. (THE "CONTINUED HEARING"). THE CONTINUED HEARING WILL BE CONDUCTED IN COURTROOM 1, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MASSACHUSETTS 02109, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. TO OBTAIN VIDEO ACCESS INFORMATION FOR THE CONTINUED HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN DECEMBER 16, 2025 AT 4:00 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 09/17/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge