## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>**THE ACADEMY AT PENGUIN HALL, INC.,**<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11191-CJP |

### NOTICE OF AMENDED DIP FINANCING MILESTONES

**NOTICE** is hereby given that The Academy at Penguin Hall, Inc. and R.S. Lyon Properties Group, LLC have amended the **SALE PROCESS AND MILESTONES** section on page 7 of the *Debtor in Possession Financing Term Sheet* attached as Exhibit 1 to the *Final Order Authorizing Debtor-in-Possession Financing and Use of Cash Collateral* [ECF No. 81] as follows:

- The date of "September 15, 2025" in paragraph 2 is deleted and replaced with "November 7, 2025";
- The date of "November 1, 2025" in paragraph 3 is deleted and replaced with "December 19, 2025"; and
- The date of "December 15, 2025" in paragraph 4 is deleted and replaced with "January 23, 2026."

Respectfully Submitted,

| THE ACADEMY AT PENGUIN HALL, INC., | RS LYON PROPERTIES GROUP, LLC, |
|---|---|
| By its counsel, | By its counsel, |
| /s/ *Christopher M. Condon* | /s/ *Edmond J. Ford* |
| Christopher M. Condon | Edmond J. Ford |
| BOWDITCH & DEWEY, LLP | FORD, MCDONALD & BORDEN, P.A. |
| 75 Federal Street, Suite 1000 | 815 Elm Street, Unit 5B |
| Boston, Massachusetts 02110 | Manchester, New Hampshire 03101 |
| Phone: 617-757-6513 | Phone: 603-373-1737 |
| Email: ccondon@bowditch.com | Email: eford@fordlaw.com |

Dated: September 19, 2025

4930-4057-7898.1

-2-

**CERTIFICATE OF SERVICE**

I, Christopher M. Condon, hereby certify that on the date hereof I caused copies of the foregoing notice to be served via the Court's CM/ECF system upon all parties entitled to notice thereunder.

Dated: September 19, 2025    /s/ *Christopher M. Condon*
Christopher M. Condon

**EXHIBIT A**

4930-4057-7898.1